HID 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

**DEC 26 2018**

at 1 o'clock and 45 min P M
**SUE BEITIA, CLERK**

Ya-Wen Hsiao
_____
*Plaintiff*

v.

US DEPT OF LABOR
ALEXANDER ACOSTA, US Sec of Labor
_____
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.  **CV18  00502**

**JAO KJM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US Department of Labor
Alexander Acosta in his Capacity as Secretary of Labor
200 Constitution Ave NW
Washington, DC 20210

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Ya-Wen Hsiao
   1141 Hoolai St, Apt. 201
   Honolulu. HI 96814

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: **DEC 26 2018**  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. **CV18  00502  JAO** KJM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dept of Labor, Alexander Acosta as US Sec Of Labor

was received by me on *(date)*  January 2, 2019  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  *ANN YUUKI , PARALEGAL* , who is
designated by law to accept service of process on behalf of *(name of organization)*
US Attorney For the District of Hawaii _____ on *(date)* *3 JAN 2019* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ **43.00** for travel and $ **6.00** for services, for a total of $ $49.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 1/3/19 _____

_____
*Server's signature*

TAMMY SILVA ( CIVIL PROCESS Server)
*Printed name and title*

335 MERCHANT ST. #1977 Honolulu
*Server's address*
HI 96805

Additional information regarding attempted service, etc:
Served the corrected summons with letter dated January 2, 2019
Served the letter to the US Attorney dated December 27, 2019 which includes the original Summons,
copy of the Complaint with Exhibits and "Order Setting Rule 16 Scheduling Conference"

January 2, 2019


Mr Kenji M Price
United States Attorney Office
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850


RE: Corrected Summons to include Plaintiff's address


Dear Sir,

On December 28, 2018, a summons was served to the Department of Labor with regards to a lawsuit filed against Alexander Acosta in his capacity as the US Secretary of Labor in the Federal District Court for the District of Hawaii with case number: CV 18-00502JAO-KJM

A copy of the summons was also served upon the Attorney General at:

950 Pennsylvania Ave., NW
Washington, DC 20530


The document failed to include my address to which the DOL's answer must be served on. To correct this, you are being served with a copy of the amended and corrected Summons which includes my current address:       1141 Hoolai St. Apt 201
                                          Honolulu HI 96814


All other documents attached to the original summons and letter addressed to you, which includes the complaint, exhibits, and the "Order Setting Rule 16 Scheduling Conference" remains unchanged.


Thank you

Ya-Wen Hsiao

1141 Hoolai St., Apt 201

Honolulu HI 96814

(808) 728-2646

rabbityhsiao@gmail.com

HID 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 26 2018
at 1 o'clock and 45 min P M
SUE BEITIA, CLERK

Ya-Wen Hsiao
_____
Plaintiff

v.

US DEPT OF LABOR
ALEXANDER ACOSTA, US Sec of Labor
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. C V18 00502

JAO KJM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US Department of Labor
Alexander Acosta in his Capacity as Secretary of Labor
200 Constitution Ave NW
Washington, DC 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ya-Wen Hsiao
1141Hoolai St. Apt 201
Honolulu HI 96814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: DEC 2 6 2018    _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. **CV18  00502  JAO KJM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dept of Labor, Alexander Acosta as US Sec Of Labor

was received by me on *(date)*   January 2, 2019

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

US Attorney For the District of Hawaii      on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:
  Served the corrected summons with letter dated January 2, 2019
  Served the letter to the US Attorney dated December 27, 2019 which includes the original Summons,
  copy of the Complaint with Exhibits and "Order Setting Rule 16 Scheduling Conference"

December 27, 2018

Mr. Kenji M Price

United States Attorney Office

300 Ala Moana Blvd., #6-100

Honolulu, HI 96850

Dear Sir,

Enclosed is a copy of the Complaint, Summons and Order Setting for Rule 16 Conference for case filed in the United States District Court for the District of Hawaii with Case No: CV 18-00502JAO-KJM against Alexander Acosta in his capacity as the Secretary of Labor. This copy is being served upon you under the requirements of the Federal Rules of Civil Procedure Rule 4(a)(i) which in part states:

(i) SERVING THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.

   (1) *United States.* To serve the United States, a party must:

      (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

      (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

      (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

      (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

   (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve the United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

You may direct any inquires directly to me. Thank you.

Aloha,

Ya-Wen Hsiao

1141 Hoolai St. Apt 201

Honolulu HI 96814

(808) 728-2646

rabbityhsiao@gmail.com