# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Hawaii

**Ya-Wen Hsiao**

    Plaintiff(s),

VS.

**Alexander Acosta, in his capacity as the United States Secretary of Labor**

    Defendant(s).

Attorney: NONE

Ya-Wen Hsiao
1141 Hoolai St., #201
Honolulu HI 96814

*236674*

**Case Number: CV1800502(JAO)(KJM)**

Legal documents received by Same Day Process Service, Inc. on **12/27/2018** at **4:19 PM** to be served upon **Attorney General of the United States,** at **950 Pennsylvania Ave. NW, , Washington, DC, 20530**

I, **Kailynne Kaleema Johnson**, swear and affirm that on **December 28, 2018** at **12:38 PM**, I did the following:

Served **Attorney General of the United States, a government agency** by delivering a conformed copy of this **Letter dated December 27, 2018; Summons in a Civil Action; Order Setting Rule 16 Scheduling Conference; Complaint; Exhibits** to **jamia Williams** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave. NW, , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 26 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kailynne Kaleema Johnson**
Process Server

**Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005**

(202)-398-4200

Internal Job ID:236674

District of Columbia: SS
Subscribed and Sworn to before me
this **3rd** day of **January**, **2019**

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023



**SAMEDAY PROCESS**
*Serving the impossible*

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Ya-Wen Hsiao
1141 Hoolai St., #201
Honolulu, HI 96814
808-728-2646
bfeliciano@gmail.com

Invoice #:
106215

Date:
12/28/2018

## INVOICE FOR SERVICE



CLICK HERE TO PAY NOW

| | |
|---|---|
| Service #236674: Attorney General of the United States | Your File# Ya-Wen Hsiao |
| Ya-Wen Hsiao v. Alexander Acosta, in his capacity as the United States Secretary of Labor | Court Case #: CV1800502(JAO)(KJM) |
| Process Serving Fee (within 495 Beltway) | $75.00 |
| Printing Fees | $25.00 |
| **TOTAL CHARGES:** | **$100.00** |
| Payment: 12/27/2018    Check#: ONLINE | -$100.00 |
| **BALANCE:** | **$0.00** |

1

December 27, 2018

Attorney General of the United States

950 Pennsylvania Ave., NW

Washington, DC 20530

Dear Sir,

Enclosed is a copy of the Complaint, Summons and Order Setting for Rule 16 Conference for case filed in the United States District Court for the District of Hawaii with Case No: CV 18-00502JAO-KJM against Alexander Acosta in his capacity as the Secretary of Labor. This copy is being served upon you under the requirements of the Federal Rules of Civil Procedure Rule 4(a)(i) which in part states:

(i) SERVING THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.

    (1) *United States.* To serve the United States, a party must:

        (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

        (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

        (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

        (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

    (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

You may direct any inquires directly to me. Thank you.

Aloha,

Ya-Wen Hsiao

1141 Hoolai St. Apt 201

Honolulu HI 96814

(808) 728-2646

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Hawaii

**Ya-Wen Hsiao**

    Plaintiff(s),

VS.

**Alexander Acosta, in his capacity as the United States Secretary of Labor**

    Defendant(s).

Attorney: NONE

Ya-Wen Hsiao
1141 Hoolai St., #201
Honolulu HI 96814



*236752*

**Case Number: CV1800502(JAO)(KJM)**

Legal documents received by Same Day Process Service, Inc. on **01/02/2019** at **11:41 AM** to be served upon **Attorney General of the United States**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **January 02, 2019** at **4:04 PM**, I did the following:

Served **Attorney General of the United States, a government agency** by delivering a conformed copy of this **Letter dated January 2, 2019; Summons in a Civil Action** to **Jamia Williams** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 25-30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:236752



District of Columbia: SS
Subscribed and Sworn to before me
this 3rd day of January, 2019

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Ya-Wen Hsiao
1141 Hoolai St., #201
Honolulu, HI 96814
808-728-2646
bfeliciano@gmail.com

Invoice #:
106317

Date:
01/02/2019

## INVOICE FOR SERVICE



| | |
|---|---|
| Service #236752: Attorney General of the United States | Your File# Ya-Wen Hsiao |
| Ya-Wen Hsiao v. Alexander Acosta, in his capacity as the United States Secretary of Labor | Court Case #: CV1800502(JAO)(KJM) |
| Process Serving Fee (within 495 Beltway) | $75.00 |

**TOTAL CHARGES:**     **$75.00**

Payment: 01/02/2019     Check#: ONLINE     -$75.00

**BALANCE:**     **$0.00**

January 2, 2019

Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530
RE: Corrected Summons to include Plaintiff's address

Dear Sir,

You were served with a copy of a summons on December 28, 2018 with regards to a lawsuit filed against the Department of Labor, Alexander Acosta in his capacity as the US Secretary of Labor in the Federal District Court for the District of Hawaii with case number: CV 18-00502JAO-KJM

The document failed to include my address to which their answer must be served on. To correct this, you are being served with a copy of the amended and corrected Summons which includes my current address which is:

1141 Hoolai St. Apt 201
Honolulu HI 96814

All other documents attached to the original summons which includes the complaint, exhibits, and the "Order Setting Rule 16 Scheduling Conference" served on December 28, 2018 remains unchanged.

Thank you

Ya-Wen Hsiao
1141 Hoolai St., Apt 201
Honolulu HI 96814
(808) 728-2646
rabbityhsiao@gmail.com

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 26 2018
at __1__ o'clock and __45__ min __P__ M
SUE BEITIA, CLERK

Ya-Wen Hsiao
_Plaintiff_

v.

US DEPT OF LABOR
ALEXANDER ACOSTA, US Sec of Labor
_Defendant_

Civil Action No. CV18 00502 JAO K.JM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

US Department of Labor
Alexander Acosta in his Capacity as Secretary of Labor
200 Constitution Ave NW
Washington, DC 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ya-Wen Hsiao
1141 Hoolai St. Apt 201
Honolulu HI 96814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: DEC 2 6 2018

_Signature of Clerk or Deputy Clerk_

Civil Action No. **C V18 00502 JAO KJM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dept of Labor, Alexander Acosta as US Sec Of Labor
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                           *Server's signature*

                         _____
                          *Printed name and title*

                         _____
                           *Server's address*

Additional information regarding attempted service, etc: