**U.S. Department of Labor**  Office of Administrative Law Judges
800 K Street, NW,
Washington, DC  20001-8002

(202) 693-7300
(202) 693-7365 (FAX)



October 3, 2018

Ya-Wen Hsiao
651 Ilalo St., MEB 307
Honolulu, HI, 96813

Re: **Partial Disclosure Determination**

    Freedom of Information Act Request – H. Sheinfeld's Records
    Case No.: F2018-865938

Dear Ms. Hsiao,

    This letter is in response to your request to the Office of Administrative Law Judges ("OALJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for a copy of the employment records of Mr. Harry L. Sheinfeld.

    Please find attached to this letter copies of the requested records that are in the custody of OALJ. Some portions of the requested records have been redacted under Exemption 6 as private personal information.

    Your request has also been forwarded to the Office of the Assistant Secretary for Administration and Management ("OASAM"), which will be able to assist you with the personnel documents you requested. If you have questions about this determination, you may contact this office at 202-693-7300 or via email at FOIA2@dol.gov.

Sincerely,

Diane Johnson
FOIA Disclosure Officer

**Notice of Appeal Rights:** If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at 202-693-5427. Alternatively, you may contact the Office of Government Information Services National Archives and Records Administration (OGIS) to inquire the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at 202-741-5770, by fax at 202-741- 5769, or by calling toll-free at 1-877-684-6448. If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.