**U.S. Department of Labor**

Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



Ya-Wen Hsiao
651 Ilalo St, MEB 307
Honolulu, HI 96813

Dear Mr. Hsiao:

This correspondence is in response to your Freedom of Information Act (FOIA) request wherein you requested information pertaining to Mr. Harry Sheinfeld's employment with the Department of Labor and the OALJ. We are providing the enclosed documents in response to your request. Please note that the enclosed documents are maintained by the OASAM Human Resources Center.

While we do not consider this to be a denial of your request, you may file an appeal of this decision with the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

Danielle Gonzales
Office of Human Resources, OASAM