# EXHBIT 4

# SCREENSHOTS OF FOIA TRACKING WITH INCONSISTENT AND CHANGING DATA

🔒 https://www.dol.gov/foia/    [1]  ⋮

## FOIA Public Portal

You can now track the status of FOIA requests you have submitted to DOL. The status information includes the following:

- Date on which the agency originally received your request.
- An estimated date on which the agency will complete action on your request.

Please refer to your FOIA request acknowledgment letter to enter the individualized tracking number assigned to your request.

Tracking Number: 865938    [Search FOIA Request]

| Tracking Number | Date of Receipt in DOL | Estimated Date to Complete Action | Responding Office | Status | Date of Completion | Summary |
|---|---|---|---|---|---|---|
| 865938 | 08/22/2018 | 10/19/2018 | OALJ D.C. | Records Released | 10/03/2018 | Tracking Number: 865938 Date of Receipt in DOL: 10/19/2018 Estimated Date to Complete Action: 10/19/2018 Responding Office: OALJ D.C. Status: Records Released Date of Completion: 10/03/2018 |
| 865938 | 08/22/2018 | 10/31/2018 | OASAM/FOIA/HRC | In Progress | NULL | Tracking Number: 865938 Date of Receipt in DOL: 10/31/2018 Estimated Date to Complete Action: 10/31/2018 Responding Office: OASAM/FOIA/HRC Status: In Progress Date of Completion: NULL |

www.dol.gov

200 Constitution Ave NW
Washington, DC 20210

1-866-4-USA-DOL (1-866-487-2365)
TTY: 1-877-889-5627
Contact Us



# FOIA Public Portal

You can now track the status of FOIA requests you have submitted to DOL. The status information includes the following:

- Date on which the agency originally received your request.
- An estimated date on which the agency will complete action on your request.

Please refer to your FOIA request acknowledgment letter to enter the individualized tracking number assigned to your request.

Tracking Number:      865938       [Search FOIA Request]

| Tracking Number | Date of Receipt in DOL | Estimated Date to Complete Action | Responding Office | Status | Date of Completion | Summary |
|---|---|---|---|---|---|---|
| 865938 | 08/22/2018 | 10/19/2018 | OALJ D.C. | Records Released | 10/03/2018 | Tracking Number: 865938<br>Date of Receipt in DOL: 10/19/2018<br>Estimated Date to Complete Action: 10/19/2018<br>Responding Office: OALJ D.C.<br>Status: Records Released<br>Date of Completion: 10/03/2018 |
| 865938 | 08/22/2018 | 10/31/2018 | OASAM/FOIA/HRC | In Progress | NULL | Tracking Number: 865938<br>Date of Receipt in DOL: 10/31/2018<br>Estimated Date to Complete Action: 10/31/2018<br>Responding Office: OASAM/FOIA/HRC<br>Status: In Progress<br>Date of Completion: NULL |

www.dol.gov

200 Constitution Ave NW
Washington, DC 20210

1-866-4-USA-DOL (1-866-487-2365)
TTY: 1-877-889-5627
Contact Us

# FOIA Public Portal

You can now track the status of FOIA requests you have submitted to DOL. The status information includes the following:

- Date on which the agency originally received your request.
- An estimated date on which the agency will complete action on your request.

Please refer to your FOIA request acknowledgment letter to enter the individualized tracking number assigned to your request.

Tracking Number: 865938    [Search FOIA Request]

| Tracking Number | Date of Receipt in DOL | Estimated Date to Complete Action | Responding Office | Status | Date of Completion | Summary |
|---|---|---|---|---|---|---|
| 865938 | 08/22/2018 | 10/31/2018 | OASAM/FOIA/HRC | Records Released | 11/30/2018 | Tracking Number: 865938 Date of Receipt in DOL: 10/31/2018 Estimated Date to Complete Action: 10/31/2018 Responding Office: OASAM/FOIA/HRC Status: Records Released Date of Completion: 11/30/2018 |

www.dol.gov

200 Constitution Ave NW
Washington, DC 20210

1-866-4-USA-DOL (1-866-487-2365)
TTY: 1-877-889-5627
Contact Us

# FOIA Public Portal

You can now track the status of FOIA requests you have submitted to DOL. The status information includes the following:

- Date on which the agency originally received your request.
- An estimated date on which the agency will complete action on your request.

Please refer to your FOIA request acknowledgment letter to enter the individualized tracking number assigned to your request.

Tracking Number: 865938  [Search FOIA Request]

| Tracking Number | Date of Receipt in DOL | Estimated Date to Complete Action | Responding Office | Status | Date of Completion | Summary |
|---|---|---|---|---|---|---|
| 865938 | 08/22/2018 | 10/31/2018 | OASAM/FOIA/HRC | Records Released | 11/30/2018 | Tracking Number: 865938<br>Date of Receipt in DOL: 10/31/2018<br>Estimated Date to Complete Action: 10/31/2018<br>Responding Office: OASAM/FOIA/HRC<br>Status: Records Released<br>Date of Completion: 11/30/2018 |

www.dol.gov

**200 Constitution Ave NW**
**Washington, DC 20210**

1-866-4-USA-DOL (1-866-487-2365)
TTY: 1-877-889-5627
Contact Us

# FOIA Public Portal

You can now track the status of FOIA requests you have submitted to DOL. The status information includes the following:

- Date on which the agency originally received your request.
- An estimated date on which the agency will complete action on your request.

Please refer to your FOIA request acknowledgment letter to enter the individualized tracking number assigned to your request.

Tracking Number: 865938    [Search FOIA Request]

| Tracking Number | Date of Receipt in DOL | Estimated Date to Complete Action | Responding Office | Status | Date of Completion | Summary |
|---|---|---|---|---|---|---|
| 865938 | 08/22/2018 | 10/09/2018 | MALS | Records Released | 02/25/2019 | Tracking Number: 865938 Date of Receipt in DOL: 10/09/2018 Estimated Date to Complete Action: 10/09/2018 Responding Office: MALS Status: Records Released Date of Completion: 02/25/2019 |

www.dol.gov

200 Constitution Ave NW
Washington, DC 20210

1-866-4-USA-DOL (1-866-487-2365)
TTY: 1-877-889-5627
Contact Us