JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRHARRY
Assistant Director

SAMUEL P. GO
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9923
E-mail: samuel.go@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| YA-WEN HSIAO | ) | Civil No. 1:18-cv-00502-JAO-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANTS' NOTICE OF |
| v. | ) | ERRATA |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Defendants hereby advise the Court that on March 4, 2019, Defendants' Memorandum in Support of Defendants' Motion to Dismiss ("Memorandum") contained two errors.  The sentence on page 20, lines 16-18 of the Memorandum should read:  "Here, Plaintiff is an alien seeking the approval of a labor certification application that had been filed by the Employer."  The sentence on page 21, lines 20-22 of the Memorandum should read: "Plaintiff is a foreign worker whose interests are not protected by the labor certification process."

Defendants sincerely apologize for these errors.

Dated: March 6, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

*/s/ Samuel P. Go*
SAMUEL P. GO
NYS Bar No. 4234852
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9923
E-mail: Samuel.go@usdoj.gov

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that, on March 6, 2019 by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First-Class Mail:

Ya-Wen Hsiao  March 6, 2019
1141 Hoolai St., Apt. 201
Honolulu, HI 96814


*/s/ Samuel P. Go*
Samuel P. Go
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-9923
Fax: (202) 305-7000