ORIGINAL

Ya-Wen Hsiao
1141 Hoolai St. Apt 201
Honolulu HI 96814
808-728-2646
rabbityhsiao@gmail.com
*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2019

at 9 o'clock and 21 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER ACOSTA, in his capacity as the United States Secretary of Labor,<br><br>　　　　　Defendant. | CIVIL NO. 18-CV-00502-JAO-KJM<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF ERRATA (ECF 17)<br><br>MOTION FOR LEAVE TO FILE A SURREPLY<br><br>Hearing Date: June 7, 2019<br>Dearing Time: 11:00 AM<br>Place: Aha Kanawai<br>Before: Honorable Judge Jill A. Otake |

1

## **PLAINTIFF'S RESPONSE TO DEFENTANTS NOTICE OF ERRATA**

On March 4, 2019, Defendant filed a Motion to Dismiss for Lack of Jurisdiction (ECF 13); the Plaintiff responded on March 6, 2019 filing an opposition to Defendant's motion to dismiss (ECF 14). On the same date, the Plaintiff also filed a request for an expedited hearing due to what she felt was the severity of the accusations (ECF 15). This court denied that Emergency Request (ECF 16). On the same date, the Defendant filed a "Notice of Errata" correcting the allegations on the Motion to Dismiss (ECF 17).

The Plaintiff would like to thank the Defendant for correcting the record and the sincere apology it has expressed. The Plaintiff's immediate concerns that were raised in ECF 15 has been resolved and conveys her apologies to the court for the time and resources that were used to address this in the order.

## **MOTION FOR LEAVE TO FILE A SURREPLY**

The Defendant's Notice of Errata (ECF 17) changes the substantive content and the context of the arguments it made in Section E of their Motion to Dismiss.

A surreply is not provided for by the FRCP nor the Local Rules but a party may ask leave from the court for permission with good cause.

*"A district court may allow a surreply to be filed, but only "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." Hill v. England, 2005 WL 3031136, *1 (E.D.Cal. Nov. 8, 2005)"* Thomas v. Wilkinson (E.D. Cal., 2017)

The Defendant's corrections create a new argument with regards to Section E of their Motion to Dismiss (ECF 13-1 Page ID 421-423).

The Defendant is expected to file a reply to the Plaintiff's opposition. The Plaintiff therefore requests leave from this court to file a surreply within 7 days of the Defendant's service of his reply.

In the alternative, if the Defendant does not submit a timely reply, the Plaintiff requests a fair opportunity to respond this new argument that arises from the corrections to the Motion to Dismiss.

Respectfully Submitted on March 11, 2019

*[signature]*

Ya-Wen Hsiao

1141 Hoolai St. Apt 201

Honolulu, HI 96814

(808)381-4058

rabbityhsiao@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, a true and correct copy of the foregoing document was duly served upon the following by USPS Priority Mail.

**Samuel P Go**
USDOJ/CIVIL/OIL/DCS
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
USPS Tracking: 9405 5036 9930 0443 2827 03

**Harry Yee**
PJKK Federal Building
300 Ala Moana Blvd. Room 6-100
Honolulu HI 96850
USPS Tracking: 9405 5036 9930 0443 2827 10

*/s/ Ya-Wen Hsiao*

Ya-Wen Hsiao
Dated: March 11, 2019 in Honolulu HI