ORIGINAL

Ya-Wen Hsiao
1141 Hoolai St. Apt 201
Honolulu HI 96814
808-728-2646
rabbityhsiao@gmail.com
*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2019

at 8 o'clock and 51 min. 0 M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER ACOSTA, in his capacity as the United States Secretary of Labor, <br><br> Defendant. | CIVIL NO. 18-CV-00502-JAO-KJM <br><br> **Plaintiff's Notice of Withdrawal of Opposition to Defendants Motion to Dismiss (ECF 14)** <br><br><br> Hearing Date: June 7, 2019 <br> Dearing Time: 11:00 AM <br> Place: Aha Kanawai <br> Before: Honorable Judge Jill A. Otake |

# **Notice**

Pursuant to ECF 20, Plaintiff hereby gives notice to the court that she is withdrawing the Opposition to Defendants Motion to Dismiss filed on March 6, 2019 (ECF 14).

An opposition addressing the arguments made in the original Motion to Dismiss (ECF 13) and Notice of Errata (ECF 17) will be filed on or before May 17, 2019 as prescribed by Local Rule 7.4.

Thank you.

Respectfully Submitted on: March 22, 2019

Ya-Wen Hsiao

1141 Hoolai St. Apt 201

Honolulu, HI 96814

(808) 728-2646

rabbityhsiao@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, a true and correct copy of the foregoing document was duly served upon the following by USPS First Class mail.

**Harry Yee**
PJKK Federal Building
300 Ala Moana Blvd. Room 6-100
Honolulu HI 96850

**Samuel P Go**
USDOJ/CIVIL/OIL/DCS
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044

Ya-Wen Hsiao
Dated: March 22, 2019, Honolulu HI