## Exhibit 2

July 24, 2017 Email inquiry from Employer



Yawen Hsiao <yawen@hawaii.edu>

## Yawen (Sarah) Hsiao
1 message

**haning@hawaii.edu** <haning@hawaii.edu>  Mon, Jul 24, 2017 at 9:06 AM
To: smyth.todd@dol.gov
Cc: "Yawen (Sarah) Hsiao" <yawen@hawaii.edu>

Dear Mr. Smyth,

I am Dr. William Haning, Ms. Ya-Wen Hsiao's employer. We recently sent in a motion for our case. I have appended the string of communications for your reference below.

Can we kindly request a letter from your office that a motion/appeal is pending for this specific case? We are asking the USCIS for an extension of Ya-Wen's current visa, and they are requesting evidence. A copy of the "Request for Evidence" (RFE) is attached. In particular, the RFE requests the following:

"If the permanent labor certification was denied by the DOL, submit evidence from the DOL that the decision has been appealed and that the appeal is still pending with the Board of Alien Labor Certification Appeals (BALCA)"

Appreciatively and with aloha,

Bill Haning

(Mobile 808-220-2685)

William F. Haning, III, MD, DFASAM, DFAPA

Professor of Psychiatry

- Office of the Dean:

Co-Chair, Neuroscience Curricullum (MD6)

Principal Investigator, Pacific Addiction Research Center (PARC)

John A. Burns School of Medicine (JABSOM)

University of Hawai'i at Manoa

651 Ilalo Street, MEB 224-D

Honolulu, HI 96813

(808) 692-0877, (808) 692-1245 Fax

haning@hawaii.edu

- Program Director, Addiction Psychiatry, and Deputy for General Psychiatry,

Department of Psychiatry

1356 Lusitana St., 4th Floor

Honolulu, HI 96813

(808) 586-7436, (808) 586-2940 Fax

Addiction Program Secretary: Ms. Dana Iida

(808) 586-7445 (diida@hawaiiresidency.org)



The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure (Electronic Communications Privacy Act, 18 U.S.C. 2510-2521). If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---------- Forwarded message ----------
From: **Yawen Hsiao** <yawen@hawaii.edu>
Date: Fri, Jul 7, 2017 at 8:17 AM
Subject: Re: DOL FOIA request 2017-830108
To: "Smyth, Todd - OALJ" <smyth.todd@dol.gov>
Cc: "Johnson, Diane - OALJ" <johnson.diane.1@dol.gov>

Hi. Dear Mr. Smyth,

Thank you so much for your kind response and information. : )

Sorry about the late reply.

Please find the attached PDF file for the check shipping information.

It's sent with USPS certified mail and the tracking number is: 70162710000090076637

Have a great weekend and warm Aloha ~

Yawen

------------------------

On Wed, Jul 5, 2017 at 6:58 AM, Smyth, Todd - OALJ <smyth.todd@dol.gov> wrote:

Hi Ms. Hsiao,