# EXHIBIT

# A

| | |
|---|---|
| From: | Walker, Anna D - SOL |
| To: | rabbityhsiao@gmail.com |
| Cc: | Go, Samuel (CIV) |
| Subject: | Hsiao v. Acosta, 18-CV-00502-JAO-KJM |
| Date: | Thursday, May 23, 2019 4:35:48 PM |
| Attachments: | OASAM Response_865938.pdf |

Hello Ya-Wen Hsiao,

I am in receipt of your Memorandum of Support for Plaintiff's Opposition to Defendant's Motion to Dismiss in the above-captioned matter in which you mention that you still have not received a response to your August 22, 2018 FOIA request (No. 865938) from the U.S. Department of Labor ("DOL") Office of the Assistant Secretary for Administrative and Management ("OASAM").  Although DOL's records indicate that OASAM's response to your August 22, 2018 FOIA request was sent on January 8, 2019, please see the attached response from OASAM forwarded to you again.  A hardcopy of this response is also being sent to you at 1141 Hoolai St., Apt. 201, Honolulu, HI 96814 via USP tracking #: 1Z W98 4A2 24 9122 6834.

Best,

Anna D. Walker
Attorney
FOIA/Information Law & Procurement
Management & Administrative Legal Services Div.
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave., NW, Ste. N2420
Washington, DC 20210
P: 202-693-5388
F: 202-693-5538
walker.anna.d@dol.gov

*This message may contain legally privileged, confidential, or otherwise disclosure-exempt information.  Do not disclose without consulting with me or with the Office of the Solicitor, U.S. Department of Labor.  If you think you received this email in error, please notify the sender immediately, at walker.anna.d@dol.gov or 202-693-5388.*