# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00502 JAO-WRP |
| CASE NAME: | Ya-Wen Hsiao v. Alexander Acosta |
| ATTYS FOR PLA: | Ya-Wen Hsiao, Pro Se |
| ATTYS FOR DEFT: | Samuel Go |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 06/07/2019 | TIME: | 10:50am-11:40am |

COURT ACTION:  EP: Hearing on [13] Defendant's Motion to Dismiss and [23] Plaintiff's Request for Censure and Order to Show Cause was held.

Discussion held with Plaintiff Ya-Wen Hsiao and Plaintiff's husband, Bryan Feliciano regarding interpretation during oral argument.

Oral arguments heard.

[13] Defendant's Motion to Dismiss - TAKEN UNDER ADVISEMENT

[23] Plaintiff's Request for Censure and Order to Show Cause Court to Issue a Written Order - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager