ORIGINAL cc:KJM

Ya-Wen Hsiao
1141 Hoolai St., Apt 201
Honolulu HI 96814
808-728-2646
rabbityhsiao@gmail.com
*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2019

at 2 o'clock and 40 min. P M
SUE BEITIA, CLERK Jr

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER ACOSTA, in his capacity as the United States Secretary of Labor,<br><br>    Defendant. | CIVIL NO.:**18-CV-00502-JAO-KJM**<br><br>**MOTION FOR LEAVE TO REFERENCE EXHIBITS PREVIOUSLY FILED** |

## MOTION FOR LEAVE TO REFERENCE PREVIOUSLY FILED EXHIBITS

On June 28, 2019, the Court granted the Defendants motion to Dismiss without prejudice and granting leave to the Plaintiff to file an amended complaint by July 29, 2019.

Local Rule 10.3 states:

Any party filing or moving to file an amended complaint, counterclaim, third-party complaint, or answer or reply thereto shall reproduce the entire pleading as amended and may not incorporate any part of a prior pleading by reference, except with leave of court.

The initiating complaint for this matter includes exhibits which are voluminous. The documents are still relevant to the action. The Plaintiff is not permitted to file documents electronically and thus it would be more practicable to reference exhibits that were filed and are already on the record in the forthcoming amended complaint.

The Plaintiff therefore asks permission from the Court to reference the exhibits in the ECF in her amended complaint.

Respectfully submitted on July 11, 2019

Ya-Wen Hsiao
1141 Hoolai St., Apt 201
Honolulu HI 96814
808-728-2646
rabbityhsiao@gmail.com

18-CV-00502-JAO-KJM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, a true and correct copy of the foregoing document was duly served upon the following by USPS Priority Mail.

Harry Yee
PJKK Federal Building
300 Ala Moana Blvd. Room 6-100
Honolulu HI 96850

Samuel P Go
USDOJ/CIVIL/OIL/DCS
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044

Ya-Wen Hsiao
Dated: July 11, 2019, Honolulu HI