# Exhibit 1

# The Appeal File

**U.S. Department of Labor**   **Employment and Training Administration**
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303



**MEMORANDUM**

**TO:**   Board of Alien Labor Certification Appeals
U.S. Department of Labor
800 K Street, NW Suite 400-N
Washington, D.C. 20001-8002

**FROM:**   William Carlson, Ph.D.
National Certifying Officer

**SUBJECT:**   Foreign Labor Certification Appeal for
UNIVERSITY OF HAWAII, *Employer*
*On behalf of* YA-WEN HSIAO, *Alien Beneficiary*
ETA Case Number: A-10344-38244

The document(s) listed below are not available for inclusion in the administrative file:

• Employer's Response to Audit Notification letter received 02/16/2011

If this document becomes available, a supplement to the administrative file will be immediately provided to the Board of Alien Labor Certification Appeals (BALCA); the employer/employer's authorized representative (as appropriate); and the Employment and Training Legal Services (ETLS).

Application #: A-10344-38244
Employer: UNIVERSITY OF HAWAII
Foreign Worker: YA-WEN HSIAO

# I N D E X

| Pages | Document(s) | Date |
|---|---|---|
| 1-2 | Transmittal Letter | 04/30/2012 |
| 3-31 | Employer's Request for Reconsideration | 04/13/2012 |
| 32-34 | DOL Denial Letter | 03/23/2012 |
| 35-132 | Employer's Response to Additional Audit Information Letter | 03/01/2012 |
| 133-135 | DOL Additional Audit Information Letter | 02/28/2012 |
| 136 | Employer's Response to Audit Notification Letter- Not included | 02/16/2011 (Received Date) |
| 137-140 | DOL Audit Notification Letter | 01/18/2011 |
| 141-152 | ETA Form 9089 | 01/13/2011 |

**U.S. Department of Labor**

**Employment and Training Administration**
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

**MEMORANDUM**

DATE:            April 30, 2012

TO:               Board of Alien Labor Certification Appeals
                      U.S. Department of Labor
                      800 K Street, NW Suite 400-N
                      Washington, D.C. 20001-8002

FROM:         William Carlson, Ph.D.
                      National Certifying Officer

SUBJECT:     Foreign Labor Certification Appeal for
                      UNIVERSITY OF HAWAII, *Employer*
                      *On behalf of* YA-WEN HSIAO, *Alien Beneficiary*
                      ETA Case Number: A-10344-38244

Enclosed is a copy of the referenced permanent labor certification application file, which is forwarded for your review in accordance with the regulations effective March 28th, 2005.

Enclosure

CC: CC: Associate Solicitor for Employment and Training

**U.S. Department of Labor**     **Employment and Training Administration**
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303



### MEMORANDUM

**TO:**         Board of Alien Labor Certification Appeals
U.S. Department of Labor
800 K Street, NW Suite 400-N
Washington, D.C. 20001-8002

**FROM:**     William Carlson, Ph.D.
National Certifying Officer

**SUBJECT:**  Foreign Labor Certification Appeal for
UNIVERSITY OF HAWAII, *Employer*
*On behalf of* YA-WEN HSIAO, *Alien Beneficiary*
ETA Case Number: A-10344-38244

The document(s) listed below are not available for inclusion in the administrative file:

- Employer's Response to Audit Notification letter received 02/16/2011

If this document becomes available, a supplement to the administrative file will be immediately provided to the Board of Alien Labor Certification Appeals (BALCA); the employer/employer's authorized representative (as appropriate); and the Employment and Training Legal Services (ETLS).

Application #: A-10344-38244
Employer: UNIVERSITY OF HAWAII
Foreign Worker: YA-WEN HSIAO

# I N D E X

| Pages | Document(s) | Date |
|-------|-------------|------|
| 1-2 | Transmittal Letter | 04/30/2012 |
| 3-31 | Employer's Request for Reconsideration | 04/13/2012 |
| 32-34 | DOL Denial Letter | 03/23/2012 |
| 35-132 | Employer's Response to Additional Audit Information Letter | 03/01/2012 |
| 133-135 | DOL Additional Audit Information Letter | 02/28/2012 |
| 136 | Employer's Response to Audit Notification Letter-Not included | 02/16/2011 (Received Date) |
| 137-140 | DOL Audit Notification Letter | 01/18/2011 |
| 141-152 | ETA Form 9089 | 01/13/2011 |

**U.S. Department of Labor**        **Employment and Training Administration**
                                    Office of Foreign Labor Certification
                                    Atlanta National Processing Center
                                    Harris Tower
                                    233 Peachtree Street, Suite 410
                                    Atlanta, GA 30303

**MEMORANDUM**

DATE:              April 30, 2012

TO:                Board of Alien Labor Certification Appeals
                   U.S. Department of Labor
                   800 K Street, NW Suite 400-N
                   Washington, D.C. 20001-8002

FROM:              William Carlson, Ph.D.
                   National Certifying Officer

SUBJECT:           Foreign Labor Certification Appeal for
                   UNIVERSITY OF HAWAII, *Employer*
                   *On behalf of* YA-WEN HSIAO, *Alien Beneficiary*
                   ETA Case Number: A-10344-38244

Enclosed is a copy of the referenced permanent labor certification application file, which is forwarded for your review in accordance with the regulations effective March 28th, 2005.

Enclosure

CC: CC: Associate Solicitor for Employment and Training

**U.S. Department of Labor**     **Employment and Training Administration**

Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

April 30, 2012

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105
Honolulu, HI 96822

| | |
|---|---|
| ETA Case Number: | A-10344-38244 |
| Alien's Name: | YA-WEN HSIAO |
| Occupation: | Computer Software Engineers, Applications, Non R&D, 15-1034.00 |
| Date of Acceptance for Processing: | January 13, 2011 |

Dear UNIVERSITY OF HAWAII

You have requested the United States Department of Labor (Department) reconsider the decision made on the above referenced Application for Permanent Employment Certification. The employer's request did not overcome the deficiencies stated in the determination letter for the reasons provided below.

The denial notification states the employer failed to provide adequate documentation of its website advertisement which was one of the additional recruitment steps for professional occupations, as required in the Audit Notification letter. Specifically, the documentation provided is not dated nor does it contain proof that it was posted to the employer's website. In its request for reconsideration, the employer states it is providing a printout containing the URL and the print date which was not previously provided. However, Departmental regulations at 20 CFR §§ 656.24(g)(2)(i) and 656.24(g)(2)(ii) state, for applications submitted after July 16, 2007, a request for reconsideration submitted on behalf of an application may include only documentation received from the employer in response to a request from the Office of Foreign Labor Certification Certifying Officer or documentation the employer did not have an opportunity to present to the Certifying Officer, but existed at the time the application was filed. Since the employer had the opportunity to submit adequate proof of the employer's website with its audit response and failed to do so, the Certifying Officer cannot consider the documentation submitted in the reconsideration, as it was not part of the documentation on which the denial was based. Furthermore, the use of the employer's website as a recruitment medium can be documented by providing dated copies of pages from the site that advertised the occupation involved in the application in accordance with Departmental regulations at 20 CFR § 656.17(e)(1)(ii)(B). Since the employer failed to provide adequate proof of the advertisement on the employer's website in response to the audit letter, the Certifying Officer has determined this reason for denial as valid in accordance with Departmental regulations at 20 CFR § 656.17(e)(1)(ii)(B).

The denial notification states the advertisement on the employer's website contains a wage, $3,684 month ($44,220.80 year), which is lower than the offered wage, $57,194.00 year listed in section G.1 of the ETA Form 9089. In its request for reconsideration, the employer states the Department's regulations at 20 CFR § 656.17(f) only applies to newspapers of general circulation or professional journals. Additionally, the employer states the salary listed was clearly labeled as "minimum" and any applicant could have inferred that they could negotiate for a higher salary. However, the employer's website is one part of the recruitment effort used by the employer to test the labor market and must therefore contain the same information required of advertisements set forth in Departmental regulations at 20 CFR § 656.17(f). Additionally, the advertisements must not contain wages and terms and conditions of employment that are less favorable than those offered to the foreign worker in accordance with Departmental regulations at 20 CFR § 656.17(f)(7). Since the advertisement on the employer's website contained a wage less than the offered wage as listed on

the ETA Form 9089, the Certifying Officer has determined this reason for denial as valid in accordance with Departmental regulations at 20 CFR § 656.17(f)(7).

Based on the above, we are forwarding your case to the Board of Alien Labor Certification Appeals (BALCA) for administrative review. Procedures for this review process can be found in the Departmental regulations at 20 CFR §§ 656.26 and 656.27. Pursuant to Departmental regulations at 20 CFR § 656.24(e)(6), when a case is pending on appeal at BALCA, an employer cannot file a new application for the same foreign worker and job opportunity. If you wish to file a new application showing changed or corrected information, you will need to withdraw your appeal.

Sincerely,

William Carlson, Ph.D.
National Certifying Officer

CC: UNIVERSITY OF HAWAII

Enclosure(s): Appeal File



Office of International and Exchange Programs
Faculty and Scholar Immigration Services

UNIVERSITY
of HAWAI'I·
MĀNOA

April 13, 2012

U.S. Department of Labor
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower, 233 Peachtree Street, Suite 410
Atlanta, GA 30303

RE:   Request for Reconsideration under 20 CFR 656.24(g)(1)
      ETA Case Number: A-10344-38244 / Alien's Name: Ya-Wen Hsiao

Dear Certifying Officer,

Under 20 CFR 656.24(g)(1), we request that you reconsider the denial of the PERM application filed by the University of Hawaii, employer, on behalf of Ya-Wen Hsiao, beneficiary. Our reasons for requesting reconsideration are explained below and the following supporting documents are enclosed:

1.   Denial notice, dated March 23, 2012
2.   ETA Form 9089, filed on January 13, 2011
3.   Printout of University of Hawaii web ad which includes the URL and print date of August 3, 2010
4.   Salary schedule, effective July 1, 2010
5.   IT Point Conversion Worksheet, effective July 1, 2008
6.   IT salary matrix form, effective August 31, 2000

Response to Denial Reason #1:

As a matter of University of Hawaii (UH) policy, every position being recruited is advertised on our Work at UH website (workatuh.hawaii.edu). Attached is a printout of the advertisement from the Work at UH website which contains the URL and print date of August 3, 2010 as proof that this ad was indeed posted on the University's website during the period stated in the ETA Form 9089. This particular printout was not previously provided by the UH John A. Burns School of Medicine, which conducted the recruitment, to the Office of Faculty and Scholar Immigration Services (FSIS), which handled the filing of the PERM application. Thus, only the printout of the ad without the URL and print date (due to printer settings) was available to FSIS at the time of the audit response.

Response to Denial Reason #2:

*The language and structure of Sec. 656.17(e)(1)(ii), "Additional recruitment steps," indicates that ads placed under this section do not need to meet the requirements of Sec. 656.17(f)(7).*

The denial notice states that the Certifying Officer relied upon what he perceived to be inadequate evidence of an ad posting on the UH website to determine that the University was putting forth a "wage...less favorable than [that] offered to the alien" (20 CFR 656.17(f)(7)). We respectfully contend, though, that Sec. 656.17(f)(7) only applies to "advertisements placed in newspapers of general circulation or in professional journals" (emphasis added). The requirements for "advertisements in newspapers or professional journals" are described in Sec. 656.17(e)(1)(i)(B); this section includes a provision, 656.17(e)(1)(i)(B)(3), specifying that the "advertisements must satisfy the requirements of paragraph (f) of this section" – paragraph (f) contains the clause that an ad may not contain a less favorable wage than the one offered to the alien.

However, the requirement of satisfying paragraph (f) is unmistakably omitted from the "additional recruitment steps" section at 656.17(e)(1)(ii). The Sec. 656.17(f)(7) requirement should therefore not be applied to advertisements which fall under Sec. 656.17(e)(1)(ii)), including an ad on the "employer's web site" (656.17(e)(1)(ii)(B)). The newspaper advertisements that were placed and which are not in dispute did not contain a salary amount and a professional journal was not used as a recruitment source. Thus, based on the language

2565 McCarthy Mall, PSB 102-106, Honolulu, Hawai'i 96822
Phone: (808) 956-0935 | Fax: (808) 956-5030
signen@hawaii.edu | www.hawaii.edu/fsis
An Equal Opportunity/Affirmative Action Institution

Request for Reconsideration
ETA Case Number: A-10344-38244
Page 2

and structure of Sec. 656.17(e) and 656.17(f), it would appear that the Certifying Officer improperly applied the requirements of 656.17(f)(7) to 656.17(e)(1)(ii).

*The salary in the Work at UH ad was clearly labeled "minimum"; any applicant could have inferred that they could negotiate for a higher salary.*

Even if Sec. 656.17(f)(7) can be applied to advertisements under 656.17(e)(1)(ii), the University clearly indicated in the ad that the salary included in the Work at UH advertisement was a "minimum" amount. Any applicant would have been immediately apprised of this fact upon even a cursory glance at the ad. Since it was specified that this salary was the starting point from which a successful applicant could negotiate, the University was not attempting to offer the foreign national a more favorable wage than it would to an equally or better qualified or applicant. (Although, as the recruitment report, which was submitted with our audit response, demonstrates, there were no other applicants who were qualified for the position.) As such, the inclusion of "minimum" would have signaled prospective applicants, and particularly U.S. workers, who are familiar with the U.S. labor market norm of negotiation for a higher salary at hiring, that it was certainly possible to obtain an increased offer if selected for the position.

*University IT Specialist positions are classified as Administrative, Professional, and Technical (APT) positions, which are covered by a collective bargaining agreement that contains salary schedules.*

At the time of the original posting of the position, all University APT positions were advertised on the Work at UH job posting website stating only the minimum salary per the collective bargaining agreement between the University of Hawaii and the Hawaii Government Employees Association (HGEA). The IT Specialist position described in the ETA Form 9089 is a Pay Band B position with a possible salary range from $42,492 per year through $107,748 per year. The details of the salary ranges are available to the public on the University Office of Human Resources website for the APT Broadband System (www.hawaii.edu/ohr/projects/projects.html) under the "Information Technology Point Conversion Worksheet" (attached and available at www.hawaii.edu/ohr/download/salsched/it708.pdf). Information on the salary computation method is also available on the Broadband System website.

In the process of creating the Work at UH website posting for this position, the Broadband System automatically determined the minimum salary for the position at Step 3 of Pay Band B, which is the reason the minimum salary stated in the Work at UH ad was $44,208 per year. These salary schedules have always been posted in the public domain on the University's Office of Human Resources website (www.hawaii.edu/ohr) for any prospective applicant to view. The attached the salary schedule has been in effect since July 1, 2010 and the attached IT Point Conversion Worksheet has been in effect since July 1, 2008. Neither document was requested in the January 18, 2011 audit notice.

*As a standard practice, the University utilizes a qualifications-based salary matrix to determine salary offers for IT Specialists; applicants are routinely offered more than the minimum salaries in the ads.*

The determination of a salary offer has always been based on the experience and qualifications of the selectee. After selecting a candidate for an IT Specialist position, the hiring unit must utilize the "IT Salary recommendation" form (IT Salary Matrix, August 31, 2000 revision) to determine the salary placement. Unlike other University APT positions, all IT position salaries are determined using the process described below. This salary determination form is available from the open-access UH Human Resources website under "Information Technology Salary Matrix" (attached and available at www.hawaii.edu/ohr/bor/forms/ITSalaryMatrix.pdf). This document was not requested in the January 18, 2011 audit notice.

Request for Reconsideration
ETA Case Number: A-10344-38244
Page 3

The matrix is scored in three (3) sections with the total point score used to determine the starting salary for the
position. Based on "Education Level", "Relevant Experience", and "Qualitative Assessment of Relevant
Experience" a candidate's Designated New Hire Rate is computed. Although there is an additional section that
can be used to request exceptional compensation above the designated new hire rate, no such request was
made for Ms. Hsiao. The criteria for scoring each section are listed on the form, with the guidelines for the
"Qualitative Assessment of Relevant Experience" being available on a separate website page.

Once the candidate has been scored and the entire IT Salary Matrix form has been completed and approved by
the unit, it requires approval from the unit's Human Resources department and the Director/Dean. Once
approved by the local Unit/Department/School, it is forwarded to the University of Hawaii at Manoa's
Chancellor's Office where it is further reviewed. It will then be forwarded to an IT Review Committee, comprised
of IT professionals who review the recommendation and can concur, reject or revise the hiring rate based on
their evaluation of the documentation. The IT Review Committee submits their recommendation of the salary
rate submitted to the University of Hawaii at Manoa Chancellor for final approval. The Chancellor's Office then
communicates the final salary rate to the local Human Resources Department, in this case the Human
Resources Department for the John A. Burns School of Medicine. At that time, an official offer can be made to
the candidate by the hiring unit's Dean/Director.

*The offered salary was available to other applicants on the notice of filing.*

Finally, as required by 20 CFR 656.10(d)(3), the notice of filing sent to the Hawaii Government Employees
Association, which is the collective bargaining representative, instructs potential applicants for the position to
report to the University of Hawaii John A. Burns School of Medicine Human Resources office and pursuant to
Sec. 656.10(d)(4), the notice contains the offered rate of pay. The notice of filing, ETA Form 9089, and
advertisements remained with HGEA for longer than the 30 days minimally required by Sec. 656.10(d)(3)(iv).
Altogether, this means any applicant, through HGEA, had over one month to review the PERM application and
become aware of the offered rate of pay.

In light of our responses and documentation provided here, we request that you reconsider your previous
decision and instead grant certification for this PERM application. Please contact me if you require additional
information. Thank you for your attention to this matter.

Sincerely,

Signe Nakayama
Immigration Specialist

**U.S. Department of Labor**      **Employment and Training Administration**

Office of Foreign Labor Certification

Atlanta National Processing Center

Harris Tower

233 Peachtree Street, Suite 410

Atlanta, GA 30303

March 23, 2012

UNIVERSITY OF HAWAII                    ETA Case Number:      A-10344-38244
c/o Signe Nakayama                         Alien's Name:      YA-WEN HSIAO
Faculty & Scholar Immigration
Services                                                      Computer Software Engineers,
2565 McCarthy Mall, PSB 105                                   Applications, Non R&D,
Honolulu, HI 96822                           Occupation:      15-1034.00
                                     Date of Acceptance for
                                           Processing:        January 13, 2011

Dear UNIVERSITY OF HAWAII

The Department of Labor has made a determination on your Application for Permanent Employment Certification
(Form ETA 9089) in accordance with the Department's regulations at 20 CFR § 656.24 and as required by the
Immigration and Nationality Act (INA), as amended. **Form ETA 9089 has not been certified.** A certification cannot
be issued as required by Section 212(a)(5)(A) of the INA, as amended. The reasons for denial are outlined in the
attachment "Reasons for Denial". A request for review of this denial may be made to the Board of Alien Labor
Certification Appeals (BALCA) by the employer. When seeking review of this determination, the request must be in
accordance with the following:

- The request for review must be in writing;
- The request must clearly identify the particular labor certification determination from which review is sought;
- The request must set forth the particular grounds for the request;
- The request must include all the documents that accompany this Final Determination form;
- The request for review, statements, briefs, and other submissions of the parties and amicus curiae must contain
  only legal arguments and only such evidence that was within the record upon which the denial of the labor
  certification was based; and
- The request must be mailed to the attention of the Office of Foreign Labor Certification Certifying Officer who
  denied the application within **30 calendar days** of the date of this determination.

If this application was denied because it was incomplete or because the employer did not submit documentation
requested by the Certifying Officer to finalize review of the application by the date specified, the failure to provide the
requested documentation in a timely manner constitutes refusal to exhaust available administrative remedies and the
employer cannot request review of this denial with BALCA as outlined in §656.26.

Failure to request review within 30 calendar days, as specified in §656.26, constitutes a failure to exhaust
administrative remedies. If a request for review is not made within 30 calendar days, the denial shall become the final
determination of the Secretary. If an application for a labor certification is denied, and a request for review is not
made in accordance with the procedures at §656.26(a) and (b), a new application may be filed. *A new application in
the same occupation for the same alien cannot be filed while a request for review is pending with the Board of Alien
Labor Certification Appeals.* Reconsideration may be requested any time within 30 days from the date of issuance of
this denial. The Certifying Officer may, in his or her complete discretion, reconsider the determination or treat it as a
request for review under §656.26(a).

Sincerely,

William Carlson, Ph.D.
National Certifying Officer

CC: UNIVERSITY OF HAWAII
Enclosure: Reasons for Denial

## Reasons for Denial

### Case # A-10344-38244

Your Application for Permanent Employment Certification was not certified due to the following:

**Denial Reason #1:**

The employer failed to provide adequate documentation of the additional recruitment steps for professional occupations as required in the Audit Notification letter. The employer indicated in Item I.d.15 of ETA Form 9089 that it used its web site to advertise the job opportunity described in Section H. The employer also provided a document which looks to be a word document that is title, "Work at UH Advertisement." The document does not appear to be from a website, nor is there any proof that the documentation was posted to the employer's website. The employer failed to provide dated copies of the pages from the site that advertised the job opportunity.

AUTHORITY FOR DENIAL: Departmental regulations at 20 CFR § 656.17(e)(1)(ii)(B), states: "The use of the employer's web site as a recruitment medium can be documented by providing dated copies of pages from the site that advertise the occupation involved in the application."

**Denial Reason #2:**

The documentation provided by the employer as proof of the employer's website offers terms and conditions of employment that are less favorable than those offered to the foreign worker. Specifically, the advertisement contains a wage of $3,684 per month, $44,220.80 per year which is lower than the offered wage, $57,194.00 per year listed in section G.1 on the ETA Form 9089.

AUTHORITY FOR DENIAL: In accordance with the Department's regulations at 20 CFR § 656.17(f)(7), advertisements placed in newspapers of general circulation or in professional journals must "not contain wages or terms and conditions of employment that are less favorable than those offered to the alien."

The employer is reminded that, as an alternative to filing an appeal, i.e., either a request for reconsideration, in accordance with the Department's regulations at 20 CFR § 656.24, or request for review, in accordance with the Department's regulations at § 656.26, it may correct the deficiencies as outlined in the denial and submit a new application to the Atlanta National Processing Center for review.

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105
Honolulu, HI 96822

REC'D MAR 2 8 2012

## Work at UH Advertisement

Title:                            Information Technology (Educational Technology Specialist)
Position Number:                  0078233
Hiring Unit:                      John A. Burns School of Medicine
Location:                         Kakaako
Date Posted:                      August 02, 2010
Closing Date:                     August 17, 2010
Band:                             B
Minimum Monthly Salary:           Band B: $3,684
Full Time/Part Time:              Full Time
Temporary/Permanent:              Permanent
Other Conditions:                 General funds, to begin approximately Sept 2010, subject to
                                  position clearance.

Duties and Responsibilities:

Develops medical education and administrative software applications for JABSOM, utilizing
personal data assistants (PDA), web, & other interfaces, packaged & in-house developed
software programs, & data repositories in a distributed environment.

System Administration: manages & administers applications used by faculty, staff, &
students for medical education, including user administration, security management, &
virtual group management.

Designs, implements & integrates subsystems of medium to high complexity using a variety
of programming languages, including Microsoft Access, Visual Basic, Active Server Pages,
.NET, SQL, & PHP.

Tests & debugs systems of medium to high complexity for a distributed computing
environment.

Mobile Devices: provides application training & support, as well as technical
support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm,
Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations.

Prepares written technical documentation for systems of medium to high complexity.

Generates materials & conducts training for end-users including faculty, staff, & students on
use of software, web applications, PDAs, Databases, etc.

Database Management: Designs, develops, implements & maintains databases supporting
student education & curriculum administration.

Database Management: supports statistical analysis & data management of exam
responses, survey questions, course materials, and curriculum map.

Keeps abreast of emerging technologies & trends in higher education by reviewing articles
in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by
attending classes, conferences, presentations.

Identifies technologies applicable to or of potential use to JABSOM; acquires knowledge of
these technologies/systems, hardware/software in order to perform current duties & advise
users on the application of identified technologies.

Assists users in evaluating & selecting appropriate computer hardware & software to meet
operational requirements or problem resolution; also, provides technical consulting on the
implementation & application of selected solutions.

Integrates IT skills and knowledges in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM.

Other duties as assigned

Minimum Qualifications:

Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawai'i broadband system; or equivalent education/training or experience.

Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.

Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).

Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.

Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.

Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.

For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.

Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.

Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.

Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.

Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.

Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.

Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

Desirable Qualifications:

Knowledge of medical education or curriculum management.

Knowledge of troubleshooting procedures & practices for hardware, software, & connectivity in a distributed computing environment.

WORK at UH                                                                                    Page 3 of 3

Considerable knowledge of hand held devices including iPhone, Palm, WindowsMobile, and Smart Phones & their software applications.

Knowledge of student financial accounting and human resource information systems.

| | |
|---|---|
| To Apply: | Submit cover letter indicating how you satisfy the minimum and desirable qualifications, UH Form 64 ( standard format ) ( large format ), resume, names of 3 professional references which include phone numbers and email addresses and official transcripts (copies accepted, however originals required upon hire) to the address below. |
| Address: | Lori Chau<br>UH, John A. Burns School of Medicine<br>Office of Medical Education<br>651 Ilalo Street, Medical Education Bldg., 3rd Floor<br>Honolulu, HI 96813 |
| Inquiries: | Dr. Damon Sakai; 808-692-1001 |

The University of Hawaii is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, gender identity and expression, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

Employment is contingent on satisfying employment eligibility verification requirements of the Immigration Reform and Control Act of 1986; reference checks of previous employers; and for certain positions, criminal history record checks.

In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawaii may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

In accordance with Article 10A of the unit 08 collective bargaining agreement, bargaining unit members receive priority consideration for APT job vacancies. As a result, external or non BU 08 applicants may not be considered for some APT vacancies. BU 08 members with re-employment rights or priority status are responsible for informing the hiring unit of their status.

http://www.pers.hawaii.edu/wuh/nadvert.aspx?m=10482                          8/3/2010

SALARY SCHEDULE
ADMINISTRATIVE, PROFESSIONAL AND TECHNICAL (APT)
(EXCLUDING COACHES)
11 MONTH - Effective 07-01-2010

STEPS 1 - 24

| | | Step 1N | Step 2N | Step 3N | Step 4N | Step 5N | Step 6N | Step 7N | Step 8N | Step 9N | Step 10N | Step 11N | Step 12N | Step 13N | Step 14N | Step 15N | Step 16N | Step 17N | Step 18N | Step 19N | Step 20N | Step 21N | Step 22N | Step 23N | Step 24N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | ANNUAL | 34,848 | 35,544 | 36,252 | 36,984 | 37,728 | 38,472 | 39,252 | 40,032 | 40,836 | 41,652 | 42,492 | 43,344 | 44,208 | 45,096 | 45,996 | 46,920 | 47,856 | 48,816 | 49,800 | 50,784 | 51,804 | 52,836 | 53,904 | 54,984 |
| | MONTHLY | 2,904 | 2,962 | 3,021 | 3,082 | 3,144 | 3,206 | 3,271 | 3,336 | 3,403 | 3,471 | 3,541 | 3,612 | 3,684 | 3,758 | 3,833 | 3,910 | 3,988 | 4,068 | 4,150 | 4,232 | 4,317 | 4,403 | 4,492 | 4,582 |
| B | ANNUAL | 42,492 | 43,344 | 44,208 | 45,096 | 45,996 | 46,920 | 47,856 | 48,816 | 49,800 | 50,784 | 51,804 | 52,836 | 53,904 | 54,984 | 56,076 | 57,192 | 58,332 | 59,496 | 60,684 | 61,896 | 63,132 | 64,404 | 65,688 | 66,996 |
| | MONTHLY | 3,541 | 3,612 | 3,684 | 3,758 | 3,833 | 3,910 | 3,988 | 4,068 | 4,150 | 4,232 | 4,317 | 4,403 | 4,492 | 4,582 | 4,673 | 4,766 | 4,861 | 4,958 | 5,057 | 5,158 | 5,261 | 5,367 | 5,474 | 5,583 |
| C | ANNUAL | 51,804 | 52,836 | 53,904 | 54,984 | 56,076 | 57,192 | 58,332 | 59,496 | 60,684 | 61,896 | 63,132 | 64,404 | 65,688 | 66,996 | 68,340 | 69,708 | 71,100 | 72,528 | 73,980 | 75,456 | 76,956 | 78,504 | 80,076 | 81,672 |
| | MONTHLY | 4,317 | 4,403 | 4,492 | 4,582 | 4,673 | 4,766 | 4,861 | 4,958 | 5,057 | 5,158 | 5,261 | 5,367 | 5,474 | 5,583 | 5,695 | 5,809 | 5,925 | 6,044 | 6,165 | 6,288 | 6,413 | 6,542 | 6,673 | 6,806 |
| D | ANNUAL | 56,076 | 57,192 | 58,332 | 59,496 | 60,684 | 61,896 | 63,132 | 64,404 | 65,688 | 66,996 | 68,340 | 69,708 | 71,100 | 72,528 | 73,980 | 75,456 | 76,956 | 78,504 | 80,076 | 81,672 | 83,304 | 84,960 | 86,664 | 88,392 |
| | MONTHLY | 4,673 | 4,766 | 4,861 | 4,958 | 5,057 | 5,158 | 5,261 | 5,367 | 5,474 | 5,583 | 5,695 | 5,809 | 5,925 | 6,044 | 6,165 | 6,288 | 6,413 | 6,542 | 6,673 | 6,806 | 6,942 | 7,080 | 7,222 | 7,366 |

STEPS 25 - 48

| | | Step 25N | Step 26N | Step 27N | Step 28N | Step 29N | Step 30N | Step 31N | Step 32N | Step 33N | Step 34N | Step 35N | Step 36N | Step 37N | Step 38N | Step 39N | Step 40N | Step 41N | Step 42N | Step 43N | Step 44N | Step 45N | Step 46N | Step 47N | Step 48N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | ANNUAL | 56,076 | 57,192 | 58,332 | 59,496 | 60,684 | 61,896 | 63,132 | 64,404 | 65,688 | 66,996 | 68,340 | 69,708 | 71,100 | 72,528 | 73,980 | 75,456 | 76,956 | 78,504 | 80,076 | 81,672 | 83,304 | 84,960 | 86,664 | 88,392 |
| | MONTHLY | 4,673 | 4,766 | 4,861 | 4,958 | 5,057 | 5,158 | 5,261 | 5,367 | 5,474 | 5,583 | 5,695 | 5,809 | 5,925 | 6,044 | 6,165 | 6,288 | 6,413 | 6,542 | 6,673 | 6,806 | 6,942 | 7,080 | 7,222 | 7,366 |
| B | ANNUAL | 68,340 | 69,708 | 71,100 | 72,528 | 73,980 | 75,456 | 76,956 | 78,504 | 80,076 | 81,672 | 83,304 | 84,960 | 86,664 | 88,392 | 90,168 | 91,968 | 93,804 | 95,676 | 97,596 | 99,540 | 101,544 | 103,572 | 105,648 | 107,748 |
| | MONTHLY | 5,695 | 5,809 | 5,925 | 6,044 | 6,165 | 6,288 | 6,413 | 6,542 | 6,673 | 6,806 | 6,942 | 7,080 | 7,222 | 7,366 | 7,514 | 7,664 | 7,817 | 7,973 | 8,133 | 8,295 | 8,462 | 8,631 | 8,804 | 8,979 |
| C | ANNUAL | 83,304 | 84,960 | 86,664 | 88,392 | 90,168 | 91,968 | 93,804 | 95,676 | 97,596 | 99,540 | 101,544 | 103,572 | 105,648 | 107,748 | 109,908 | 112,104 | 114,348 | 116,640 | 118,980 | 121,368 | 123,792 | 126,264 | 128,796 | 131,376 |
| | MONTHLY | 6,942 | 7,080 | 7,222 | 7,366 | 7,514 | 7,664 | 7,817 | 7,973 | 8,133 | 8,295 | 8,462 | 8,631 | 8,804 | 8,979 | 9,159 | 9,342 | 9,529 | 9,720 | 9,915 | 10,114 | 10,316 | 10,522 | 10,733 | 10,948 |
| D | ANNUAL | 90,168 | 91,968 | 93,804 | 95,676 | 97,596 | 99,540 | 101,544 | 103,572 | 105,648 | 107,748 | 109,908 | 112,104 | 114,348 | 116,640 | 118,980 | 121,368 | 123,792 | 126,264 | 128,796 | 131,376 | | | | |
| | MONTHLY | 7,514 | 7,664 | 7,817 | 7,973 | 8,133 | 8,295 | 8,462 | 8,631 | 8,804 | 8,979 | 9,159 | 9,342 | 9,529 | 9,720 | 9,915 | 10,114 | 10,316 | 10,522 | 10,733 | 10,948 | | | | |

The attached Information Technology Point Conversion Worksheet references the Bargaining Unit 8 salary schedule effective 07/01/08.  The step designation on the worksheet should continue to be used to determine the appropriate salaries for the 11/01/2009 and 07/01/2010 salary schedules based on the computed points.

## Information Technology Point Conversion Worksheet Effective 07-01-08

| BAND A | | | | BAND B | | | | BAND C | | | | BAND D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Step | Points | Annual | Monthly | Step | Points | Annual | Monthly | Step | Points | Annual | Monthly | Step | Points | Annual | Monthly |
| 1 |  | 36684 | 3057 | 1 |  | 44724 | 3727 | 1 |  | 54528 | 4544 | 1 |  | 59028 | 4919 |
| 2 |  | 37416 | 3118 | 2 |  | 45624 | 3802 | 2 | 0-1 | 55620 | 4635 | 2 |  | 60204 | 5017 |
| 3 |  | 38160 | 3180 | 3 | 0-1 | 46536 | 3878 | 3 | 2-3 | 56736 | 4728 | 3 |  | 61404 | 5117 |
| 4 |  | 38928 | 3244 | 4 | 2-3 | 47472 | 3956 | 4 | 4-5 | 57876 | 4823 | 4 |  | 62628 | 5219 |
| 5 | 0-1 | 39708 | 3309 | 5 | 4-5 | 48420 | 4035 | 5 | 6 | 59028 | 4919 | 5 |  | 63876 | 5323 |
| 6 | 2-3 | 40500 | 3375 | 6 | 6 | 49392 | 4116 | 6 | 7 | 60204 | 5017 | 6 |  | 65148 | 5429 |
| 7 | 4-5 | 41316 | 3443 | 7 | 7 | 50376 | 4198 | 7 | 8 | 61404 | 5117 | 7 |  | 66456 | 5538 |
| 8 | 6 | 42144 | 3512 | 8 | 8 | 51384 | 4282 | 8 | 9 | 62628 | 5219 | 8 |  | 67788 | 5649 |
| 9 | 7 | 42984 | 3582 | 9 | 9 | 52416 | 4368 | 9 | 10 | 63876 | 5323 | 9 |  | 69144 | 5762 |
| 10 | 8 | 43848 | 3654 | 10 | 10 | 53460 | 4455 | 10 | 11 | 65148 | 5429 | 10 |  | 70524 | 5877 |
| 11 | 9 | 44724 | 3727 | 11 | 11 | 54528 | 4544 | 11 | 12 | 66456 | 5538 | 11 |  | 71940 | 5995 |
| 12 | 10 | 45624 | 3802 | 12 | 12 | 55620 | 4635 | 12 | 13 | 67788 | 5649 | 12 |  | 73380 | 6115 |
| 13 | 11 | 46536 | 3878 | 13 | 13 | 56736 | 4728 | 13 | 14 | 69144 | 5762 | 13 | 0-1 | 74844 | 6237 |
| 14 | 12 | 47472 | 3956 | 14 | 14 | 57876 | 4823 | 14 | 15 | 70524 | 5877 | 14 | 2-3 | 76344 | 6362 |
| 15 | 13 | 48420 | 4035 | 15 | 15 | 59028 | 4919 | 15 | 16 | 71940 | 5995 | 15 | 4-5 | 77868 | 6489 |
| 16 | 14 | 49392 | 4116 | 16 | 16 | 60204 | 5017 | 16 | 17 | 73380 | 6115 | 16 | 6 | 79428 | 6619 |
| 17 | 15 | 50376 | 4198 | 17 | 17 | 61404 | 5117 | 17 | 18 | 74844 | 6237 | 17 | 7 | 81012 | 6751 |
| 18 | 16 | 51384 | 4282 | 18 | 18 | 62628 | 5219 | 18 | 19 | 76344 | 6362 | 18 | 8 | 82632 | 6886 |
| 19 | 17 | 52416 | 4368 | 19 | 19 | 63876 | 5323 | 19 | 20 | 77868 | 6489 | 19 | 9 | 84288 | 7024 |
| 20 | 18 | 53460 | 4455 | 20 | 20 | 65148 | 5429 | 20 | 21 | 79428 | 6619 | 20 | 10 | 85968 | 7164 |
| 21 | 19 | 54528 | 4544 | 21 | 21 | 66456 | 5538 | 21 | 22 | 81012 | 6751 | 21 | 11 | 87684 | 7307 |
| 22 | 20 | 55620 | 4635 | 22 | 22 | 67788 | 5649 | 22 | 23 | 82632 | 6886 | 22 | 12 | 89436 | 7453 |
| 23 | 21 | 56736 | 4728 | 23 | 23 | 69144 | 5762 | 23 | 24 | 84288 | 7024 | 23 | 13 | 91224 | 7602 |
| 24 | 22 | 57876 | 4823 | 24 | 24 | 70524 | 5877 | 24 | 25 | 85968 | 7164 | 24 | 14 | 93048 | 7754 |
| 25 | 23 | 59028 | 4919 | 25 | 25 | 71940 | 5995 | 25 | 26 | 87684 | 7307 | 25 | 15 | 94908 | 7909 |
| 26 | 24 | 60204 | 5017 | 26 | 26 | 73380 | 6115 | 26 | 27 | 89436 | 7453 | 26 | 16 | 96804 | 8067 |
| 27 | 25 | 61404 | 5117 | 27 | 27 | 74844 | 6237 | 27 | 28 | 91224 | 7602 | 27 | 17 | 98736 | 8228 |
| 28 | 26 | 62628 | 5219 | 28 | 28 | 76344 | 6362 | 28 | 29 | 93048 | 7754 | 28 | 18 | 100716 | 8393 |
| 29 | 27 | 63876 | 5323 | 29 | 29 | 77868 | 6489 | 29 | 30 | 94908 | 7909 | 29 | 19 | 102732 | 8561 |
| 30 | 28 | 65148 | 5429 | 30 | 30 | 79428 | 6619 | 30 | 31 | 96804 | 8067 | 30 | 20 | 104784 | 8732 |
| 31 | 29 | 66456 | 5538 | 31 | 31 | 81012 | 6751 | 31 | 32 | 98736 | 8228 | 31 | 21 | 106884 | 8907 |
| 32 | 30 | 67788 | 5649 | 32 | 32 | 82632 | 6886 | 32 | 33 | 100716 | 8393 | 32 | 22 | 109020 | 9085 |
| 33 | 31 | 69144 | 5762 | 33 | 33 | 84288 | 7024 | 33 | 34 | 102732 | 8561 | 33 | 23 | 111204 | 9267 |
| 34 | 32 | 70524 | 5877 | 34 | 34 | 85968 | 7164 | 34 | 35 | 104784 | 8732 | 34 | 24 | 113424 | 9452 |
| 35 | 33 | 71940 | 5995 | 35 | 35 | 87684 | 7307 | 35 | 36 | 106884 | 8907 | 35 | 25 | 115692 | 9641 |
| 36 | 34 | 73380 | 6115 | 36 | 36 | 89436 | 7453 | 36 | 37 | 109020 | 9085 | 36 | 26 | 118008 | 9834 |
| 37 | 35 | 74844 | 6237 | 37 | 37 | 91224 | 7602 | 37 | 38 | 111204 | 9267 | 37 | 27 | 120372 | 10031 |
| 38 | 36 | 76344 | 6362 | 38 | 38 | 93048 | 7754 | 38 | 39 | 113424 | 9452 | 38 | 28 | 122784 | 10232 |
| 39 | 37 | 77868 | 6489 | 39 | 39 | 94908 | 7909 | 39 | 40 | 115692 | 9641 | 39 | 29 | 125244 | 10437 |
| 40 | 38 | 79428 | 6619 | 40 | 40 | 96804 | 8067 | 40 | 41 | 118008 | 9834 | 40 | 30 | 127752 | 10646 |
| 41 | 39 | 81012 | 6751 | 41 | 41 | 98736 | 8228 | 41 | 42 | 120372 | 10031 | 41 | 31 | 130308 | 10859 |
| 42 | 40 | 82632 | 6886 | 42 | 42 | 100716 | 8393 | 42 | 43 | 122784 | 10232 | 42 | 32 | 132912 | 11076 |
| 43 | 41 | 84288 | 7024 | 43 | 43 | 102732 | 8561 | 43 | 44 | 125244 | 10437 | 43 | 33 | 135576 | 11298 |
| 44 | 42 | 85968 | 7164 | 44 | 44 | 104784 | 8732 | 44 | 45 | 127752 | 10646 | 44 | 34 | 138288 | 11524 |
| 45 | 43 | 87684 | 7307 | 45 | 45 | 106884 | 8907 | 45 | 46 | 130308 | 10859 |  |  |  |  |
| 46 | 44 | 89436 | 7453 | 46 | 46 | 109020 | 9085 | 46 | 47 | 132912 | 11076 |  |  |  |  |
| 47 | 45 | 91224 | 7602 | 47 | 47 | 111204 | 9267 | 47 | 48 | 135576 | 11298 |  |  |  |  |
| 48 | 46 | 93048 | 7754 | 48 | 48 | 113424 | 9452 | 48 | 49 | 138288 | 11524 |  |  |  |  |

NOTE: Steps marked in a box represent the Designated New Hire Rate (DNHR).

Do not use steps below this DNHR for IT professionals.

* In accordance with step designations indicated on BU08 Salary Schedule 11-Month effective 07-01-08

o:\ssa\salsched\apt it 07-01-08 Point converstion w steps.xls

IT Salary Recommendation ( IT Salary Matrix )

Applicant/Employee Name: _____  Position No.: _____  Band:____

Career Group: _____Information Technology_____  College/Office: _____

☐New Hire ☐Promotion ☐Transfer ☐Demotion ☐Other (not including Reallocation) _____
************************************************************************************

**Section I - Initial Salary Placement Determination** *(To be completed by supervisor after completing Section IV - Assessment of Pertinent Credentials, and Section V - Request for Exception Beyond Salary Placement Determination, if appropriate)*

| <u>SUMMARY OF SECTION IV</u> | POINTS | | |
|---|---|---|---|
| A.  Educational Level | _____ | 1.  SALARY DETERMINATION (monthly): (From Salary Matrix Point Conversion Worksheet, based on Section IV) | $_____ |
| B.  Relevant Experience | _____ | 2.  REQUEST FOR EXCEPTION BEYOND SALARY DETERMINATION, IF APPROPRIATE: (From Section V) | $_____ |
| C.  Qualitative Assessment of    Relevant Experience | _____ | 3.  RECOMMENDED SALARY DETERMINATION: (monthly TOTAL) | $_____ |
| TOTAL POINTS | _____ | (This amount, the sum of 1 and 2 above, must correspond with a "step" in the respective pay band) | |

<u>Note</u>: The recommended salary determination shall be based on an accurate assessment of an individual's pertinent credentials. The VP/Chancellor shall determine the final salary, in consideration of the established compensation adjustment rules.

**Supervisor Certification:** *I certify that the recommended monthly salary is based on all relevant information provided by the applicant/employee or available in the personnel file and that the assessment process has been discussed with the applicant/employee.*

_____   _____   _____
Supervisor's Name and Position No.          Signature                            Date

**Section II - Dean/Director Review and Recommendation** - *If the salary placement and/or Request for Exception Beyond Salary Placement Determination is being approved with changes, please provide substantive justification and amended information below.  The recommended salary determination shall be based on an accurate assessment of an individual's pertinent credentials.  The VP/Chancellor shall determine the final salary, in consideration of the established compensation adjustment rules.*

| **A. <u>RECOMMENDATION</u>** | |
|---|---|
| ☐ Recommend (✓ and sign in box C, below) | ☐ Recommend w/ Changes (✓, provide amended information in box B and sign in box C, below) |

**B. <u>AMENDED INFORMATION</u>** (To be completed by the Dean/Director if "recommending w/ changes."

| 1. <u>SUMMARY OF SECTION IV</u>  POINTS | | <u>Justification:</u> |
|---|---|---|
| A.  Educational Level | _____ | |
| B.  Relevant Experience | _____ | |
| C.  Qualitative Assessment of    Relevant Experience | _____ | |
| AMENDED TOTAL POINTS | _____ | |
| AMENDED MONTHLY SALARY | $_____ | |

2. <u>SECTION V - REQUEST FOR EXCEPTION</u> (if appropriate)
   Amended Additional Amount                          $_____

3. <u>AMENDED TOTAL MONTHLY SALARY  DETERMINATION</u>       $_____
   (This amended amount, the sum of 1 and 2 above,  must correspond with a "step" in the respective pay band)

**C. SIGNATURE**      Dean/Director:_____       Date:_____

©August 31, 2000 University of Hawai'i

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Section III – VP/Chancellor Approval/Disapproval** - *If the salary placement and/or Request for Exception Beyond Salary Placement Determination is being approved with changes, please provide substantive justification and amended information below.*

| A. APPROVAL/DISAPPROVAL |  |  |
|---|---|---|
| ☐ Approved <br> (✓ and sign in box C, below) | ☐ Approved w/ Changes <br> (✓, provide amended information in box B and sign in box C, below) | ☐ Disapproved <br> (Ó and sign in box C, below) |

B. **AMENDED INFORMATION** (To be completed by the VP/Chancellor Review Committee if "recommending w/ changes."

1. **SUMMARY OF SECTION IV** POINTS                    Justification:

  A.  Educational Level          _____

  B.  Relevant Experience       _____

  C.  Qualitative Assessment of   _____
     Relevant Experience

  AMENDED TOTAL POINTS   _____

  AMENDED MONTHLY SALARY               $_____

2. **SECTION V - REQUEST FOR EXCEPTION** (if appropriate)

Amended Additional Amount                     $_____

3. **AMENDED TOTAL MONTHLY SALARY  DETERMINATION**        $_____
(This amended amount, the sum of 1 and 2 above,  must correspond with a "step" in the respective pay band)

| C.  SIGNATURE |  VP/Chancellor:_____   Date:_____ |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Section IV continued on next page**

®August 31, 2000 University of Hawai'i

**Section IV - Salary Matrix** -*The assessment of pertinent credentials is to be completed by the supervisor utilizing the APT Application (UH Form 64), Resume/Vita and/or other appropriate documentation to conduct an assessment of the applicant/employee's pertinent credentials. The recommended salary determination shall be based on an accurate assessment of an individual's pertinent credentials. The VP/Chancellor shall determine the final salary, in consideration of the established compensation adjustment rules. Upon completion of Section IV, the supervisor shall complete Section I, "Summary of Section IV."*

A.   **Educational Level -** Assign points (not cumulative) based on the applicant/employee's highest level of <u>relevant</u> education, <u>relevant</u>   college-level course work and/or formally recognized, industry based certification <u>relevant</u> to the position.

☐   Relevant, formally recognized, industry based certification(s)                    1 point

☐   Four (4) relevant college-level courses (100 level to 299 level)                    1 point

☐   Four (4) relevant college-level upper division courses (300 level and above)       2 points

☐   Associate Degree relevant to the field of assignment                               2 points

☐   Bachelor's Degree relevant to the field of assignment                              4 points

☐   Master's Degree relevant to the field of assignment                                5 points

☐   Doctorate relevant to the field of assignment                                      6 points

Degree: _____        Major: _____

Certification: 1)_____        2)_____        3) _____

Course Title
& Level:        1)_____        2)_____

                3)_____        4)_____

Point Spread:  0 - 6                    EDUCATIONAL LEVEL - TOTAL POINTS:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B.   **Relevant Experience -** State the applicant/employee's years & months of <u>relevant</u> experience and award points as appropriate.

Relevant Experience of Applicant/Employee : Years: _____   Months: _____

| Experience | Points | Experience | Points |
|---|---|---|---|
| Less than one (1) year | 0 | Less than six (6) years | 6 |
| Less than two (2) years | 2 | Less than seven (7) years | 7 |
| Less than three (3) years | 3 | Less than eight (8) years | 8 |
| Less than four (4) years | 4 | Less than nine (9) years | 9 |
| Less than five (5) years | 5 | Nine (9) or more years | 10 |

Point Spread:   0 - 10                    RELEVANT EXPERIENCE - TOTAL POINTS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

®August 31, 2000 University of Hawai'i

C. **Qualitative Assessment of Relevant Experience** - Assign points based on the applicant/employee's quality of relevant experience in terms of functional diversity, complexity and integration, and the overall relevancy of the experience when compared to the job at hand. *(See "Qualitative Assessment of Relative Experience" guidelines)*

Justification (this section must be completed):

Point Spread:    0 - 12         QUALITATIVE ASSESSMENT OF RELEVANT EXPERIENCE - TOTAL POINTS: _____

Note: Upon completion of Section IV, the supervisor shall complete Section I - "Summary of Section IV" and compute total points to determine salary placement.
*********************************************************************************************************

**Section V - Request for Exception Beyond Salary Placement Determination** - *To be completed by the supervisor, in appropriately justified situations where it is determined that the salary placement determination does not adequately compensate the applicant/employee's credentials as evidenced by appropriate documentation. Upon completion of Section V, the supervisor shall complete Section I - 2, as appropriate.*

Justification - Consider factors such as comparable positions in the University, comparable positions in the industry, value of the job in the industry, degree of specialization, need of the University, overall benefit to the work unit and/or University, etc.

| Recommended Additional Amount Beyond Salary Placement Determination | Monthly Exception |
|---|---|
| This is the recommended additional amount beyond the Salary Placement Determination (Section I - 1) resulting from the Salary Matrix Point Conversion Worksheet, based on Section IV.  This recommended additional amount (Section I - 2), when added to the Salary Placement Determination, must correspond with a "step" in the respective pay band. | $ |

Note: Upon completion of Section V, the supervisor shall complete Section I - 2 and compute the total recommended salary amount (Section I - 3), as appropriate.

(IT Form - SR)

©August 31, 2000 University of Hawai'i

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**Please read and review the filing instructions before completing this form. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/pdf/9089inst.pdf**

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

**A. Refiling Instructions**

| 1. Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | ☐ Yes | ☑ No |
|---|---|---|

1-A. If Yes, enter the previous filing date

1-B. Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed:

**B. Schedule A or Sheepherder Information**

| 1. Is this application in support of a Schedule A or Sheepherder Occupation? | ☐ Yes | ☑ No |
|---|---|---|

If Yes, do NOT send this application to the Department of Labor. All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office.

**C. Employer Information (Headquarters or Main Office)**

1. Employer's name
   UNIVERSITY OF HAWAII
2. Address 1
   FACULTY & SCHOLAR IMMIGRATION SERVICES

   Address 2
   2565 MCCARTHY MALL, PSB 106

| 3. City HONOLULU | State/Province HI | Country UNITED STATES OF AMERICA | Postal code 96822 |
|---|---|---|---|

| 4. Phone number (808) 956-6374 | | Extension |
|---|---|---|

| 5. Number of employees 8900 | 6. Year commenced business 1907 |
|---|---|

| 7. FEIN( Federal Employer Identification Number) 996000354 | 8. NAICS Code 611310 |
|---|---|

| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | ☐ Yes | ☑ No |
|---|---|---|

**D. Employer Contact Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).**

| 1. Contact's last name Nakayama | First name Signe | Middle initial |
|---|---|---|

2. Address 1
   Faculty & Scholar Immigration Services

   Address 2
   2565 McCarthy Mall, PSB 105

| 3. City Honolulu | State/Province HI | Country UNITED STATES OF AMERICA | Postal code 96822 |
|---|---|---|---|

| 4. Phone number (808) 956-0935 | | Extension |
|---|---|---|

5. E-mail address
   signen@hawaii.edu

---

ETA Form 9089     This Certification is valid from _____ to _____     Page 1 of 12

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



### E. Agent or Attorney Information (if applicable)

1. Agent or attorney's last name                First name                                Middle initial

2. Firm name

3. Firm EIN                                      4. Phone number          Extension

5. Address 1

   Address 2

6. City                      State/Province                    Country                    Postal code

7. E-mail address

### F. Prevailing Wage Information (as provided by the State Workforce Agency)

1. Prevailing wage tracking number (if applicable)     2. SOC/O*NET(OES) code
   P10010244371217                                        15-1034.00
3. Occupation Title                                        4. Skill Level
   Computer Software Engineers, Applications, Non
5. Prevailing wage          Per:  (Choose only one)
   $ 44,208.00          [ ] Hour   [ ] Week   [ ] Bi-Weekly   [ ] Month   [✓] Year
6. Prevailing wage source (Choose only one)
   [ ] OES   [✓] CBA   [ ] Employer Conducted Survey   [ ] DBA   [ ] SCA   [ ] Other
6-A. If Other is indicated in question 6, specify:

7. Determination date                              8. Expiration date
   09/30/2010                                         07/01/2011

### G. Wage Offer Information

1. Offered wage
   From:            To: (Optional)        Per:  (Choose only one)
   $ 57,194.00      $                [ ] Hour   [ ] Week   [ ] Bi-Weekly   [ ] Month   [✓] Year

### H. Job Opportunity Information (Where work will be performed)

1. Primary worksite (where work is to be performed) address 1
   University of Hawaii at Manoa
   Address 2
   John A. Burns School of Medicine, 651 Ilalo Street
2. City                              State              Postal code
   Honolulu                          HI                 96813
3. Job title
   Information Technology Specialist (Educational Technology Specialist)
4. Education: minimum level required:
   [ ] None   [ ] High School   [ ] Associate's   [✓] Bachelor's   [ ] Master's   [ ] Doctorate   [ ] Other
4-A. If Other is indicated in question 4, specify the education required:

4-B. Major field of study
   Management Information Systems
5. Is training required in the job opportunity?      5-A. If Yes, number of months of training required:
   [ ] Yes   [✓] No

ETA Form 9089            This Certification is valid from _____ to _____            Page 2 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**H.  Job Opportunity Information Continued**

5-B.  Indicate the field of training:

6.  Is experience in the job offered required for the job?     6-A.  If Yes, number of months experience required:

    ☐ Yes    ☑ No

7.  Is there an alternate field of study that is acceptable?      ☑ Yes    ☐ No

7-A.  If Yes, specify the major field of study:
     Information Systems, Computer Sci, Project Mgmt, Electrical Engineering; s

8.  Is there an alternate combination of education and experience that is acceptable?    ☐ Yes    ☑ No

8-A.  If Yes, specify the alternate level of education required:

☐ None    ☐ High School    ☐ Associate's    ☐ Bachelor's    ☐ Master's    ☐ Doctorate    ☐ Other

8-B.  If Other is indicated in question 8-A, indicate the alternate level of education required:

8-C.  If applicable, indicate the number of years experience acceptable in question 8:

9.  Is a foreign educational equivalent acceptable?    ☑ Yes    ☐ No

10.  Is experience in an alternate occupation acceptable?    10-A.  If Yes, number of months experience in alternate occupation required:

     ☐ Yes    ☑ No

10-B.  Identify the job title of the acceptable alternate occupation:

11.  Job duties – If submitting by mail, add attachment if necessary.  Job duties description must begin in this space.
     See Attachment

12.  Are the job opportunity's requirements normal for the occupation?

*If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity.*

   ☑ Yes    ☐ No

13.  Is knowledge of a foreign language required to perform the job duties?

*If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity.*

   ☐ Yes    ☑ No

14.  Specific skills or other requirements – If submitting by mail, add attachment if necessary.  Skills description must begin in this space.
     See Attachment

OMB Approval:  1205-0451
Expiration Date:  08/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



---

**H.  Job Opportunity Information Continued**

| | |
|---|---|
| 15.  Does this application involve a job opportunity that includes a combination of occupations? | ☐ Yes  ☑ No |
| 16.  Is the position identified in this application being offered to the alien identified in Section J? | ☑ Yes  ☐ No |
| 17.  Does the job require the alien to live on the employer's premises? | ☐ Yes  ☑ No |
| 18.  Is the application for a live-in household domestic service worker? | ☐ Yes  ☑ No |
| 18-A.  If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | ☐ Yes  ☐ No  ☐ NA |

**I.  Recruitment Information**

**a.  Occupation Type – All must complete this section.**

| | |
|---|---|
| 1.  Is this application for a professional occupation, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | ☑ Yes  ☐ No |
| 2.  Is this application for a college or university teacher? **If Yes, complete questions 2-A and 2-B below.** | ☐ Yes  ☑ No |
| 2-A.  Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes  ☐ No |
| 2-B.  Did you use the basic recruitment process for professional occupations? | ☐ Yes  ☐ No |

**b.  Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.**

| |
|---|
| 3.  Date alien selected: |
| 4.  Name and date of national professional journal in which advertisement was placed: |
| 5.  Specify additional recruitment information in this space.  Add an attachment if necessary. |

**c.  Professional/Non-Professional Information –  Complete this section unless your answer to question B.1 or I.a.2-A is YES.**

| | |
|---|---|
| 6.  Start date for the SWA job order<br>08/04/2010 | 7.  End date for the SWA job order<br>09/03/2010 |
| 8.  Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes  ☐ No |
| 9.  Name of newspaper (of general circulation) in which the first advertisement was placed:<br>Honolulu Star-Advertiser | |
| 10.  Date of first advertisement identified in question 9:<br>08/08/2010 | |
| 11.  Name of newspaper or professional journal (if applicable) in which second advertisement was placed:<br>Honolulu Star-Advertiser | ☑ Newspaper  ☐ Journal |

---

ETA Form 9089

This Certification is valid from _____ to _____

Page 4 of 12

ETA Case Number: A-10344-38244

OMB Approval:   1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**I. Recruitment Information Continued**

12. Date of second newspaper advertisement or date of publication of journal identified in question 11:
08/15/2010

*d. Professional Recruitment Information – Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES. Complete at least 3 of the items.*

| | |
|---|---|
| 13. Dates advertised at job fair<br>From:          To: | 14. Dates of on-campus recruiting<br>From:          To: |
| 15. Dates posted on employer web site<br>From: 08/02/2010 To: 09/04/2010 | 16. Dates advertised with trade or professional organization<br>From:          To: |
| 17. Dates listed with job search web site<br>From: 08/05/2010 To: 09/04/2010 | 18. Dates listed with private employment firm<br>From:          To: |
| 19. Dates advertised with employee referral program<br>From:          To: | 20. Dates advertised with campus placement office<br>From: 08/15/2010 To: 09/04/2010 |
| 21. Dates advertised with local or ethnic newspaper<br>From:          To: | 22. Dates advertised with radio or TV ads<br>From:          To: |

*e. General Information – All must complete this section.*

| | | |
|---|---|---|
| 23. Has the employer received payment of any kind for the submission of this application? | Yes | ✓ No |
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment : | | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ✓ Yes   No | NA |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days but not more than 180 days before the date the application is filed? | Yes   No | ✓ NA |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | Yes | ✓ No |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | Yes   No | NA |

**J. Alien Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).**

| | | |
|---|---|---|
| 1. Alien's last name<br>HSIAO | First name<br>YA-WEN | Full middle name |
| 2. Current address 1<br>423 NAMAHANA ST. #102 | | |
| Address 2 | | |

| | | | |
|---|---|---|---|
| 3. City<br>HONOLULU | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96815 |

4. Phone number of current residence
808-728-2646

| | |
|---|---|
| 5. Country of citizenship<br>TAIWAN | 6. Country of birth<br>TAIWAN |
| 7. Alien's date of birth<br>01/04/1981 | 8. Class of admission<br>H-1B |
| 9. Alien registration number (A#)<br>135787942 | 10. Alien admission number (I-94)<br>06150274322 |

11. Education: highest level achieved relevant to the requested occupation:

None   High School   Associate's   Bachelor's   ✓ Master's   Doctorate   Other

---

ETA Form 9089                  This Certification is valid from _____ to_____ _____                  Page 5 of 12

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**J. Alien Information Continued**

| | |
|---|---|
| 11-A. If Other indicated in question 11, specify | |
| 12. Specify major field(s) of study<br>INFORMATION SYSTEMS | |
| 13. Year relevant education completed<br>2005 | |
| 14. Institution where relevant education specified in question 11 was received<br>HAWAII PACIFIC UNIVERSITY | |
| 15. Address 1 of conferring institution<br>1164 BISHOP STREET | |
| Address 2 | |

| 16. City<br>HONOLULU | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96813 |
|---|---|---|---|

| | |
|---|---|
| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes  ☐ No  ☑ NA |
| 18. Does the alien have the experience as required for the requested job opportunity indicated in question H.6? | ☐ Yes  ☐ No  ☑ NA |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☐ Yes  ☐ No  ☑ NA |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | ☐ Yes  ☐ No  ☑ NA |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | ☐ Yes  ☑ No  ☐ NA |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes  ☑ No |
| 23. Is the alien currently employed by the petitioning employer? | ☑ Yes  ☐ No |

**K. Alien Work Experience**

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

*a. Job 1*

| | |
|---|---|
| 1. Employer name<br>University of Hawaii | |
| 2. Address 1<br>John A. Burns School of Medicine, 651 Ilalo St. | |
| Address 2 | |

| 3. City<br>Honolulu | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96813 |
|---|---|---|---|

| 4. Type of business<br>Education - University | 5. Job title<br>Info Technology Specialis |
|---|---|
| 6. Start date<br>12/05/2005 | 7. End date | 8. Number of hours worked per week<br>40 |

Job 1 continued on next page

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**K. Alien Work Experience Continued**

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provide IT support; serve on the Help Desk team, including assisting with managing Help Desk operations; documenting procedures; troubleshooting; other related duties in computer software and hardware support.

Supervisor: Terry Gerber
Phone: 808-692-1111

Note: Ms. Hsiao briefly held the position of IT Specialist (Educational Technology Specialist) from 06/24/2010 - 07/21/2010. On 07/22/2010, she resumed the IT Specialist position described here.

**b. Job 2**

| 1. Employer name | | | |
|---|---|---|---|
| Hawaii Pacific University | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| 1164 Bishop Street | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Honolulu | HI | UNITED STATES OF AMERICA | 96813 |

| 4. Type of business | | 5. Job title | |
|---|---|---|---|
| Education - University | | Asst Computer Support Spec |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 02/17/2004 | 10/31/2005 | 17 |

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provided telephone support to University users; troubleshooting; resolved hardware and software problems; installed, configured, and maintained personal computers.

Supervisor: Tom Thomas
Phone: 808-544-1193

**c. Job 3**

| 1. Employer name |
|---|
| |

| 2. Address 1 |
|---|
| |
| Address 2 |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| | | | |

| 4. Type of business | 5. Job title |
|---|---|
| | |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| | | |

Job 3 continued on next page

ETA Form 9089          This Certification is valid from _____ to _____          Page 7 of 12

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor

COPY

### K.  Alien Work Experience Continued

9.  Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

### L.  Alien Declaration

*I declare under penalty of perjury that Sections J and K are true and correct.  I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001.  Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I further declare under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and I am granted a visa or an adjustment of status based on this application.*

| 1.  Alien's last name | First name | Full middle name |
|---|---|---|
| HSIAO | YA-WEN | |
| 2.  Signature | | Date signed |
| | | 2/15/2011 |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### M. Declaration of Preparer

| 1.  Was the application completed by the employer?<br>If No, you must complete this section. | ✓ Yes | | No |
|---|---|---|---|

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 2.  Preparer's last name | First name | Middle initial |
|---|---|---|
| 3.  Title | | |
| 4.  E-mail address | | |
| 5.  Signature | Date signed | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

| ETA Form 9089 | This Certification is valid from _____ to _____ | Page 8 of 12 |
|---|---|---|

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



### N. Employer Declaration

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment:*

1. The offered wage equals or exceeds the prevailing wage and I will pay at least the prevailing wage.
2. The wage is not based on commissions, bonuses or other incentives, unless I guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage.
3. I have enough funds available to pay the wage or salary offered the alien.
4. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.
5. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.
6. The job opportunity is not:
   a. Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage; or
   b. At issue in a labor dispute involving a work stoppage.
7. The job opportunity's terms, conditions, and occupational environment are not contrary to Federal, state or local law.
8. The job opportunity has been and is clearly open to any U.S. worker.
9. The U.S. workers who applied for the job opportunity were rejected for lawful job-related reasons.
10. The job opportunity is for full-time, permanent employment for an employer other than the alien.

I hereby designate the agent or attorney identified in section E (if any) to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, I take **full responsibility** for the accuracy of any representations made by my agent or attorney.

I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained herein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 1.  Last name | First name | Middle Initial |
|---|---|---|
| Nakayama | Signe | |

| 2.  Title |
|---|
| Immigration Specialist |

| 3.  Signature | Date signed |
|---|---|
| | 02/10/2011 |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### O.  U.S. Government Agency Use Only

Pursuant to the provisions of Section 212 (a)(5)(A) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.

This Certification is valid from _____ to _____

Signature of Certifying Officer

Date Signed

A-10344-38244

Case Number

01/13/2011

Filing Date

ETA Form 9089          This Certification is valid from _____to_____          Page 9 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**P.  OMB Information**                                    *Paperwork Reduction Act Information Control Number 1205-0451*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

Respondent's reply to these reporting requirements is required to obtain the benefits of permanent employment certification (Immigration and Nationality Act, Section 212(a)(5)).  Public reporting burden for this collection of information is estimated to average 1¼ hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate to the Division of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.
Do NOT send the completed application to this address.

**Q.  Privacy Statement Information**

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act.  The Department of Labor (Department or DOL) maintains a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7) that includes this record.

Under routine uses for this system of records, case files developed in processing labor certification applications, labor condition applications, or labor attestations may be released as follows:  in connection with appeals of denials before the DOL Office of Administrative Law Judges and Federal courts, records may be released to the employers that filed such applications, their representatives, to named alien beneficiaries or their representatives, and to the DOL Office of Administrative Law Judges and Federal courts; and in connection with administering and enforcing immigration laws and regulations, records may be released to such agencies as the DOL Office of Inspector General, Employment Standards Administration, the Department of Homeland Security, and the Department of State.

Further relevant disclosures may be made in accordance with the Privacy Act and under the following circumstances:  in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source or public authority in connection with personnel, security clearance, procurement, or benefit-related matters; to a contractor or their employees, grantees or their employees, consultants, or volunteers who have been engaged to assist the agency in the performance of Federal activities; for Federal debt collection purposes; to the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; to a Member of Congress or their staff in response to an inquiry of the Congressional office made at the written request of the subject of the record; in connection with records management; and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence in the integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information, unless the Solicitor of Labor determines that disclosure would constitute an unwarranted invasion of personal privacy.

Addendum

H. 11. Job duties

Develop medical education & administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment; System Administration: manage & administer applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management; design, implement & integrate subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP; test & debug systems of medium to high complexity for a distributed computing environment; Mobile Devices: provide application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations; prepare written technical documentation for systems of medium to high complexity; generate materials & conduct training for end-users including faculty, staff, & students on use of software, web applications, PDAs, databases, etc.; Database Management: design, develop, implement & maintain databases supporting student education & curriculum administration; Database Management: support statistical analysis & data management of exam responses, survey questions, course materials, & curriculum map; keep abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations; identify technologies applicable to or of potential use to JABSOM-acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies; assist users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution-also provide technical consulting on the implementation & application of selected solutions; integrates IT skills & knowledge in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM; other duties as assigned.

Addendum

H. 14. Specific skills or other requirements

***H.7-A cont: Civil Engineering with emphasis in project mgmt, business degree in mgmt (ie: project mgmt, training, business technology, educational degree with emphasis on technical training, instructional design).***

3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, &/or user application support/help desk, of which 2 years of the experience must have been comparable in scope & complexity to the next lower payband in the UH broadband system (PBA rank); or equivalent education/training or experience; considerable working knowledge of the use of computers for teaching, training &/or learning (e.g., educational technology systems) as demonstrated by the broad knowledge & understanding of the full range of pertinent standard & evolving information technology concepts, principles & methodology; considerable working knowledge & understanding of the broad technology, systems, hardware & software associated with application development, teaching, training, &/or learning with technology (e.g., educational technology); demonstrated ability to recognize a wide range of intricate problems, use reasoning & logic to determine accurate causes, & apply principles & practices to determine, evaluation, integrate, & implement practical & thorough solutions in an effective & timely manner; demonstrated ability to interpret & present information & ideas clearly & accurately in writing, verbally & by preparation of reports & other materials; demonstrated ability to establish & maintain effective working relationships with internal & external organizations, groups, team leaders & members, & individuals; for supervisory work, demonstrated ability to lead subordinates, manage work priorities & projects, & manage employee relations; any equivalent combination of education &/or professional work experience which provides the required education, knowledge, skills and abilities as indicated; considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, & Perl; considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service; knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology; working knowledge of database integration & management including SQL & MySQL, & ability to create relational databases as needed; considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

| ETA Form 9089 | This Certification is valid from _____ to _____ | Page 12 of 12 |

ETA Case Number: A-10344-38244

**FedEx** Express · **US Airbill**

8624 5639 0353    0200    FedEx Retrieval Copy

**1 From**

Date 04/17/2012    Sender's FedEx Account Number 1353-1427-7

Sender's Name Kathy Matsumoto    Phone 808 692-1175

University of Hawaii at Manoa

Company John A. Burns School of Medicine/Off. of Med Educ

Address 651 Ilalo Street, Medical Educ Bldg

City Honolulu    State HI    ZIP 96813

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name U.S. Department of Labor    Phone

Office of Foreign Labor Certification

Company Atlanta National Processing Center

Recipient's Address Harris Tower, 233 Peachtree Street, Suite 410

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City Atlanta    State GA    ZIP 30303



8624 5639 0353

**4a Express Package Service**    Packages up to 150 lbs.

1 FedEx Priority Overnight    5 FedEx Standard Overnight    FedEx First Overnight

3 FedEx 2Day    20 FedEx Express Saver

**4b Express Freight Service**    Packages over 150 lbs.

FedEx 1Day Freight    FedEx 2Day Freight    83 FedEx 3Day Freight

**5 Packaging**

6 FedEx Envelope    21 FedEx Pak    31 FedEx Box    41 FedEx Tube    1 Other

**6 Special Handling**

3 SATURDAY Delivery    4 HOLD Weekday at FedEx Location    34 HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

No    Yes    Yes    Dry Ice    Cargo Aircraft Only

**7 Payment** Bill to:

1 Sender    2 Recipient    3 Third Party    4 Credit Card    5 Cash/Check

Total Packages    Total Weight

**8 Residential Delivery Signature Options**

No Signature Required    Direct Signature    30    Indirect Signature    34

520

**U.S. Department of Labor**　　　**Employment and Training Administration**

Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

March 23, 2012

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration
Services
2565 McCarthy Mall, PSB 105
Honolulu, HI 96822

| | |
|---|---|
| ETA Case Number: | A-10344-38244 |
| Alien's Name: | YA-WEN HSIAO |
| | Computer Software Engineers, Applications, Non R&D, |
| Occupation: | 15-1034.00 |
| Date of Acceptance for Processing: | January 13, 2011 |

Dear UNIVERSITY OF HAWAII

The Department of Labor has made a determination on your Application for Permanent Employment Certification (Form ETA 9089) in accordance with the Department's regulations at 20 CFR § 656.24 and as required by the Immigration and Nationality Act (INA), as amended. **Form ETA 9089 has not been certified.** A certification cannot be issued as required by Section 212(a)(5)(A) of the INA, as amended. The reasons for denial are outlined in the attachment "Reasons for Denial". A request for review of this denial may be made to the Board of Alien Labor Certification Appeals (BALCA) by the employer. When seeking review of this determination, the request must be in accordance with the following:

- The request for review must be in writing;
- The request must clearly identify the particular labor certification determination from which review is sought;
- The request must set forth the particular grounds for the request;
- The request must include all the documents that accompany this Final Determination form;
- The request for review, statements, briefs, and other submissions of the parties and amicus curiae must contain only legal arguments and only such evidence that was within the record upon which the denial of the labor certification was based; and
- The request must be mailed to the attention of the Office of Foreign Labor Certification Certifying Officer who denied the application within **30 calendar days** of the date of this determination.

If this application was denied because it was incomplete or because the employer did not submit documentation requested by the Certifying Officer to finalize review of the application by the date specified, the failure to provide the requested documentation in a timely manner constitutes refusal to exhaust available administrative remedies and the employer cannot request review of this denial with BALCA as outlined in §656.26.

Failure to request review within 30 calendar days, as specified in §656.26, constitutes a failure to exhaust administrative remedies. If a request for review is not made within 30 calendar days, the denial shall become the final determination of the Secretary. If an application for a labor certification is denied, and a request for review is not made in accordance with the procedures at §656.26(a) and (b), a new application may be filed. *A new application in the same occupation for the same alien cannot be filed while a request for review is pending with the Board of Alien Labor Certification Appeals.* Reconsideration may be requested any time within 30 days from the date of issuance of this denial. The Certifying Officer may, in his or her complete discretion, reconsider the determination or treat it as a request for review under §656.26(a).

Sincerely,

William Carlson, Ph.D.
National Certifying Officer

CC: UNIVERSITY OF HAWAII
Enclosure: Reasons for Denial

### Reasons for Denial

### Case # A-10344-38244

Your Application for Permanent Employment Certification was not certified due to the following:

**Denial Reason #1:**

The employer failed to provide adequate documentation of the additional recruitment steps for professional occupations as required in the Audit Notification letter.  The employer indicated in Item I.d.15 of ETA Form 9089 that it used its web site to advertise the job opportunity described in Section H.  The employer also provided a document which looks to be a word document that is title, "Work at UH Advertisement." The document does not appear to be from a website, nor is there any proof that the documentation was posted to the employer's website. The employer failed to provide dated copies of the pages from the site that advertised the job opportunity.

AUTHORITY FOR DENIAL: Departmental regulations at 20 CFR § 656.17(e)(1)(ii)(B), states: "The use of the employer's web site as a recruitment medium can be documented by providing dated copies of pages from the site that advertise the occupation involved in the application."

**Denial Reason #2:**

The documentation provided by the employer as proof of the employer's website offers terms and conditions of employment that are less favorable than those offered to the foreign worker.  Specifically, the advertisement contains a wage of $3,684 per month, $44,220.80 per year which is lower than the offered wage, $57,194.00 per year listed in section G.1 on the ETA Form 9089.

AUTHORITY FOR DENIAL: In accordance with the Department's regulations at 20 CFR § 656.17(f)(7), advertisements placed in newspapers of general circulation or in professional journals must "not contain wages or terms and conditions of employment that are less favorable than those offered to the alien."

The employer is reminded that, as an alternative to filing an appeal, i.e., either a request for reconsideration, in accordance with the Department's regulations at 20 CFR § 656.24, or request for review, in accordance with the Department's regulations at § 656.26, it may correct the deficiencies as outlined in the denial and submit a new application to the Atlanta National Processing Center for review.

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105
Honolulu, HI 96822



Office of International and Exchange Programs
Faculty and Scholar Immigration Services

UNIVERSITY
of HAWAI'I®
MĀNOA

March 1, 2012

Audit Review Team
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

Re:     ETA Case Number: A-10344-38244
        Alien's Name: Ya-Wen HSIAO

Dear Certifying Officer:

As requested in your letter dated February 28, 2012, the University of Hawaii submits     a "copy of the complete, original response as submitted on February 16, 2011." We are providing copies of the response since originals were previously sent.

A copy of the February 28, 2012 letter is also included.

We hope this provides all the required documentation necessary to continue processing this application. Thank you for your assistance.

Sincerely,

Signe Nakayama
Immigration Specialist

cc:     JABSOM

2565 McCarthy Mall, PSB 102-106, Honolulu, Hawai'i 96822
Phone: (808) 956-0935 I Fax: (808) 956-5030
Email: signen@hawaii.edu I Web: www.hawaii.edu/fsis
An Equal Opportunity/Affirmative Action Institution

**U.S. Department of Labor**     **Employment and Training Administration**

Office of Foreign Labor Certification

Atlanta National Processing Center

Harris Tower

233 Peachtree Street, Suite 410

Atlanta, GA 30303

February 28, 2012

| | | |
|---|---|---|
| UNIVERSITY OF HAWAII | ETA Case Number: | A-10344-38244 |
| c/o Signe Nakayama | Alien's Name: | YA-WEN HSIAO |
| Faculty & Scholar Immigration Services | | Computer Software Engineers, |
| 2565 McCarthy Mall, PSB 105 Honolulu, | | Applications, Non R&D, |
| HI 96822 | Occupation: | 15-1034.00 |
| | Date of Acceptance for | |
| | Processing: | January 13, 2011 |

In Response, refer to:     Audit Review Team

Atlanta National Processing Center

Harris Tower

233 Peachtree Street, Suite 410     MAR   8 2012

Atlanta, GA 30303

Dear UNIVERSITY OF HAWAII

The Application for Permanent Labor Certification (ETA Form 9089) submitted to the United States Department of Labor on January 13, 2011 was selected for audit on January 18, 2011. In an effort to continue the adjudication of your case, the Atlanta National Processing Center will need to obtain the following information:

- A statement signed by the employer indicating whether you would like to proceed with the processing of this application. Should your statement indicate a desire to not continue the processing of this application, the Atlanta National Processing Center will deem the application withdrawn and no further action will be taken.

OR

- Should you choose to continue with the processing of this case, *please provide the information requested in the attachment to this letter*.

The required documentation must be submitted by March 29, 2012. If the required documentation has not been electronically emailed or mailed and post marked by the date specified to the address listed above:

- The application will be denied
- The failure to provide the requested documentation in a timely manner will constitute refusal to exhaust available administrative remedies; and
- The administrative judicial review procedure provided in 20 CFR § 656.26 will not be available

**NOTE:** *In accordance with the Department's regulations at 20 CFR § 656.20(b), a substantial failure by the employer to provide the required audit documentation will result in the application being denied under § 656.24, and may result in a determination by the Certifying Officer to require the employer to conduct supervised recruitment under § 656.21 in future filings of labor certification applications for up to 2 years. Moreover, a pattern or practice of failing to comply in the audit process, which includes but is not limited to, a failure to provide required documentation, in accordance with the Department's regulations at 20 CFR § 656.20, is a ground for debarment of an employer, attorney, agent, or any combination thereof from the permanent labor certification program for a period of up to three years under § 656.31(f)(iv).*

Sincerely,

William Carlson, Ph.D.
National Certifying Officer

Enclosure(s): Requested Information

*Knowingly furnishing false information in the preparation of this form (ETA Form 9089) or any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both (18 U.S.C.2, 1001).*

### Requested Information

**Additional Audit Request:**

Provide a copy of the complete, original response as submitted on February 16, 2011. Copies may be used if original documents (tear sheets, PWD, etc.) were sent with the prior submission.



Office of International and Exchange Programs
Faculty and Scholar Immigration Services

UNIVERSITY
*of* HAWAI'I*
MĀNOA

FEB 10 2011

Audit Team
Atlanta Processing Center
Harris Tower, 233 Peachtree Street, Suite 410
Atlanta, GA 30303

Re:   ETA Case Number: A-10344-38244
      Alien's Name: Ya-Wen HSIAO

Dear Certifying Officer:

In response to the Audit Notification of January 18, 2011, the University of Hawaii submits the following requested documents:

1.  A copy of the Audit Notification

2.  A copy of the submitted ETA Form 9089 with original signatures in Sections L and N

3.  Proof of business necessity: Not applicable. The answer to H-12 is yes, answers to H-13, H-15, and H-17 are no, and the duties/requirements are not beyond those defined for the job.

4.  Documentation for live-in household domestic service workers: Not applicable. The answer to H-18 is no.

5.  Notice of filing documentation as outlined in 656.10(d): Pursuant to 656.10(d)(1)(i), the University provided notice to the collective bargaining representative, the Hawaii Government Employees Association (HGEA). The following documents are attached as evidence:

    *   Copy of the notice of filing addressed to HGEA
    *   Evidence of electronic transmission of the notice (i.e. UH FileDrop service confirmation printouts)
    *   Evidence that the recipients of the electronic transmission are HGEA agents (i.e. printout of staff contact list from the HGEA website)

6.  656.17 Basic Process Recruitment Documentation:

    *   Recruitment report for the position: Letter from the Director for the Office of Medical Education and the University of Hawaii Board of Regents Recruitment/Selection Form (Form 17)
    *   Copy of the NPWC-issued prevailing wage determination
    *   Copy of the job order placed with the SWA (Oahu WorkLinks Honolulu)
    *   Documentation as outlined in 656.17(e):
        o   Copies of Sunday print ads placed in the Honolulu Star-Advertiser newspaper on 08/08/2010 and 08/15/2010
        o   Printout of ad placed on employer's website (workatuh.hawaii.edu)
        o   Printout of ad placed on job search website other than the employer's (craigslist.org)
        o   Printout of ad placed with the campus placement office (UH Center for Career Development and Student Employment)

2565 McCarthy Mall, PSB 102-106, Honolulu, Hawai'i 96822
Phone: (808) 956-0935 I Fax: (808) 956-5030
Email: signen@hawaii.edu I Web: www.hawaii.edu/fsis
An Equal Opportunity/Affirmative Action Institution

ETA Case Number: A-10344-38244
Alien's Name: Ya-Wen Hsiao
Page 2 of 2

In response to the Attachment: Required Documentation for Response to Notification of Audit, we are submitting documentation showing that each of the other applicants for the position were rejected for lawful, job-related reasons.

We hope this provides all the required documentation necessary to process this application. Thank you for your assistance.

Sincerely,

Signe Nakayama
Immigration Specialist

cc: JABSOM

**U.S. Department of Labor**     **Employment and Training Administration**
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

## AUDIT NOTIFICATION

January 18, 2011

UNIVERSITY OF HAWAII                    ETA Case Number:       A-10344-38244
c/o Signe Nakayama                      Alien's Name:          YA-WEN HSIAO
Faculty & Scholar Immigration Services                         Computer Software Engineers,
2565 McCarthy Mall, PSB 105 Honolulu,                          Applications, Non R&D,
HI 96822                                Occupation:            15-1034.00
                                        Date of Acceptance for
                                        Processing:            January 13, 2011

In Response, refer
to:          Audit Team
             Atlanta Processing Center
             Harris Tower
             233 Peachtree Street, Suite 410
             Atlanta, GA 30303

Dear UNIVERSITY OF HAWAII

The Application for Permanent Employment Certification (ETA Form 9089) submitted to the U.S. Department of Labor on January 13, 2011 has been selected for audit. In accordance with § 656.20, please submit the following information to the address specified above:

- The documentation listed on the following attachment supporting the attestations made on the application.
- A copy of this Audit Notification.
- A copy of the submitted ETA Form 9089, with **original signatures** in Section L (Alien Declaration), Section M (Declaration of Preparer (if applicable)), and Section N (Employer Declaration).
- Proof of business necessity as outlined by § 656.17(h) if the answer for question H-12 is no, the answer for questions H-13, H-15, or H-17 are yes, or the job duties and/or requirements are beyond those defined for the job by the SOC/O*Net code and Occupation Title provided by the National Prevailing Wage Center.
- Documentation required for live-in household domestic service workers as outlined by §656.19(b) if the answer to question H-18 is yes.
- Notice of filing documentation as outlined in 656.10(d).
    - Documentation submitted in response to this audit notification must include proof that the employer's notice of filing was posted for ten (10) consecutive business days and was accessible to all employees. If one or more of the 10 business days is a Saturday, Sunday, and/or a holiday, the employer must submit documentation to demonstrate that it was open for business on the Saturday, Sunday, and/or holiday in question and, again, demonstrate that employees had access to the posting location of the notice of filing.
- Recruitment Documentation
    - § 656.17 Basic Process:
        - The recruitment report for this position as described in § 656.17(g)(1) signed by the employer or the employer's representative describing the recruitment steps undertaken and the results achieved, the number of hires, and, if applicable, the number of U.S. workers rejected, summarized by the lawful job-related reasons for such rejections. Be advised, the Certifying

Officer, after reviewing the employer's recruitment report, may request U.S. workers' resumes or applications, sorted by the reasons the workers were rejected.
- o A copy of the Prevailing Wage Determination received from the National Prevailing Wage Center (NPWC) and if not included in the Prevailing Wage Determination, a copy of the request for the determination as originally submitted to the NPWC.
- o A copy of the job order placed with the SWA serving the area of intended employment downloaded from the SWA Internet job listing site, a copy of the job order provided by the SWA, or other proof of publication from the SWA containing the content of the job order, where a job order is required by the recruitment provisions of 20 CFR 656 and/or a job order is listed on the ETA Form 9089 as a recruitment source.
- o Documentation as outlined in 656.17(e).

OR

- § 656.18 College and University Teachers Special Recruitment:
  - o A statement signed by an official with actual hiring authority outlining in detail the complete recruitment procedures undertaken; and which set forth the total number of applicants for the job opportunity and the specific lawful job-related reasons why the foreign worker is more qualified than each U.S. worker who applied for the job.
  - o A final report of the faculty, student, and/or administrative body making the recommendation or selection of the foreign worker.
  - o A copy of the advertisement for the job opportunity and, if appropriate, evidence of all other recruitment sources.
  - o A written statement attesting to the degree of the foreign worker's educational or professional qualifications and academic achievements.
  - o A copy of the Prevailing Wage Determination received from the National Prevailing Wage Center (NPWC) and if not included in the Prevailing Wage Determination, a copy of the request for the determination as originally submitted to the NPWC.

The required documentation must be submitted by February 17, 2011. If the required documentation has not been mailed and postmarked by the date specified to the address listed above:

- The application will be denied;
- The failure to provide the requested documentation in a timely manner will constitute a refusal to exhaust available administrative remedies; and
- The administrative judicial review procedure provided in § 656.26 will not be available.

If the Certifying Officer determines the employer substantially failed to produce required documentation, i.e., the documentation was not provided or was inadequate:

- The application will be denied; and
- The employer may be required to conduct supervised recruitments pursuant to § 656.21 in future filings of labor certification applications for up to two years from the date of the Final Determination.

Once analysis of the documentation is complete under the standards in § 656.24, the employer will be notified in writing (either electronically and/or mail) of the labor certification determination. In the event the application is denied, the determination can be appealed by filing either a request for reconsideration or a request for review within 30 days of receipt of the notification of the labor certification determination as outlined in 20CFR § 656.24(g) and 656.26.

Sincerely,

Atlanta NPC
Certifying Officer

CC: UNIVERSITY OF HAWAII

**Important note:** *Pursuant to 20 CFR 656.20(b), a substantial failure by the employer to provide the*

*required audit documentation will result in the application being denied under 20 CFR 656.24, and may result in a determination by the Certifying Officer to require the employer to conduct supervised recruitment under 20 CFR 656.21 in future filings of labor certification applications for up to 2 years. Moreover, a pattern or practice of failing to comply in the audit process, which includes but is not limited to, a failure to provide required documentation, pursuant to 20 CFR 656.20, is a ground for debarment of an employer, attorney, agent, or any combination thereof from the permanent labor certification program for a period of up to three years under 20 CFR 656.31 (f) (iv).*

### Attachment: Required Documentation for Response to Notification of Audit

### Case # A-10344-38244:

In addition to the information requested in the body of the letter, please provide the following:

### Audit Reason:

The U.S. Department of Labor is unable to determine if potentially qualified U.S. workers who applied for the job opportunity were rejected for lawful, job-related reasons.  The Code of Federal Regulations (CFR) at 20 CFR 656.24(b)(2)(i) requires the Certifying Officer to make a determination to grant or deny the labor certification based on whether there are able, willing, qualified, and available U.S. workers to perform the job opportunity.  The employer must consider a U.S. worker able and qualified for the job opportunity if the worker, by education, training, experience, or a combination thereof, is able to perform in the normally accepted manner the duties involved in the occupation as customarily performed by other U.S. workers similarly employed. Per 20 CFR 656.17(g)(2), a U.S. worker is able and qualified for the job opportunity if the worker can acquire the skills necessary to perform the duties involved in the occupation during a reasonable period of on-the-job training.  It is not a lawful job-related reason to reject a U.S. worker for lacking the skills necessary to perform the duties involved in the occupation, where the U.S. workers are capable of acquiring the skills during a reasonable period of on-the-job training.

### Audit Request:

Please provide the resumes and applications for all U.S. workers who applied for the employer's job opportunity listed on the ETA Form 9089.  In addition, please provide a report that lists the following information for each U.S. worker rejected for the job opportunity: the date(s) the employer contacted the U.S. worker; the date(s) the employer interviewed the U.S. worker; if appropriate, the reason(s) the employer did not interview the employee; the specific lawful job related reason(s) the U.S. worker was rejected; and how the U.S. worker was informed he or she did not qualify for the job opportunity.  Also include information that documents the employer contacted the applicant(s) by phone (telephone logs), e-mail (dated copy of electronic transmission) and/or by mail (copy of letter sent to applicant(s) along with a copy of certified mail/"signed" green return receipt card).

*Knowingly furnishing false information in the preparation of this form (ETA 9089) and any subsequent thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both (18 U.S.C. 2, 1001)*

OMB Approval:  1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**Please read and review the filing instructions before completing this form.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/pdf/9089inst.pdf**

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

### A.  Refiling Instructions

| 1.  Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | Yes | ☐ | No | ✓ |
|---|---|---|---|---|

1-A.  If Yes, enter the previous filing date

1-B.  Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed:

### B.  Schedule A or Sheepherder Information

| 1.  Is this application in support of a Schedule A or Sheepherder Occupation? | Yes | ☐ | No | ✓ |
|---|---|---|---|---|

If Yes, do NOT send this application to the Department of Labor.  All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office.

### C.  Employer Information (Headquarters or Main Office)

1.  Employer's name
UNIVERSITY OF HAWAII

2.  Address 1
FACULTY & SCHOLAR IMMIGRATION SERVICES

Address 2
2565 MCCARTHY MALL, PSB 106

| 3.  City | State/Province | Country | Postal code |
|---|---|---|---|
| HONOLULU | HI | UNITED STATES OF AMERICA | 96822 |

| 4.  Phone number | Extension |
|---|---|
| (808) 956-6374 | |

| 5.  Number of employees | 6.  Year commenced business |
|---|---|
| 8900 | 1907 |

| 7.  FEIN( Federal Employer Identification Number) | 8.  NAICS Code |
|---|---|
| 996000354 | 611310 |

| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | Yes | ☐ | No | ✓ |
|---|---|---|---|---|

### D.  Employer Contact Information (This section must be filled out.  This information must be different from the agent or attorney information listed in Section E).

| 1.  Contact's last name | First name | Middle initial |
|---|---|---|
| Nakayama | Signe | |

2.  Address 1
Faculty & Scholar Immigration Services

Address 2
2565 McCarthy Mall, PSB 105

| 3.  City | State/Province | Country | Postal code |
|---|---|---|---|
| Honolulu | HI | UNITED STATES OF AMERICA | 96822 |

| 4.  Phone number | Extension |
|---|---|
| (808) 956-0935 | |

5.  E-mail address
signen@hawaii.edu

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



### E.  Agent or Attorney Information (If applicable)

| | | |
|---|---|---|
| 1.  Agent or attorney's last name | First name | Middle initial |
| 2.  Firm name | | |
| 3.  Firm EIN | 4.  Phone number | Extension |
| 5.  Address 1 | | |
|    Address 2 | | |
| 6.  City | State/Province | Country | Postal code |
| 7.  E-mail address | | |

### F.  Prevailing Wage Information (as provided by the State Workforce Agency)

1.  Prevailing wage tracking number (if applicable)
P10010244371217

2.  SOC/O*NET(OES) code
15-1034.00

3.  Occupation Title
Computer Software Engineers, Applications, Non

4.  Skill Level

5.  Prevailing wage
$ 44,208.00
Per:  (Choose only one)
[ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

6.  Prevailing wage source (Choose only one)
[ ] OES  [✓] CBA  [ ] Employer Conducted Survey  [ ] DBA  [ ] SCA  [ ] Other

6-A.  If Other is indicated in question 6, specify:

7.  Determination date
09/30/2010

8.  Expiration date
07/01/2011

### G.  Wage Offer Information

1.  Offered wage
From:
$ 57,194.00
To: (Optional)
$
Per:  (Choose only one)
[ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

### H.  Job Opportunity Information (Where work will be performed)

1.  Primary worksite (where work is to be performed) address 1
University of Hawaii at Manoa
Address 2
John A. Burns School of Medicine, 651 Ilalo Street

2.  City
Honolulu
State
HI
Postal code
96813

3.  Job title
Information Technology Specialist (Educational Technology Specialist)

4.  Education: minimum level required:
[ ] None  [ ] High School  [ ] Associate's  [✓] Bachelor's  [ ] Master's  [ ] Doctorate  [ ] Other

4-A.  If Other is indicated in question 4, specify the education required:

4-B.  Major field of study
Management Information Systems

5.  Is training required in the job opportunity?
[ ] Yes  [✓] No

5-A.  If Yes, number of months of training required:

ETA Form 9089                This Certification is valid from _____ to _____                Page 2 of 12

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**H. Job Opportunity Information Continued**

| 5-B. Indicate the field of training: |
|---|

6. Is experience in the job offered required for the job?    6-A. If Yes, number of months experience required:

☐ Yes   ☑ No

7. Is there an alternate field of study that is acceptable?    ☑ Yes   ☐ No

7-A. If Yes, specify the major field of study:
Information Systems, Computer Sci, Project Mgmt, Electrical Engineering, s·

8. Is there an alternate combination of education and experience that is acceptable?    ☐ Yes   ☑ No

8-A. If Yes, specify the alternate level of education required:

☐ None   ☐ High School   ☐ Associate's   ☐ Bachelor's   ☐ Master's   ☐ Doctorate   ☐ Other

8-B. If Other is indicated in question 8-A, indicate the alternate level of education required:

8-C. If applicable, indicate the number of years experience acceptable in question 8:

9. Is a foreign educational equivalent acceptable?    ☑ Yes   ☐ No

10. Is experience in an alternate occupation acceptable?    10-A. If Yes, number of months experience in alternate occupation required:

☐ Yes   ☑ No

10-B. Identify the job title of the acceptable alternate occupation:

11. Job duties – If submitting by mail, add attachment if necessary.  Job duties description must begin in this space.
See Attachment

12. Are the job opportunity's requirements normal for the occupation?    ☑ Yes   ☐ No

*If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity.*

13. Is knowledge of a foreign language required to perform the job duties?    ☐ Yes   ☑ No

*If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity.*

14. Specific skills or other requirements – If submitting by mail, add attachment if necessary.  Skills description must begin in this space.
See Attachment

---

ETA Form 9089          This Certification is valid from _____ to _____          Page 3 of 12

ETA Case Number: A-10344-38244

OMB Approval:   1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**H. Job Opportunity Information Continued**

| | |
|---|---|
| 15. Does this application involve a job opportunity that includes a combination of occupations? | ☐ Yes  ☑ No |
| 16. Is the position identified in this application being offered to the alien identified in Section J? | ☑ Yes  ☐ No |
| 17. Does the job require the alien to live on the employer's premises? | ☐ Yes  ☑ No |
| 18. Is the application for a live-in household domestic service worker? | ☐ Yes  ☑ No |
| 18-A. If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | ☐ Yes  ☐ No  ☐ NA |

**I. Recruitment Information**

*a. Occupation Type – All must complete this section.*

| | |
|---|---|
| 1. Is this application for a professional occupation, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | ☑ Yes  ☐ No |
| 2. Is this application for a college or university teacher? **If Yes, complete questions 2-A and 2-B below.** | ☐ Yes  ☑ No |
| 2-A. Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes  ☐ No |
| 2-B. Did you use the basic recruitment process for professional occupations? | ☐ Yes  ☐ No |

*b. Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.*

| |
|---|
| 3. Date alien selected: |
| 4. Name and date of national professional journal in which advertisement was placed: |
| 5. Specify additional recruitment information in this space.  Add an attachment if necessary. |

*c. Professional/Non-Professional Information – Complete this section unless your answer to question B.1 or I.a.2-A is YES.*

| | |
|---|---|
| 6. Start date for the SWA job order<br>08/04/2010 | 7. End date for the SWA job order<br>09/03/2010 |
| 8. Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes  ☐ No |
| 9. Name of newspaper (of general circulation) in which the first advertisement was placed:<br>Honolulu Star-Advertiser | |
| 10. Date of first advertisement identified in question 9:<br>08/08/2010 | |
| 11. Name of newspaper or professional journal (if applicable) in which second advertisement was placed:<br>Honolulu Star-Advertiser | ☑ Newspaper  ☐ Journal |

ETA Form 9089         This Certification is valid from _____ to _____         Page 4 of 12

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



### I. Recruitment Information Continued

12. Date of second newspaper advertisement or date of publication of journal identified in question 11:
08/15/2010

*d. Professional Recruitment Information – Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES. Complete at least 3 of the items.*

| 13. Dates advertised at job fair | 14. Dates of on-campus recruiting |
|---|---|
| From:           To: | From:           To: |
| 15. Dates posted on employer web site | 16. Dates advertised with trade or professional organization |
| From: 08/02/2010 To: 09/04/2010 | From:           To: |
| 17. Dates listed with job search web site | 18. Dates listed with private employment firm |
| From: 08/05/2010 To: 09/04/2010 | From:           To: |
| 19. Dates advertised with employee referral program | 20. Dates advertised with campus placement office |
| From:           To: | From: 08/15/2010   To: 09/04/2010 |
| 21. Dates advertised with local or ethnic newspaper | 22. Dates advertised with radio or TV ads |
| From:           To: | From:           To: |

*e. General Information -- All must complete this section.*

| 23. Has the employer received payment of any kind for the submission of this application? | ☐ Yes ☑ No |
|---|---|
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment : | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ☑ Yes ☐ No ☐ NA |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days before but not more than 180 days before the date the application is filed? | ☐ Yes ☐ No ☑ NA |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | ☐ Yes ☑ No |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | ☐ Yes ☐ No ☐ NA |

### J. Alien Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Alien's last name | First name | Full middle name |
|---|---|---|
| HSIAO | YA-WEN | |

2. Current address 1
423 NAMAHANA ST. #102

Address 2

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| HONOLULU | HI | UNITED STATES OF AMERICA | 96815 |

4. Phone number of current residence
808-728-2646

| 5. Country of citizenship | 6. Country of birth |
|---|---|
| TAIWAN | TAIWAN |
| 7. Alien's date of birth | 8. Class of admission |
| 01/04/1981 | H-1B |
| 9. Alien registration number (A#) | 10. Alien admission number (I-94) |
| 135787942 | 06150274322 |

11. Education: highest level achieved relevant to the requested occupation:

☐ None   ☐ High School   ☐ Associate's   ☐ Bachelor's   ☑ Master's   ☐ Doctorate   ☐ Other

---

ETA Form 9089          This Certification is valid from _____ to _____          Page 5 of 12

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**J. Alien Information Continued**

| 11-A. If Other indicated in question 11, specify |
|---|

| 12. Specify major field(s) of study |
|---|
| INFORMATION SYSTEMS |

| 13. Year relevant education completed |
|---|
| 2005 |

| 14. Institution where relevant education specified in question 11 was received |
|---|
| HAWAII PACIFIC UNIVERSITY |

| 15. Address 1 of conferring institution |
|---|
| 1164 BISHOP STREET |
| Address 2 |

| 16. City | State/Province | Country | Postal code |
|---|---|---|---|
| HONOLULU | HI | UNITED STATES OF AMERICA | 96813 |

| | | Yes | No | NA |
|---|---|---|---|---|
| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | | | | ✓ |
| 18. Does the alien have the experience as required for the requested job opportunity indicated in question H.8? | | | | ✓ |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | | | | ✓ |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | | | | ✓ |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | | ✓ | | |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | | | ✓ | |
| 23. Is the alien currently employed by the petitioning employer? | | ✓ | | |

**K. Alien Work Experience**

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

*a. Job 1*

| 1. Employer name |
|---|
| University of Hawaii |

| 2. Address 1 |
|---|
| John A. Burns School of Medicine, 651 Ilalo St. |
| Address 2 |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Honolulu | HI | UNITED STATES OF AMERICA | 96813 |

| 4. Type of business | 5. Job title |
|---|---|
| Education - University | Info Technology Specialis |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 12/05/2005 | | 40 |

Job 1 continued on next page

---

ETA Form 9089      This Certification is valid from _____ to _____      Page 6 of 12

ETA Case Number: A-10344-38244





OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**

**K. Alien Work Experience Continued**

9.  Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provide IT support; serve on the Help Desk team, including assisting with managing Help Desk operations; documenting procedures; troubleshooting; other related duties in computer software and hardware support.

Supervisor: Terry Gerber
Phone: 808-692-1111

Note: Ms. Hsiao briefly held the position of IT Specialist (Educational Technology Specialist) from 06/24/2010 - 07/21/2010. On 07/22/2010, she resumed the IT Specialist position described here.

*b.  Job 2*

| | | | |
|---|---|---|---|
| 1.  Employer name<br>Hawaii Pacific University | | | |
| 2.  Address 1<br>1164 Bishop Street | | | |
| Address 2 | | | |

| 3.  City<br>Honolulu | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96813 |
|---|---|---|---|
| 4.  Type of business<br>Education - University | | 5.  Job title<br>Asst Computer Support Spec | |
| 6.  Start date<br>02/17/2004 | 7.  End date<br>10/31/2005 | 8.  Number of hours worked per week<br>17 | |

9.  Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provided telephone support to University users; troubleshooting; resolved hardware and software problems; installed, configured, and maintained personal computers.

Supervisor: Tom Thomas
Phone: 808-544-1193

*c.  Job 3*

| | | | |
|---|---|---|---|
| 1.  Employer name | | | |
| 2.  Address 1 | | | |
| Address 2 | | | |

| 3.  City | State/Province | Country | Postal code |
|---|---|---|---|
| 4.  Type of business | | 5.  Job title | |
| 6.  Start date | 7.  End date | 8.  Number of hours worked per week | |

Job 3 continued on next page

ETA Form 9089          This Certification is valid from _____ to_____          Page 7 of 12

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



### K. Alien Work Experience Continued

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc.
Include the phone number of the employer and the name of the alien's supervisor.)

### L. Alien Declaration

*I declare under penalty of perjury that Sections J and K are true and correct.  I understand that to knowingly furnish
false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is
a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001.  Other
penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents
under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I **further declare** under penalty of perjury that I intend to accept the position offered in Section H of this
application if a labor certification is approved and I am granted a visa or an adjustment of status based on this
application.*

| 1. Alien's last name  HSIAO | First name  YA-WEN | Full middle name |
|---|---|---|
| 2. Signature | Date signed  2/15/2011 | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for
processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification
MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### M. Declaration of Preparer

| 1. Was the application completed by the employer? If No, you must complete this section. | ✓ Yes | No |
|---|---|---|

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and
that to the best of my knowledge the information contained herein is true and correct.  I understand that to
knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel
another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and
1001.  Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such
documents under 18 U.S.C. §§ 1546 and 1621.*

| 2. Preparer's last name | First name | Middle initial |
|---|---|---|
| 3. Title | | |
| 4. E-mail address | | |
| 5. Signature | Date signed | |

*Note* -- The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for
processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST
be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

| ETA Form 9089 | This Certification is valid from _____ to _____ | Page 8 of 12 |
|---|---|---|

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



## N. Employer Declaration

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment:*

1. The offered wage equals or exceeds the prevailing wage and I will pay at least the prevailing wage.
2. The wage is not based on commissions, bonuses or other incentives, unless I guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage.
3. I have enough funds available to pay the wage or salary offered the alien.
4. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.
5. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.
6. The job opportunity is not:
   a.  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage; or
   b.  At issue in a labor dispute involving a work stoppage.
7. The job opportunity's terms, conditions, and occupational environment are not contrary to Federal, state or local law.
8. The job opportunity has been and is clearly open to any U.S. worker.
9. The U.S. workers who applied for the job opportunity were rejected for lawful job-related reasons.
10. The job opportunity is for full-time, permanent employment for an employer other than the alien.

**I hereby designate** the agent or attorney identified in section E (if any) to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, I take full responsibility for the accuracy of any representations made by my agent or attorney.

**I declare** under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained herein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 1. Last name | First name | Middle initial |
|---|---|---|
| Nakayama | Signe | |

2. Title
Immigration Specialist

| 3. Signature | Date signed |
|---|---|
| *(signature)* | 02/10/2011 |

*Note –* The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

## O.  U.S. Government Agency Use Only

Pursuant to the provisions of Section 212 (a)(5)(A) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.

This Certification is valid from _____ to _____

_____
Signature of Certifying Officer

_____
Date Signed

A-10344-38244
_____
Case Number

01/13/2011
_____
Filing Date

ETA Form 9089        This Certification is valid from _____ to _____        Page 9 of 12

OMB Approval:  1205-0451
Expiration Date: 06/30/2011

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**P.  OMB Information**                                              *Paperwork Reduction Act Information Control Number 1205-0451*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

Respondent's reply to these reporting requirements is required to obtain the benefits of permanent employment certification (Immigration and Nationality Act, Section 212(a)(5)).  Public reporting burden for this collection of information is estimated to average 1¼ hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate to the Division of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.
**Do NOT send the completed application to this address.**

**Q.  Privacy Statement Information**

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act.  The Department of Labor (Department or DOL) maintains a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7) that includes this record.

Under routine uses for this system of records, case files developed in processing labor certification applications, labor condition applications, or labor attestations may be released as follows:  in connection with appeals of denials before the DOL Office of Administrative Law Judges and Federal courts, records may be released to the employers that filed such applications, their representatives, to named alien beneficiaries or their representatives, and to the DOL Office of Administrative Law Judges and Federal courts; and in connection with administering and enforcing immigration laws and regulations, records may be released to such agencies as the DOL Office of Inspector General, Employment Standards Administration, the Department of Homeland Security, and the Department of State.

Further relevant disclosures may be made in accordance with the Privacy Act and under the following circumstances:  in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source or public authority in connection with personnel, security clearance, procurement, or benefit-related matters; to a contractor or their employees, grantees or their employees, consultants, or volunteers who have been engaged to assist the agency in the performance of Federal activities; for Federal debt collection purposes; to the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; to a Member of Congress or their staff in response to an inquiry of the Congressional office made at the written request of the subject of the record; in connection with records management; and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence in the integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information, unless the Solicitor of Labor determines that disclosure would constitute an unwarranted invasion of personal privacy.

Addendum

H. 11. Job duties

Develop medical education & administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment; System Administration: manage & administer applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management; design, implement & integrate subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP; test & debug systems of medium to high complexity for a distributed computing environment; Mobile Devices: provide application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations; prepare written technical documentation for systems of medium to high complexity; generate materials & conduct training for end-users including faculty, staff, & students on use of software, web applications, PDAs, databases, etc.; Database Management: design, develop, implement & maintain databases supporting student education & curriculum administration; Database Management: support statistical analysis & data management of exam responses, survey questions, course materials, & curriculum map; keep abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations; identify technologies applicable to or of potential use to JABSOM-acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies; assist users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution-also provide technical consulting on the implementation & application of selected solutions; integrates IT skills & knowledge in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM; other duties as assigned.

Addendum

H. 14. Specific skills or other requirements

***H.7-A cont: Civil Engineering with emphasis in project mgmt, business degree in mgmt (ie: project mgmt, training, business technology, educational degree with emphasis on technical training, instructional design).***

3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, &/or user application support/help desk, of which 2 years of the experience must have been comparable in scope & complexity to the next lower payband in the UH broadband system (PBA rank); or equivalent education/training or experience; considerable working knowledge of the use of computers for teaching, training &/or learning (e.g., educational technology systems) as demonstrated by the broad knowledge & understanding of the full range of pertinent standard & evolving information technology concepts, principles & methodology; considerable working knowledge & understanding of the broad technology, systems, hardware & software associated with application development, teaching, training, &/or learning with technology (e.g., educational technology); demonstrated ability to recognize a wide range of intricate problems, use reasoning & logic to determine accurate causes, & apply principles & practices to determine, evaluation, integrate, & implement practical & thorough solutions in an effective & timely manner; demonstrated ability to interpret & present information & ideas clearly & accurately in writing, verbally & by preparation of reports & other materials; demonstrated ability to establish & maintain effective working relationships with internal & external organizations, groups, team leaders & members, & individuals; for supervisory work, demonstrated ability to lead subordinates, manage work priorities & projects, & manage employee relations; any equivalent combination of education &/or professional work experience which provides the required education, knowledge, skills and abilities as indicated; considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, & Perl; considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service; knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology; working knowledge of database integration & management including SQL & MySQL, & ability to create relational databases as needed; considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

ETA Case Number: A-10344-38244

Office of International and Exchange Programs
Faculty and Scholar Immigration Services


UNIVERSITY
of HAWAI'I
MĀNOA

**NOTICE OF FILING**

December 13, 2010

Hawaii Government Employees Association
AFSCME Local 152, AFL-CIO
888 Mililani Street, Suite 601
Honolulu, HI 96813

Re:     Form ETA 9089 Permanent Labor Certification Application
        Beneficiary: Ya-Wen Hsiao

Dear Sir/Madam:

This is to notify the collective bargaining representative for the employees of the University of Hawaii in Honolulu, Hawaii of the filing of an application for permanent alien labor certification for an Information Technology Specialist (Educational Technology Specialist), PBB, position in accordance with 20 CFR 656.10(d)(1)(i). This notice of filing is being provided to the collective bargaining representative between 30 and 180 days before the application will be filed with the U.S. Department of Labor. Employment of this alien will not adversely affect the working conditions of U.S. workers similarly employed in the department.

Pursuant to 20 CFR 656.10(d)(3), this notice states the following:

- Applicants for the position should report to the University of Hawaii at Manoa John A. Burns School of Medicine Human Resources Office and not to the local Employment Services Office.
- This notice is being provided as a result of the University of Hawaii, Employer, filing an application for permanent alien labor certification for permanent full-time employment in the occupation classification of Information Technology Specialist (Educational Technology Specialist), SOC Code: 15-1034 Computer Software Engineers, Applications, Non R&D.
- Any person may provide documentary evidence bearing on the application to the Certifying Officer of the Department of Labor at this address: U.S. Department of Labor, Employment and Training Administration, Atlanta Processing Center, Harris Tower, 233 Peachtree Street, Suite 410, Atlanta, GA 30303.

Under 20 CFR 656.10(d)(4), we are also providing the following information:

- 20 CFR 656.17(f) information for advertisements (copies of ads are attached)
- Offered rate of pay: $ 57,194          per year ✗

If you have any questions, please feel free to contact me.

Sincerely,

Signe Nakayama
Immigration Specialist

Attachments:   Copy of ETA 9089
               Copies of job advertisements

cc:     JABSOM

2565 McCarthy Mall, PSB 102-106, Honolulu, Hawai'i 96822
Phone: (808) 956-0935  Fax: (808) 956-5030
Email: signen@hawaii.edu  Web: www.hawaii.edu/isis
An Equal Opportunity/Affirmative Action Institution

Subject: Your files have been received by the UH FileDrop Service
From: uh-filedrop@hawaii.edu
Date: Mon, 13 Dec 2010 13:14:55 -1000 (HST)
To: signen@hawaii.edu

## Your upload via the UH FileDrop service was successful

Your upload to the UH FileDrop service was successful. The files will be available for download until Sat, December 18 at 1:14 PM HST, after which time they will be automatically deleted.

You provided the following comment:

Hi Dean,

Here are the notice of filing and other documents. Please let me know if you have any questions.

Thanks!
signe

The download URL for the files is:

https://www.hawaii.edu/filedrop/dl/EZJVk-ZtbES-bXndv-tEqOJ

Thank you for using the UH FileDrop service. Please feel free to send us any feedback you have regarding the service via the feedback form, here:

https://www.hawaii.edu/filedrop/feedback

Subject: Your files have been received by the UH FileDrop Service
From: uh-filedrop@hawaii.edu
Date: Mon, 13 Dec 2010 13:13:59 -1000 (HST)
To: signen@hawaii.edu

## Your upload via the UH FileDrop service was successful

Your upload to the UH FileDrop service was successful. The files will be available for download until Sat, December 18 at 1:13 PM HST, after which time they will be automatically deleted.

You provided the following comment:

Hi Lena,

Here is the notice of filing and other documents. Please let me know if you have any questions.

Thanks!!
signe

The download URL for the files is:

https://www.hawaii.edu/filedrop/dl/cEIUU-KuzHa-dXtJs-XCMeZ

Thank you for using the UH FileDrop service. Please feel free to send us any feedback you have regarding the service via the feedback form, here:

https://www.hawaii.edu/filedrop/feedback

*Your files have been received by the UH FileDrop Service*                    *1/10/2011 9:33 AM*



Hawaii Government Employees Association AFSCME LOCAL 152, AFL-CIO

news & events ▼        member benefits ▼        get involved ▼        photos ▼

Home > Contact Us > Staff

# staff

HGEA has offices in Honolulu, Hilo, Wailuku and Lihue. The staff is headed by Executive Director Randy Perreira, who was appointed in January 2008 executive director to lead HGEA since its founding in 1934.

To find the HGEA union agent that represents you, login to your Members Only account and look in the right column for the box labeled "My Union Agent unit and corresponding contract & salary schedule can also be found in the left column when you login to your Members Only account.

## Office of the Executive Director

Randy Perreira, Executive Director 543-0011 rperreir@hgea.org
Nora Nomura, Deputy Executive Director - Field 543-0003 nnomura@hgea.org
Derek Mizuno, Deputy Executive Director - Administration 543-0055 dmizuno@hgea.org
Leiomalama Desha, Executive Assistant to the Executive Director 543-0050 ldesha@hgea.org
Sandra Fukuda, Private Secretary to the Executive Director 543-0012 sfukuda@hgea.org
Kay Mendes, Private Secretary to the Deputy Executive Director - Field 543-0013 kmendes@hgea.org
Wesley Aki, Private Secretary to the Deputy Executive Director - Administration 543-0056 waki@hgea.org
Nate Wong, Office Services Specialist to the Office of the Executive Director 543-0064 nwong@hgea.org

## Field Services - Oahu

Sanford Chun, Field Services Officer 543-0070 schun@hgea.org
William Chai, Union Agent 543-0045 wchai@hgea.org
Lena Fernandes, Union Agent 543-0061 lfernandes@hgea.org
Joan Fukumoto, Union Agent 543-0091 jfukumoto@hgea.org
Rajani Jemmari, Union Agent 543-0016 rjemmari@hgea.org
Michele Kurihara-Klein, Legislative Specialist 543-0093 mkurihara@hgea.org
Joy Kuwabara, Union Agent 543-0078 jkuwabar@hgea.org
Brendon Lee, Union Agent 543-0085 blee@hgea.org
Jarnett Lono, Union Agent 543-0080 jarnett@hgea.org
Erika Liashenko, Union Agent 543-0083 eliashenko@hgea.org
Dean Makimoto, Field Support Specialist 543-0028 dmakimot@hgea.org
Kevin Mulligan, Public Policy/Legislative Specialist 543-0067 kmulliga@hgea.org
Kevin Nakata, Union Agent 543-0048 knakata@hgea.org
Chad Ngai, Union Agent 543-0042 cngai@hgea.org
Kretia Peightal, Union Agent 543-0086 kpeightal@hgea.org
Denise Sugihara, Union Agent 543-0046 dsugihara@hgea.org
Joan Takano, Education and Training Specialist 543-0043 jtakano@hgea.org
Mahle Trask, Field Support Specialist 543-0090 mtrask@hgea.org
Florence Yamada, Special Assistant for Membership Services 543-0092 fyamada@hgea.org
Michael Yuen, Union Agent 543-0057 myuen@hgea.org

## Field Services - Big Island: Tel. 935-6841

Ann Ebesuno, Division Chief 961-0763 aebesuno@hgea.org
Kehau Criste, Field Services Assistant 961-0766 kcriste@hgea.org
Bernice Goodness-Vivairos, Field Services Technician 961-0765 bgoodnes@hgea.org
Earl Hatada, Union Agent 961-0762 ehatada@hgea.org
Lorena Kauhi, Union Agent 961-0761 lkauhi@hgea.org
Moana Kelii, Union Agent 961-0767 mkelii@hgea.org

## Field Services - Maui: Tel. 244-5508

Alton Watanabe, Division Chief 243-4465 awatanab@hgea.org
Luke Kaneshiro, Union Agent 243-4462 lkaneshiro@hgea.org
Marc-Andre Kirchhof, Union Agent 243-4463 mkirchhof@hgea.org
Marian Miyaji, Field Services Technician 243-4461 mmiyaji@hgea.org
Michele Mitra, Union Agent 243-4464 mmitra@hgea.org
Leticia Sandoval, Field Services Assistant 243-4460 lsandoval@hgea.org



John A. Burns School of Medicine
Office of Medical Education

UNIVERSITY
of HAWAI'I®
MĀNOA

December 9, 2010

SUBJECT:     Recruitment Report For The Position Of
             Information Technology (Educational Technology Specialist)

To Whom It May Concern:

Ms. Ya-Wen Hsiao was selected for the position of Information Technology (Educational Technology Specialist) for the College of Health Sciences and Social Welfare/John A. Burns School of Medicine, Office of Medical Education at the University of Hawai'i at Mānoa, through a competitive recruitment and selection process.

The recruitment sources used to advertise the position included:
--State of Hawai'i's Oahu WorkLinks Honolulu, posted on August 4, 2010;
--University of Hawai'i's online Work at UH, posted on August 2, 2010 through September 4, 2010;
--Honolulu Star-Advertiser ad, posted on August 8, 2010 and August 15, 2010;
--Craigslist.org, advertised on August 5, 2010; and,
--University of Hawai'i's Student Employment & Cooperative Education, posted on August 15, 2010.

There was a total of four (4) applicants who responded to the overall recruitment effort. One candidate later declined to be interviewed and withdrew his application for the position.   The remaining three applicants were interviewed by the Office of Medical Education's Selection Committee with the outcome of one candidate being identified as the selectee for the position of Educational Technology Specialist position.

Two (2) candidates did not meet all of the minimum and desirable qualifications   Ms. Hsiao was interviewed and found to meet both minimum and desirable qualifications as stipulated for the Educational Technology Specialist position.

Sincerely,

Damon Sakai, M.D.
Director, Office of Medical Education

## Position No(s). 0078233

**Minimum Qualifications**

1. Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawai'i broadband system; or equivalent education/training or experience.

2. Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.

3. Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).

4. Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.

5. Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.

6. Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.

7. For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.

8. Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.

9. Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.

10. Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.

11. Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.

12. Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.

13. Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

**Desirable Qualifications**

1. Knowledge of medical education or curriculum management.

2. Knowledge of troubleshooting procedures & practices for hardware, software, & connectivity in a distributed computing environment.

3. Considerable knowledge of hand held devices including iPhone, Palm, WindowsMobile, and Smart Phones & their software applications.

4. Knowledge of student financial accounting and human resource information systems.

University of Hawai'i
BOR Recruitment/Selection Form

Selectee's Name:   Hsiao, Ya-Wen _____ Position Title:  INFORMATION TECHNOLOGY _____

Position No. 0078233 ____ Rank/Band: PBB FTE: 100% Appointment Begin:  2/1/2011 _____

[ ] Faculty Position or [X] APT Position or [ ] E/M (Executive/Managerial) Position

[ ] Temporary Appointment or [X] Permanent Appointment

[X] New Hire or [ ] Transfer or [ ] Promotion

**If Transfer or Promotion, the position selectee is leaving:**

Position Title: _____ Rank/Band: _____ [ ] Temporary or [ ] Permanent

Department: _____ Campus: _____

**Was there a screening committee or Department Personnel Committee?**

[X] Yes [ ] No

No. members: 5            No. females: 2            No. minorities: 4

**Are women or minorities underutilized for this position?**

[X] Yes [ ] No

Group(s): ___ Women, BLK, HSP, NA _____

| Authorizations | Signer | Date Authorized |
|---|---|---|
| **Reviewing Official:** | damon | 12/2/2010 3:13:50 PM |
| **EEO/AA Designee:** | linday | 12/2/2010 4:51:09 PM |
| **Chancellor, Dean, or Director:** | marga | 12/3/2010 8:27:12 AM |

## Screening Summary - Position No(s). 0078233

| Applicant | Minimum Qualifications | | | | | | | | | | | | | Desirable Qualifications | | | | Interviewed? | Rating | APT Priority | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 1 | 2 | 3 | 4 | | | | |
| Ya-Wen Hsiao | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | yes | | 3 | Selected and accepted offer |
| Lloyd A. Nakata | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | yes | | 3 | Did not meet MQs |
| James R. Shoemaker | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | | | | | ✓ | | ✓ | no | | | Did not meet MQs |
| Craig T. Spurrier | | | | | | | | | | | | | | | | | | no | | | Withdrew &/or Declined interview |

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

Application for Prevailing Wage Determination
ETA Form 9141
U.S. Department of Labor



Please read and review the instructions carefully before completing this form and print legibly.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/.

## A. Employment-Based Visa Information

| 1. Indicate the type of visa classification supported by this application *(Write classification symbol):* * | PERM |
| --- | --- |

## B. Requestor Point-of-Contact Information

| 1. Contact's last (family) name *<br>NAKAYAMA | 2. First (given) name *<br>SIGNE | 3. Middle name(s) *<br>R.N. |
| --- | --- | --- |

| 4. Contact's job title *   IMMIGRATION SPECIALIST |
| --- |

| 5. Address 1 *   UNIV. OF HAWAII, FACULTY & SCHOLAR IMM. SVCS. |
| --- |

| 6. Address 2   2565 MCCARTHY MALL, PSB 105 |
| --- |

| 7. City *<br>HONOLULU | | 8. State *<br>HI | 9. Postal code *<br>96822 |
| --- | --- | --- | --- |

| 10. Country *   UNITED STATES OF AMERICA | 11. Province   N/A |
| --- | --- |

| 12. Telephone number *<br>808-956-0935 | 13. Extension<br>N/A | 14. Fax Number<br>808-956-5030 |
| --- | --- | --- |

| 15. E-Mail Address   signen@hawaii.edu |
| --- |

## C. Employer Information

| 1. Legal business name *   UNIVERSITY OF HAWAII |
| --- |

| 2. Trade name/Doing Business As (DBA), if applicable   N/A |
| --- |

| 3. Address 1 *   2565 MCCARTHY MALL, PSB 106 |
| --- |

| 4. Address 2   FACULTY & SCHOLAR IMMIGRATION SERVICES |
| --- |

| 5. City *<br>HONOLULU | 6. State *<br>HI | 7. Postal code *<br>96822 |
| --- | --- | --- |

| 8. Country *   UNITED STATES OF AMERICA | 9. Province   N/A |
| --- | --- |

| 10. Telephone number *   808-956-6374 | 11. Extension   N/A |
| --- | --- |

| 12. Federal Employer Identification Number (FEIN from IRS) *   996000354 | 13. NAICS code (must be at least 4-digits) *   611310 |
| --- | --- |

## D. Job Offer Information

### a. Job Description:

| 1. Job Title *   INFORMATION TECHNOLOGY SPEC. (EDUCATIONAL TECH. SPEC.) |
| --- |

| 2. *Suggested* SOC (ONET/OES) code *<br>15-1031.00 | 2a. *Suggested* SOC (ONET/OES) occupation title *<br>Computer Software Engineers, Applications |
| --- | --- |

ETA Form 9141     FOR DEPARTMENT OF LABOR USE ONLY     Page 1 of 6

PW Tracking Number:  P-100-10244-371217   Case Status: REDETERMINATION MODII Validity Period:  09/30/2010  to  07/01/2011

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

**Application for Prevailing Wage Determination**
**ETA Form 9141**
**U.S. Department of Labor**



---

**a. Job Description** *(continued)*

| 3. Number of hours of work per week * | 3a. Hourly Work Schedule * |
|---|---|
| Basic: 40      Overtime*: 0 | From 07:45 AM to 03:30 PM |

4. Job Title of Supervisor for the Workers (if applicable)
DIRECTOR OF MEDICAL EDUCATION

| 5. Does this position supervise the work of other employees? * | | 5a. If yes, number of employees worker will supervise (if applicable)      N/A |
|---|---|---|
| | ☐ Yes   ☑ No | |

6. Job duties – A description of the job duties to be performed MUST begin in this space.  If necessary, add attachment to <u>continue and complete</u> description. *

SEE ADDENDUM

| 7. Will travel be required in order to perform the job duties? *<br><br>☐ Yes   ☑ No | 7a. If "Yes", please explain the travel requirements:<br>N/A |
|---|---|
| 8. Are there any other working conditions that  affect the rate of pay? *<br><br>☐ Yes   ☑ No | 8a. If "Yes", please specify the working conditions.<br>N/A |

---

| ETA Form 9141 | FOR DEPARTMENT OF LABOR USE ONLY | Page 2 of 6 |
|---|---|---|

PW Tracking Number: P-100-10244-371217    Case Status: REDETERMINATION MODII Validity Period: 09/30/2010  to  07/01/2011

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

**Application for Prevailing Wage Determination**
ETA Form 9141
**U.S. Department of Labor**



---

**b. Minimum Job Requirements:**

1. Education: minimum U.S. diploma/degree required *

☐ None ☐ High School/GED ☐ Associate's ☑ Bachelor's ☐ Master's ☐ Doctorate (PhD) ☐ Other degree (JD, MD, etc.)

| 1a. If "Other degree" in question 1, specify the diploma/ degree required | 1b. Indicate the major(s) and/or field(s) of study required (May list more than one related major and more than one field) |
|---|---|
| N/A | MIS/COMP SCI/PROJ. MGMT/RELATED |

| 2. Does the employer require a second U.S. diploma/degree? * | ☐ Yes | ☑ No |
|---|---|---|

2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required
N/A

| 3. Is training for the job opportunity required? * | ☐ Yes | ☑ No |
|---|---|---|

| 3a. If "Yes" in question 3, specify the number of months of training required | 3b. Indicate the field(s)/name(s) of training required (May list more than one related field and more than one type) |
|---|---|
| N/A | N/A |

| 4. Is employment experience required? * | ☑ Yes | ☐ No |
|---|---|---|

| 4a. If "Yes" in question 4, specify the number of months of experience required | 4b. Indicate the occupation required |
|---|---|
| 36 | INFORMATION TECHNOLOGY |

5. Special Requirements - List specific skills, licenses/certificates/certifications, and requirements of the job opportunity. *
SEE ADDENDUM

---

**c. Place of Employment Information:**

| 1. Worksite address 1 * |
|---|
| UHM JOHN A. BURNS SCHOOL OF MEDICINE |

| 2. Address 2 |
|---|
| 651 ILALO ST. |

| 3. City * | 4. County * |
|---|---|
| HONOLULU | HONOLULU |

| 5. State/District/Territory * HI | 6. Postal code * 96813 |
|---|---|

| 7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * | ☐ Yes | ☑ No |
|---|---|---|

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites.
N/A

---

ETA Form 9141          **FOR DEPARTMENT OF LABOR USE ONLY**          Page 3 of 6

PW Tracking Number: P-100-10244-371217   Case Status: REDETERMINATION MODIF Validity Period: 09/30/2010 to 07/01/2011

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

Application for Prevailing Wage Determination
ETA Form 9141
U.S. Department of Labor



**E. Prevailing Wage Determination**

| FOR OFFICIAL GOVERNMENT USE ONLY | |
|---|---|

| 1. PW tracking number<br>P-100-10244-371217 | 2. Date PW request received<br>09/01/2010 |
|---|---|

| 3. SOC (ONET/OES) code<br>15-1034.00 | 3a. SOC (ONET/OES) occupation title<br>Computer Software Engineers, Applications, Non R&D |
|---|---|

| 4. Prevailing wage<br>$  44208.00 | 4a. Wage level<br>☐ I   ☐ II   ☐ III   ☐ IV   ☑ N/A |
|---|---|

5. Per:  (Choose only one)
☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year  ☐ Piece Rate

5a. If Piece Rate is indicated in question 2, specify the wage offer requirements :*
N/A

6. Prevailing wage source (Choose only one)
☐ OES   ☑ CBA   ☐ DBA   ☐ SCA   ☐ Other/Alternate Survey

6a. If "Other/Alternate Survey" in question 6, specify

N/A

7. Additional Notes Regarding Wage Determination
The wage is issued based upon the CBA document provided by the employer.

| 8. Determination date<br>09/30/2010 | 9. Expiration date<br>07/01/2011 |
|---|---|

**F. OMB Paperwork Reduction Act** *(1205-0466)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Respondent's reply to these reporting requirements is mandatory to obtain the benefits of temporary employment certification (Immigration and Nationality Act, Section 101). Public reporting burden for this collection of information is estimated to average 55 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate to the Office of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.  Do NOT send the completed application to this address.

| ETA Form 9141 | FOR DEPARTMENT OF LABOR USE ONLY | Page 4 of 6 |
|---|---|---|

PW Tracking Number:  P-100-10244-371217   Case Status: REDETERMINATION MODIFY Validity Period:  09/30/2010  to  07/01/2011

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

Application for Prevailing Wage Determination
ETA Form 9141
U.S. Department of Labor



## ADDENDUM

### SECTION D.a.6: Job Duties

DEVELOPS MEDICAL EDUCATION AND ADMINISTRATIVE SOFTWARE APPLICATIONS FOR JOHN A. BURNS SCHOOL OF MEDICINE (JABSOM), UTILIZING PERSONAL DATA ASSISTANTS (PDA), WEB, & OTHER INTERFACES, PACKAGES & IN-HOUSE DEVELOPED SOFTWARE PROGRAMS, & DATA REPOSITORIES IN A DISTRIBUTED ENVIRONMENT. SYSTEM ADMINISTRATION: MANAGES & ADMINISTERS APPLICATIONS USED BY FACULTY, STAFF, & STUDENTS FOR MEDICAL EDUCATION, INCLUDING USER ADMINISTRATION, SECURITY MANAGEMENT, & VIRGUAL GROUP MANAGEMENT. DESIGNS, IMPLEMENTS, & INTEGRATES SUBSYSTEMS OF MEDIUM TO HIGH COMPLEXITY USING A VARIETY OF PROGRAMMING LANGUAGES, INCLUDING MICROSOFT ACCESS, VISUAL BASIC, ACTIVE SERVER PAGES, .NET, SQL, & PHP. TESTS & DEBUGS SYSTEMS OF MEDIUM TO HIGH COMPLEXITY FOR A DISTRIBUTED COMPUTING ENVIRONMENT. MOBILE DEVICES: PROVIDES APPLICATION TRAINING & SUPPORT, AS WELL AS TECHNICAL SUPPORT/TROUBLESHOOTING FOR MOBILE DEVICE ACCESS (IPHONE, WINDOWS MOBILE, PALM, BLACKBERRY, ETC.) & APPLICATIONS (T-RES) FOR COURSEWORK/CLINICAL ROTATIONS. PREPARES WRITTEN TECHNICAL DOCUMENTATION FOR SYSTEMS OF MEDIUM TO HIGH COMPLEXITY. GENERATES MATERIALS & CONDUCTS TRAINING FOR END-USERS INCLUDING FACULTY, STAFF & STUDENTS ON USE OF SOFTWARE, WEB APPLICATIONS, PDAs, DATABASES, ETC. DATABASE MANAGEMENT: DESIGNS, DEVELOPS, IMPLEMENTS & MAINTAINS DATABASES SUPPORTING STUDENT EDUCATION & CURRICULUM ADMINISTRATION. DATABASE MANAGEMENT: SUPPORTS STATISTICAL ANALYSIS & DATA MANAGEMENT OF EXAM RESPONSES, SURVEY QUESTIONS, COURSE MATERIALS, AND CURRICULUM MAP. KEEPS ABREAST OF EMERGING TECHNOLOGIES & TRENDS IN HIGHER EDUCATION BY REVIEWING ARTICLES IN TRADE JOURNALS, PERIODICALS, TECHNICAL MANUALS, ETC. IN BOTH PAPER & ELECTRONIC FORMATS & BY ATTENDING CLASSES, CONFERENCES, PRESENTATIONS. IDENTIFIES TECHNOLOGIES APPLICABLE TO OR OF POTENTIAL USE TO JABSOM; ACQUIRES KNOWLEDGE OF THESE TECHNOLOGIES/SYSTEMS, HARDWARE/SOFTWARE IN ORDER TO PERFORM CURRENT DUTIES & ADVISE USERS ON THE APPLICATION OF IDENTIFIED TECHNOLOGIES. ASSISTS USERS IN EVALUATING & SELECTING APPROPRIATE COMPUTER HARDWARE & SOFTWARE TO MEET OPERATIONAL REQUIREMENTS OR PROBLEM RESOLUTION; ALSO, PROVIDES TECHNICAL CONSULTING ON THE IMPLEMENTATION & APPLICATION OF SELECTED SOLUTIONS. INTEGRATES IT SKILLS AND KNOWLEDGES IN SUPPORT OF JABSOM'S EDUCATIONAL MISSION, WHICH MAY INCLUDE THE USAGE OF PRINCIPLES OF EDUCATION IN CONJUNCTION WITH LEADING EDGE TECHNOLOGY FOR JABSOM. OTHER DUTIES AS ASSIGNED. D.B.4.B. 3 YRS PROGRESSIVELY RESPONSIBLE PROFESSIONAL IT EXP. SPECIAL REQ. (CONT'D) - AND THOROUGH SOLUTIONS IN AN EFFECTIVE & TIMELY MANNER. DEMONSTRATED ABILITY TO INTERPRET & PRESENT INFORMATION & IDEAS CLEARLY AND ACCURATELY IN WRITING, VERBALLY & BY PREPARATION OF REPORTS & OTHER MATERIALS. DEMONSTRATED ABILITY TO ESTABLISH & MAINTAIN EFFECTIVE WORKING RELATIONSHIPS W/INTERNAL & EXTERNAL ORGANIZATIONS, GROUPS, TEAM LEADERS & MEMBERS, & INDIVIDUALS. FOR SUPERVISORY WORK, DEMONSTRATED ABILITY TO LEAD SUBORDINATES, MANAGE WORK PRIORITIES & PROJECTS, & MANAGE EMPLOYEE RELATIONS. ANY EQUIVALENT COMBO OF EDUCATION AND/OR PROFESSIONAL WORK EXP. WHICH PROVIDES REQUIRED EDUCATION, KNOWLEDGE, SKILLS & ABILITIES AS INDICATED. CONSIDERABLE WORKING KNOWLEDGE OF SCRIPTING LANGUAGES & WEB DEVELOPMENT PLATFORMS SUCH AS ASP, ASP.NET, PHP, AND PERL. CONSIDERABLE WORKING KNOWLEDGE OF SYSTEMS ADMINISTRATION AS RELATED TO USER PROVISIONING, SECURITY MGMT., SYSTEMS OPTIMIZATION, UPGRADE IMPLEMENTATION, & CUSTOMER SERVICE. KNOWLEDGE OF APPLICATION DEVELOPMENT AS DEMONSTRATED BY A COMPREHENSIVE UNDERSTANDING OF CURRENT APPLICATION DEVELOPMENT PRINCIPLES & METHODOLOGY. WORKING KNOWLEDGE OF DATABASE INTEGRATION & MGMT. INCLUDING SQL AND MYSQL, & ABILITY TO CREATE RELATIONAL DATABASES AS NEEDED. CONSIDERABLE KNOWLEDGE OF THEIR LIMITATIONS, CAPABILITIES, USES FOR DESKTOP APPLICATIONS (MICROSOFT WORD, MICROSOFT EXCEL, MICROSOFT POWERPOINT, MICROSOFT OUTLOOK).

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

Application for Prevailing Wage Determination
ETA Form 9141
U.S. Department of Labor



## ADDENDUM

### SECTION D.b.5: Special Requirements

CONSIDERABLE WORKING KNOWLEDGE OF USE OF COMPUTERS FOR TEACHING, TRAINING AND/OR LEARNING (E.G., EDUCATIONAL TECHNOLOGY SYSTEMS) AS DEMONSTRATED BY THE BROAD KNOWLEDGE AND UNDERSTANDING OF THE FULL RANGE OF PERTINENT STANDARD AND EVOLVING INFO. TECH. CONCEPTS, PRINCIPLES AND METHODOLOGY. CONSIDERABLE WORKING KNOWLEDGE & UNDERSTANDING OF BROAD T TECHNOLOGY, SYSTEMS, HARDWARE AND SOFTWARE ASSOCIATED W/APPLICATION DEVELOPMENT, TEACHING, TRAINING, AND/OR LEARNING W/TECHNOLOGY (E.G., EDUC. TECH.). DEMONSTRATED ABILITY TO RECOGNIZE A WIDE RANGE OF INTRICATE PROBLEMS, USE REASONING & LOGIC TO DETERMINE ACCURATE CAUSES, & APPLY PRINCIPLES AND PRACTICES TO DETERMINE, EVALUATION, INTEGRATE, AND IMPLEMENT PRACTICAL (CONT'D D.A.6)

---

ETA Form 9141                    FOR DEPARTMENT OF LABOR USE ONLY                    Page 6 of 6

Case Number:  P-100-10244-371217          Case Status: REDETERMINATION MODIFIED Validity Period:  08/30/2010  to  07/01/2011

# Hawaii Job Order Print Document

Job Order: 1204564

Office: Oahu WorkLinks Honolulu

**Location:**

Main Address:

**UHM John A. Burns School of Medicine - Ofc of Medical Education**
**651 ILALO Street MEB**

**HONOLULU, HI 96813**

**Contact:**

Contact: Damon Sakai

Phone: (808) 692-1001 x        Fax:

**Job Details:**

Print Date: 8/6/2010 3:29:14 PM

LWIA/Region: Oahu

Mailing Address:

UHM John A. Burns School of Medicine - Ofc of Medical Education
651 ILALO Street MEB
HONOLULU, HI 96813

Title: **Director & Associate Professor**

Email:

Occupational Code: 15103100 **Computer Software Engineers, Applications**

Job Title: **Informational Technology (Educational Technology Specialist)**

Industry Code: 611310 - This industry comprises establishments primarily engaged in furnishing academic courses and granting degrees at baccalaureate or graduate levels. The requirement for admission is at least a high school diploma or equivalent general academic training.Illustrative Examples: Colleges (except junior colleges); Military academies, college level; Professional schools (e.g., business administration, dental, law, medical); Theological seminaries offering baccalaureate or graduate degrees; Universities

Number of Positions: 1

Earliest Date to Display: **8/4/2010**

Type of Job: 1

Duration: **Over 150 Days**

**Job Duties and Skills:**

Referrals: 25

Last Date Job Order Will Display: **9/3/2010**

Full Time or Part Time: 1

Special Job Category: 1

Description:

• Develops medical education and administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment.

• System Administration: manages & administers applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management.
• Designs, implements & integrates subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP.
• Tests & debugs systems of medium to high complexity for a distributed computing environment.
• Mobile Devices: provides application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations.
• Prepares written technical documentation for systems of medium to high complexity.
• Generates materials & conducts training for end-users including faculty, staff, & students on use of software, web applications, PDAs, Databases, etc.
• Database Management: Designs, develops, implements & maintains databases supporting student education & curriculum administration.
• Database Management: supports statistical analysis & data management of exam responses, survey questions, course materials, and curriculum map.
• Keeps abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations.

• Identifies technologies applicable to or of potential use to JABSOM; acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies.
• Assists users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution; also, provides technical consulting on the implementation & application of selected solutions.
• Integrates IT skills and knowledges in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM.
• Other duties as assigned

Special Software/Hardware Skills Needed: No

Special Skills:
• Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawai""""""""""""""""""""i broadband system; or equivalent education/training or experience.

• Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.
• Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).
• Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.
• Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.
• Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.
• For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.
• Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.
• Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.
• Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.
• Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.
• Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.
• Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

Desirable Qualifications:
• Knowledge of medical education or curriculum management.
• Knowledge of troubleshooting procedures & practices for hardware, software, & connectivity in a distributed computing environment.
• Considerable knowledge of hand held devices including iPhone, Palm, WindowsMobile, and Smart Phones & their software applications.
• Knowledge of student financial accounting and human resource information systems.

Job Requirements:

# Applicant #1

# Ya-Wen Hsiao

Minimum Age:

Test Done By: **No test required**                                    Required Tests: **NA**

Hiring Requirements: **Reference Checks**

Hiring Requirements Other: **Submit cover letter indicating how you satisfy the minimum and desirable
qualifications, UH Form 64 ( standard format ) ( large format ), resume, names of 3 professional references
which include phone numbers and email addresses and official transcripts (copies accepted, however
originals required upon hire) to the address below. Address: Lori Chau UH, John A. Burns School of
Medicine Office of Medical Education 651 Ilalo Street, Medical Education Bldg., 3rd Floor Honolulu, HI
96813**

Education Level: **Bachelors Degree**

Months of Experience: **36**

Requires a Drivers License: **No**

Drivers License Certification:

Drivers License Endorsements:

**Compensation and Hours:**

Minimum Salary: **3684.00 Month**                          Maximum Salary: **3684.00 Month**

Pay Comments: **DOE (Depends on Experience)**

Supplemental Compensation: **No**                          Types of Compensation:

Hours per Week: **Hours are Specific**                      Actual Hours: **40**

Shift: **Not Applicable**

Benefits:

Other Benefits: **No Benefits Listed**

Near Public Transportation: No

**Job Order Information to be Displayed Online:**

Job Order Information Online: **Job details, employer name and contact information will be displayed online.**

Job Order Methods Accepted:

How to Apply: **Online Resume, Mail, Apply at Job Service**

Company Website: **NA**

Application Comments:
**Submit cover letter indicating how you satisfy the minimum and desirable qualifications, UH Form 64 (
standard format ) ( large format ), resume, names of 3 professional references which include phone numbers
and email addresses and official transcripts (copies accepted, however originals required upon hire) to the
address below.**

Address:
**Lori Chau**
**UH, John A. Burns School of Medicine**
**Office of Medical Education**
**651 Ilalo Street, Medical Education Bldg., 3rd Floor**
**Honolulu, HI 96813**

**Other Information:**

Green Job: **Not Specified**                                Subsidized by ARRA (Stimulus): No

Featured Job: **No**                                        In an Enterprise Zone: **No**

Federal Contractor: No                                      Court Ordered Affirmative Action: No

**Staff Information:**

Category: **Regular (Non Domestic)**                        Job Developer Mandatory Listing: **NA**

Status: **Open and available**                              Employer Status: **Open and available**

Reason: NA

2  HONOLULU STAR-ADVERTISER  Sunday, 8/8/10

**Healthcare** | **Professional Management** | **Restaurant Food Service** | **Retail** | **Transportation**

ADMINISTRATIVE ASSISTANT/RECEPTIONIST

**Find Your Next Job** in Hawaii's Classifieds and Hawaii's Jobs in the Sunday Star-Advertiser

HAWAII STATE JUDICIARY
Website: www.courts.state.hi.us

GROUNDSKEEPER I
KITCHEN HELPER
SOCIAL WORKER

REHABILITATION HOSPITAL OF THE PACIFIC

Website: WORKATUH.HAWAII.EDU

UNIVERSITY OF HAWAII EMPLOYMENT OPPORTUNITIES

HAWAII NATIONAL BANK

Subscribe Today! 53B-NEWS (6397)


OHA — OFFICE OF HAWAIIAN AFFAIRS
HO'OULU LAHUI ALOHA: To Raise a Beloved Nation

OFFICE OF HAWAIIAN AFFAIRS

NCI the next intelligent step.

Senior Network Engineer (Hickam AFB)

TESORO
PROCUREMENT MANAGER







minded.
Email resume to
info@mashedu

Medical Receptionist
P/T in Orthopedic Office located in Aiea. Please Fax Resume: 487-0586

**SOCIAL WORK**
Social Service Reps for Schofield Barracks and Tripler AMC. Must have a BSW and 12 months experience working with children/family who are abused/abusive. Send resume to:
866-364-6421 EOE

URGENT!!!!
Family Physician @ Yokota Air Base (Tokyo/ Japan) September 2010-
Min 2 yrs exp.
Good pay and benefits!!!
Please contact
Insurance International Inc.
(808)922-8849
Or send resume to
Kawaii@IIcareer.com

## Janitorial-Maintenance

**FACILITIES OPERATIONS MANAGER**
Premium Outlets® a division of Simon Property Group seeks a Facilities Operations Manager for Waikele Premium Outlets.
The successful candidate will be hands-on and have varied exp in electrical, plumbing, painting, carpentry, mechanical, roof repairs & safety systems. Resp include overseeing custodial and grounds maintenance contracted services, safety audits & work documentations. Assists the General Manager in over-all maintenance of shopping ctr, on-site supervision of all contractors, obtaining bids for goods and services procurement & budget reports.
Proficiency in Lotus, MS Word & Excel is a plus. Must be avail to work weekends.
Competitive compensation pckg w/group benefit plans.
E-mail or fax your Resume with salary req'mt's to: [illegible] or 808-676-5100
EOE-M/F/D/V

HOUSE CLEANERS
F/T Mon-Sat Starting $8/hr. No exp. necessary. Pls Call: 487-6764

## Legal

**ASSOCIATE ATTORNEY**
Law firm in downtown area seeking attorney w/2-5 yrs insurance defense experience. Submit your resume in confidence to:
Administrator
Hughes & Lafontaine, AAL, ALC,
1003 Bishop Street, Suite 2525
Honolulu, HI 96813

Legal Assistant
Legal assistant for Partner to coordinate cases and deadlines in a fast-paced environment. Self starter able to work w/out close supervision. Must have 3-5 yrs legal exp. preferably including non-judicial foreclosures. Word, Excel and Access exp. critical. Typing 50 + wpm. Detail oriented w/ positive attitude and dependability. Excellent organizational, proofreading and people skills a must. Great opportunity for multi-tasking, independent worker.
Mail or e-mail resume to:
Dwyer Schraff Meyer Grant & Green
900 Fort Street Mall Suite 1800
Honolulu, HI, 96813
[illegible]@dwyerlaw.com

Reach for the Star
subscribe today
538-NEWS

First Hawaiian Bank
**BUILDING ENGINEER**
Responsible for the 7 X 24 hour operations and maintenance of building infrastructure and operating systems in a cost effective manner at the FHB processing center. Building operating systems include HVAC, plumbing, uninterrupted power supply (UPS), emergency standby generators and fuel system, automatic transfer switches, fire alarm and sprinkler systems and other electrical and electronic systems. Minimum 5 years of building engineering experience and 5 years experience managing the operations and maintenance of a facility with automated controls and/or equivalent work-related experience required. Must have at least 3 years of supervisory experience and previous training and experience in managing the installation and operation of equipment, instruments or facilities.
Apply online at
fhb.com/jobs
[illegible]

## Security

Security/Watchperson
Hawaii Kai Condo P/T - Overnight shift, Thursdays, Fridays, & Saturdays 8:30 pm - 6:00 am. Hourly pay based on experience.
Send resume to:
TPL, fax #566-4110

## Restaurant-Food Service

Arcadia Community Services
Full Time Cook
Waitstaff (casual hire)
To apply send a resume to 983-1718 or call the Job Line 983-1770. EOE

COOK & DISHWASHER
Apply in person after 3pm
Michel's Restaurant
2855 Kalakaua Ave

DISHROOM OPERATOR
Part-time position available. Hours are Mon to Fri 10am to 2:30pm. Responsible for washing, stacking and returning of all student and faculty dishes, utensils and cups. Also assists in the cleanup of the dish room area. Prior food service experience preferred.
Interested applicants should apply online at www.punahou.edu.

PASTRY / BAKER
AM, F/T. Experience pref'd. Excellent benefits. Apply in person:
Waialae Country Club
4997 Kahala Ave

SERVER ON CALL
Exp helpful. Apply within
Hawaii's Country Club
1690 Ala Puumalu
Mon-Fri 8-4pm

**WANTED P/T COOKS**
HOAKALEI COUNTRY CLUB
in Ewa Beach
Fax to 689-5051 or email to
hr@hoakalei.com

## Sales Professional

enjoy
Account Manager
Account Rep
Leading snack company is seeking enthusiastic individuals to sell and merchandise its product lines. Excellent customer service w/ clean abstract.
Apply Mon-Fri 9am-3pm
2112A Wilcox Lane or
Fax Resume to 845-9770
Email:
[illegible]jobs@yahoo.com
Please No Phone Calls

OUTSIDE SALES
IMMEDIATE OPENING
Seeking individual with strong customer service skills to promote Hyster Lift Truck line. Previous equipment exp required.
Apply in person or email or fax resume to:
AMERICAN MACHINERY
91-238 Kalaeloa Blvd
Kapolei, Hawaii 96707
Ph (808) 682-8282
Fax (808) 682-0321
E-mail:
[illegible]

Hawaii Kai Peninsula, a prestigious East Oahu community, is seeking General Manager. Applicant must have at least years of active & management experience and have working knowledge of major building systems. Excellent communication skills, the ability to supervise a large staff and being computer literate are a must. ARM or other designations are recommended. Very competitive salary and benefits. Please mail resume and salary requirements to the address below or fax to 593-6333. No phone calls please.
Hawaii Kai Peninsula • #2311
c/o Hawaiiana Management Co., Ltd.
711 Kapiolani Blvd. #700
Honolulu, HI 96813

Makaha Beachfront Manager
Site Manager 100+ condo / timeshare on beach in Makaha. 5+ yrs exp. 6 employees including security. People skills critical. Basic plumbing & electrical, MS Office, contract mgt & landscape maint. Off-site housing available nearby. Send resume with cover letter detailing unique qualifications / experience and salary requirements to:
Hawaiiana Management Company, Ltd. Attn:1070, 711 Kapiolani Blvd., Suite 700, Honolulu, HI 96813.

Resident Manager for Makiki Condo. Salary & 1 bedroom apt. Experience preferred. Send resumes to: Box # 1025 M c/o Star Classified, 500 Ala Moana Blvd. Ste 7-500 Honolulu, HI 96813

Subscribe Today:
538-NEWS
(6397)

**HAWAII NATIONAL BANK**
LOAN SERVICING CLERK/SPECIALIST
CREDIT ANALYST
TELLERS
RELIEF TELLERS
BRANCH MANAGER
LOAN OFFICER
BUSINESS RELATIONSHIP MANAGER
SALES AND SERVICING REPRESENTATIVE
CUSTOMER SERVICE SUPERVISOR
ASST. CUSTOMER SERVICE SUPERVISOR
Email Resume:
HRinfo@HNBhawaii.com
Fax Resume: (808) 528-7795
For Inquiries Call: (808) 528-7793
Learn More at
www.hawaiinational.com
An Equal Opportunity Employer - M/F

**THE ISLANDER GROUP**
[illegible]
We are actively recruiting for the following full-time positions:
DIVISIONAL SALES MANAGER
[illegible]
ACCOUNT MANAGER – OAHU
[illegible]
MERCHANDISER – OAHU
[illegible]

**SOCIAL WORKER**
(Mental Health) V - O'ahu
($4,276/Mo.)
Immediate Temporary Vacancy
O'AHU CONTINUOUS RECRUITMENTS
SUPERVISING COURT REPORTER II
Exempt Appointment (Non-Civil Service)
JUDICIARY HISTORY CENTER
JUDICIARY EDUCATION ASSISTANT
Temporary, n/e: 6/30/11 - O'ahu
send resume to: [illegible]
For assistance, call 539-4940, (800)493-9288, (808)746-7719 (TTY). EEO/AA Employer

RN, LPN, CNA
Ward Clerk
Porter/Housekeeper
Patient Registrar — Part-Time
Call-In Positions:
Nursing - Various positions & shifts
Referral Coordinator
Ward Clerk
Patient Registrar
Dietary Clerk
Telephone Operator
Security Officer
Food Service Workers
Housekeepers
For position details & to apply, visit us at:
www.rehabhospital.org
Email: hr@rehabhospital.org
Fax: 544-3337 EOE

Website: WORKATUH.HAWAII.EDU

## UNIVERSITY OF HAWAI'I EMPLOYMENT OPPORTUNITIES

For full description and other employment listings, visit website above. Appointments are full time unless otherwise specified and subject to funding and/or position clearance. UH is an Equal Opportunity/Affirmative Action Institution.

**EXECUTIVE**

Univ Assoc General Counsel VP for Legal Affairs & University General Counsel, Manoa, #89276, continuous recruitment, screening to begin 8/18/10; 808-956-8601

**FACULTY**

Instructor, CC (Counselor), Project/Malama Hawaii Program, Kapiolani Community College, #86675T, temp, closes 08/16/10, 808-734-9522

Assistant Extension Agent (Fisheries Extension Agent)-UHM Sea Grant, University of Hawaii at Manoa, #70120T, temp, closes 08/18/10, 808-956-7031

Instructor, CC (Construction Academy), Honolulu Community College, #74765, temp, closes 08/31/10, 808-845-9183

Assistant Specialist, Office of Faculty Development and Academic Support (OFDAS), University of Hawaii at Manoa, #86265T, temp, closes 08/19/10, 808-956-6976

**ADMINISTRATIVE, PROFESSIONAL, & TECHNICAL**

Institutional Support PBA (Adm & Fiscal Support Sp), Biological Oceanography Division, Dept of Oceanography, SOEST, Manoa Campus, #79202T, temp, closes 08/13/10, 808-956-7633

Institutional Support PBA (PICCC Support Specialist), Pacific Biosciences Res Ctr, CCRT, Manoa #79219T, temp, closes 08/19/10, 808-956-3743

Information Technology PBB (Java Web Appl Dev), ITS, Manoa, #80060, closes 08/31/10. For compl quals & how to apply visit www.hawaii.edu/its/jobs

Instructional and Student Support PBA or PBB (Banner Support Specialist), ITS, Manoa, #78390, closes 08/24/10. For compl quals & how to apply visit www.hawaii.edu/its/jobs

Facilities Planning & Design PBB (Architect), UHM-Facilities and Grounds, Office of Facilities and Grounds, #81209, closes 08/16/10, 808-956-4605

Research Support PBA (Research Associate), C of Trop Ag & Hum Res, Tropical Plant & Soil Sciences, Manoa, #78033T, temp, closes 08/17/10, 808-956-6564

Information Technology PBB (Educational Technology Specialist), John A. Burns School of Medicine, Kakaako, #78233, closes 09/04/10, 808-692-1001

Enterprise Operations PBA (Asst Bookstore Mgr), Auxiliary Enterprises, Manoa Campus, #79228T, temp, closes 08/16/10, 808-956-8022

Academic Support PBB (Educational Sp), Office of Undergraduate Education, Honors Program, Manoa, #79132, closes 08/16/10, 808-956-6231

Instructional and Student Support PBA (Financial Aid Officer), Student Services, Leeward Community College, #79232T, temp, closes 08/31/10, 808-455-0325

Instructional and Student Support PBA (Career & Technical Education Assistant), Student Services, Leeward Community College, #79233T, temp, closes 08/31/10, 808-455-0326

Public Information, Public Events Planning and Publications PBA (Imaginarium Manager), Windward Community College, #78373, closes 08/24/10, 808-235-7362

Institutional Support PBA (Human Resources Specialist), Office of the Vice Chancellor for Admin, Fin & Ops, Manoa, #78386 or #81665, closes 08/19/10, 808-956-3169

Research Support PBA (Research Associate), UHM - School of Medicine/Institute for Biogenesis Research, Kakaako Campus, #77110T, temp, closes 08/19/10, 808-692-1416

For civil service positions (e.g., clerical, security, maintenance, lab aids, etc.), please view: www.ehawaiigov.org/statejobs/

www.staradvertiser.com

OHA
OFFICE OF HAWAIIAN AFFAIRS
HO'OULU LAHUI ALOHA:
To Raise a Beloved Nation
We currently have openings for a:
- Community Outreach Coordinator III - Part-time position located on the Island of Lana'i
- Community Relations Specialist III
- Procurement Manager

BENEFITS: 21 Vacation Days • 13-14 Paid Holidays • Pension – State Employees Retirement System • Medical, Dental, Drug & Vision • 21 Sick Days • Group Term Life Insurance • Flexible Benefits Plan • Deferred Compensation

For further details, please visit our website:
www.oha.org
Please send resume and cover letter with salary history and requirements to:
OFFICE OF HAWAIIAN AFFAIRS
711 Kapi'olani Boulevard, Suite 500
Honolulu, Hawai'i 96813
Attention: Human Resources
Continuous Recruitment Until Needs Are Met
An Equal Opportunity Employer

NCI the next intelligent step.

## Senior Network Engineer (Hickam AFB)

NCI Information Systems, Inc. (NCI) seeks a Senior Network Engineer to support its Hickam AFB Combat Information Transport System (CITS) engagement.

Candidates must possess 7+ years expertise with network operations, network design, engineering, installation, integration and testing in fluid and dynamic environments at campus or enterprise network levels. The ideal candidate must possess 5+ years of management/supervisory experience leading teams of network engineers/technicians and a demonstrated ability to establish/meet scheduled milestones and deadlines in support of Firm Fixed Price contracts. Current CITS experience is highly desirable and Inside Plant experience is a plus.

Must currently possess one or more of the following certifications (CCNA, CISSP, CCNP, CCDA). A current PMP certification is also desirable. Candidate must be proficient with Microsoft Visio, Microsoft Project and Office 2007, possess excellent written and verbal communication skills and have the ability to obtain and retain a government security clearance. A Bachelor's Degree is preferred in Information Systems, Computer Science, Telecommunications or related field.

NCI offers a robust benefits package, compensation commensurate with experience and opportunities for advancement. EOE M/F/D/V. Learn more about this opening and apply online at:

www.ncicareers.com

Jani-King
JOIN THE LEADER!
We set the standards in our industry & our rankings speak for themselves
#1 Commercial Cleaning Franchisor
Home-Based Franchise
Top-Ten Franchise for 2010 (Entrepreneur Magazine 1/10)
The need for qualified professional cleaning services has never been greater. JANI-KING offers from $1,000 to $10,000 in initial monthly business offerings.
Join us now! 635-6100 • [illegible]
Call for FREE info | Neighbor Islands: 1-8[illegible]

08/08/2010

2 of 2

2   HONOLULU STAR-ADVERTISER Sunday, 8/15/10

**REHABILITATION HOSPITAL OF THE PACIFIC**

**YHata & Co.**

**Executive Housekeeper**

**HUMAN RESOURCES GENERALIST**

**FIELD REPRESENTATIVE / PATIENT ADVOCATE**

OutreachServices

**ARDSMARK SECURITY GUARDS**

1-800-523-3423

www.crimsoncfs.com

**ADMINISTRATIVE ASSISTANT/RECEPTIONIST**

**Thrifty** Car Rental

RENTAL SALES AGENTS
CASHIERS
BUS DRIVERS
CAR WASH AGENTS

**PA'I NANI**

IMMEDIATE OPENINGS

Hawaiian Electric Company
Giving you the power

**ELECTRICAL ENGINEER**

CareerBuilder.com

**TITLE GUARANTY**
Hawaii's Largest Title Company

Escrow Associates
Account Manager
Office Coordinator
Branch Coordination Technician
Escrow Sales Representative

Visit www.tghawaii.com

COPPERTONE SALES REPRESENTATIVE

**Blood Bank of Hawaii**

Laboratory Assistants, FT & Temp

**DIRECTOR OF SALES & MARKETING**

**Subscribe Today:**
538-NEWS
(6397)

Website: WORKATUH.HAWAII.EDU

**UNIVERSITY OF HAWAI'I EMPLOYMENT OPPORTUNITIES**

FACULTY

Get in. Get out.
Get ahead.

Earn your degree in as little as 18 months with help from our friendly staff and flexible schedules.

Learn NOW for a career in

PHARMACY TECHNOLOGY

**Heald COLLEGE**
EST. 1863
Healthcare • Business • Legal • Technology

Heald College offers degrees in:
HEALTHCARE
BUSINESS
LEGAL
TECHNOLOGY
Programs vary by term

Find Your Next Job in Hawaii's Classifieds

Reach for the Star
538-NEWS

Page 75

08/15/2010

1 of 2



**Get in. Get out. Get ahead.**®

Earn your degree in as little as 18 months with help from our friendly staff and flexible schedules!

Learn NOW for a career in

**PHARMACY TECHNOLOGY**

**Heald COLLEGE** EST. 1863

Healthcare • Business • Legal • Technology

Heald College offers degrees in:
**HEALTHCARE
BUSINESS
LEGAL
TECHNOLOGY**

Programs vary by term

**Benefits:**
• Lifetime career services assistance for graduates
• Financial aid for those who qualify

**CALL TODAY!**
**1-866-918-9173**
1500 Kapiolani Blvd., Honolulu, HI 96814
**www.Reach-Heald.com**

**Find Your Next Job** in **Hawaii's Classifieds** and **Hawaii's Jobs** in the **Honolulu Star-Advertiser**

521-9111

**UNIVERSITY OF HAWAI'I EMPLOYMENT OPPORTUNITIES**

Website: WORKATUH.HAWAII.EDU

**Subscribe Today!**
**538-NEWS**
**(6397)**

**DIRECTOR OF SALES & MARKETING**

**RENTAL SALES AGENTS
CASHIERS
BUS DRIVERS
CAR WASH AGENTS**

**IMMEDIATE OPENINGS**

**TITLE GUARANTY**
Hawaii's Largest Title Company

**Blood Bank of Hawaii**

08/15/2010
2 of 2

## Work at UH Advertisement

| | |
|---|---|
| Title: | Information Technology (Educational Technology Specialist) |
| Position Number: | 0078233 |
| Hiring Unit: | John A. Burns School of Medicine |
| Location: | Kakaako |
| Date Posted: | August 02, 2010 |
| Closing Date: | September 04, 2010 |
| Band: | B |
| Minimum Monthly Salary: | Band B: $3,684 |
| Full Time/Part Time: | Full Time |
| Temporary/Permanent: | Permanent |

Other Conditions: General funds, to begin approximately Sept 2010, subject to position clearance.

Duties and Responsibilities:

Develops medical education and administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment.

System Administration: manages & administers applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management.

Designs, implements & integrates subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP.

Tests & debugs systems of medium to high complexity for a distributed computing environment.

Mobile Devices: provides application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations.

Prepares written technical documentation for systems of medium to high complexity.

Generates materials & conducts training for end-users including faculty, staff, & students on use of software, web applications, PDAs, Databases, etc.

Database Management: Designs, develops, implements & maintains databases supporting student education & curriculum administration.

Database Management: supports statistical analysis & data management of exam responses, survey questions, course materials, and curriculum map.

Keeps abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations.

Identifies technologies applicable to or of potential use to JABSOM; acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies.

Assists users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution; also, provides technical consulting on the implementation & application of selected solutions.

Integrates IT skills and knowledges in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM.

Other duties as assigned

Minimum Qualifications:

Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawai'i broadband system; or equivalent education/training or experience.

Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.

Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).

Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.

Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.

Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.

For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.

Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.

Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.

Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.

Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.

Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.

Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

Desirable Qualifications:

Knowledge of medical education or curriculum management.

Knowledge of troubleshooting procedures & practices for hardware, software, & connectivity in a distributed computing environment.

Considerable knowledge of hand held devices including iPhone, Palm, WindowsMobile, and Smart Phones & their software applications.

Knowledge of student financial accounting and human resource information systems.

| To Apply: | Submit cover letter indicating how you satisfy the minimum and desirable qualifications, UH Form 64 ( standard format ) ( large format ), resume, names of 3 professional references which include phone numbers and email addresses and official transcripts (copies accepted, however originals required upon hire) to the address below. |
| --- | --- |
| Address: | Lori Chau |

UH, John A. Burns School of Medicine
Office of Medical Education
651 Ilalo Street, Medical Education Bldg., 3rd Floor
Honolulu, HI 96813

Inquiries:                                    Dr. Damon Sakai; 808-692-1001

The University of Hawaii is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, gender identity and expression, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

Employment is contingent on satisfying employment eligibility verification requirements of the Immigration Reform and Control Act of 1986; reference checks of previous employers; and for certain positions, criminal history record checks.

In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawaii may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

In accordance with Article 10A of the unit 08 collective bargaining agreement, bargaining unit members receive priority consideration for APT job vacancies. As a result, external or non BU 08 applicants may not be considered for some APT vacancies. BU 08 members with re-employment rights or priority status are responsible for informing the hiring unit of their status.

Print                                                                          Close

## Your craigslist posting 'Educational Technology Specialist'

**craigslist.org**                                                             5:58 AM
To gmurata@hotmail.com

Confirmation for Posting ID# 1883997567

Your ad, titled 'Educational Technology Specialist' has been posted as follows:

http://honolulu.craigslist.org/oah/tch/1883997567.html (technical support jobs)

Posts will appear in the list of postings and in search results in about 15 minutes.

If you have trouble finding your ad, please check our help page:[?]

Please log in into your account if you need to edit or delete your posting:
https://accounts.craigslist.org/login

If you did not post this ad please change your account password asap:
https://accounts.craigslist.org/login/chpwd

For your protection please check out list of common scams.

Thanks for using craigslist!

hawaii craigslist > oahu > jobs > technical support jobs                    [ help ] [ post ]

all hawaii   oahu   big island   maui   kauai   molokai

search for:                              in: tech support jobs ` ` ` `  ` ` ▼   ◌ title only  ◉ entire post   [ Search ]

☐ telecommute  ☐ contract  ☐ internship  ☐ part-time  ☐ non-profit  ☐ has image

[ Fri, 06 Aug 06:32:14 ]          [ FTC Warning on JOB SCAMS ] [ craigslist vs monster vs careerbuilder ] [ jobs forum ] [success story?]
                        [ AVOIDING SCAMS & FRAUD ] [ PERSONAL SAFETY TIPS ] [ craigslist {tv} ] [ unofficial flagging faq ]
                                                                                  [ craigslist blog ]


Fri Aug 06

Educational Technology Specialist - (U of HI School of Medicine)

Thu Aug 05

Technician - (Kauai)

Auto Detailer (Kaneohe) - (Windward Auto Spa)

Wed Aug 04

IT Technician - (Honolulu)

Mon Aug 02

PV Estimator-Designer - (Oahu)

Journeyman Electrician - (Oahu)

Systems Engineer - (Honolulu)

Network Assistant at HPU - (Downtown campus)

Field Services Manager - IT Support - (Honolulu, HI)

hawaii craigslist > oahu > jobs > technical support jobs                email this posting to a friend

Avoid scams and fraud by dealing locally! Beware any deal involving Western Union, Moneygram, wire
transfer, cashier check, money order, shipping, escrow, or any promise of transaction
protection/certification/guarantee. *More info*                                      please flag with care:

                                                                                     miscategorized

# Educational Technology Specialist (U of HI School of Medicine)                     prohibited

                                                                                     spam/overpost

Date: 2010-08-06, 5:58AM HST                                                         best of craigslist
Reply to: see below

- Develops medical education and administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment.

- System Administration: manages & administers applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management.

- Designs, implements & integrates subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP.

- Tests & debugs systems of medium to high complexity for a distributed computing environment.

- Mobile Devices: provides application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations.

- Prepares written technical documentation for systems of medium to high complexity.

- Generates materials & conducts training for end-users including faculty, staff, & students on use of software, web applications, PDAs, Databases, etc.

- Database Management: Designs, develops, implements & maintains databases supporting student education & curriculum administration.

- Database Management: supports statistical analysis & data management of exam responses, survey questions, course materials, and curriculum map.

- Keeps abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations.

- Identifies technologies applicable to or of potential use to JABSOM; acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies.

- Assists users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution; also, provides technical consulting on the implementation & application of selected solutions.

- Integrates IT skills and knowledges in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM.

- Other duties as assigned

Minimum Qualifications:

- Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawai'i broadband system; or equivalent education/training or experience.

- Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.

- Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).

- Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.

- Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.

- Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.

- For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.

- Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.

- Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.

- Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.

- Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.

- Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.

- Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

Desirable Qualifications:

- Knowledge of medical education or curriculum management.

- Knowledge of troubleshooting procedures & practices for hardware, software, & connectivity in a distributed computing environment.

- Considerable knowledge of hand held devices including iPhone, Palm, WindowsMobile, and Smart Phones & their software applications.

- Knowledge of student financial accounting and human resource information systems.

**TO APPLY:** For full position information, please visit the listing on workatuh. Listing includes very specific application instructions for University positions.

Job Posting Closes: September 4, 2010.

- Location: U of HI School of Medicine
- Compensation: Pay Band B Minimum monthly salary: $3,684
- This is at a non-profit organization.
- Principals only. Recruiters, please don't contact this job poster.
- Phone calls about this job are ok.
- Please do not contact job poster about other services, products or commercial interests.

Educational Technology Specialist                                                    8/5/10 8:34 PM

PostingID: 1883997567

No contact info?
if the poster didn't include a phone number, email, or
other contact info, craigslist can notify them via email.    Send Note!

Copyright © 2010 craigslist, inc.    terms of use    privacy policy    feedback forum

http://honolulu.craigslist.org/oah/edu/1883997567.html                              Page 4 of 4



SeCe student employment & cooperative education
University of Hawai'i

**HOME**

## Detailed Job Listing

Return to Search Results

Position Title : Information Technology (Ed Tech Specialist)

Qualifications :

Possession of a pertinent baccalaureate educational degree in Management Information Systems, Computer Science, Project Management, or related field and 3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, and/or user application support/help desk, of which 2 years of the experience must have been comparable in scope and complexity to the next lower payband in the University of Hawaii broadband system; or equivalent education/training or experience.

Considerable working knowledge of the use of computers for teaching, training and /or learning (e.g., educational technology systems) as demonstrated by the broad knowledge and understanding of the full range of pertinent standard and evolving information technology concepts, principles and methodology.

Considerable working knowledge and understanding of the broad technology, systems, hardware and software associated with application development, teaching, training, and/or learning with technology (e.g., educational technology).

Demonstrated ability to recognize a wide range of intricate problems, use reasoning and logic to determine accurate causes, and apply principles and practices to determine, evaluation, integrate, and implement practical and thorough solutions in an effective and timely manner.

Demonstrated ability to interpret and present information and ideas clearly and accurately in writing, verbally and by preparation of reports and other materials.

Demonstrated ability to establish and maintain effective working relationships with internal and external organizations, groups, team leaders and members, and individuals.

For supervisory work, demonstrated ability to lead subordinates, manage work priorities and projects, and manage employee relations.

Any equivalent combination of education and/or professional work experience which provides the required education, knowledge, skills and abilities as indicated.

Considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, and Perl.

Considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service.

Knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology.

Working knowledge of database integration and management including SQL and MySQL, & ability to create relational databases as needed.

Considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint,

UH Center for Career Development + Student Employment
University employment opportunities posted on SECE Job Board

Microsoft Outlook).

**Duties** :

Develops medical education and administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment.

System Administration: manages & administers applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management.

Designs, implements & integrates subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP.

Tests & debugs systems of medium to high complexity for a distributed computing environment.

Mobile Devices: provides application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations.

Prepares written technical documentation for systems of medium to high complexity.

Generates materials & conducts training for end-users including faculty, staff, & students on use of software, web applications, PDAs, Databases, etc.

Database Management: Designs, develops, implements & maintains databases supporting student education & curriculum administration.

Database Management: supports statistical analysis & data management of exam responses, survey questions, course materials, and curriculum map.

Keeps abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations.

Identifies technologies applicable to or of potential use to JABSOM; acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies.

Assists users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution; also, provides technical consulting on the implementation & application of selected solutions.

Integrates IT skills and knowledges in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM.

Other duties as assigned

**Salary range** : To be discussed at time of interview.

**Other salary info** : Pay Band: B

**Benefits** : Information is available at www.hawaii.edu/ohr

**Address** : 651 Ilalo St Honolulu, HI, 96813



Map data ©2010 Google, Sanborn -

| | | |
|---|---|---|
| No. of Openings | : | 1 |
| Start Date | : | ASAP |
| Closing Date | : | 09-04-2010 |
| Job Program | : | FULL TIME |
| Job Affiliation | : | UH Manoa |
| Job Number | : | 98805 |

Return to Search Results

Copyright © 2002 MIS - University of Hawaii

12/13/2010 11:29 AM

CDSE Homepage | SECE Job Database

  

Students ▾   Alumni   UH Employers ▾   Non-UH Employers ▾   Events ▾   Workshops ▾   About Us ▾   Site Map

# CDSE Job Programs

The Center for Career Development and Student Employment offers students and alumni the opportunity to find employment through a series of job programs. Below you will find a list of the job programs we offer. If you would like more information about the following programs send an email to cdse@hawaii.edu to request more information.

## University Employment

Working at the University. There are nearly 4,000 students working on the UHM campus. CDSE can help you find the University job you've been looking for.

- Variety of positions
- Convenient on-campus locations
- Flexible hours

Search for University Employment on the sece job board

## Non-University Employment

Working in the community. From small businesses to international corporations, CDSE allows you to connect with employers suited to your interest.

- Seasonal positions & Summer jobs
- Part-time work
- Full-time, permanent work

Search for Non-University Employment on the sece job board

## Cooperative Education (Co-op) / Internships

Working in your Major. The Cooperative Education and Internship programs allow you to gain practical real world experience in your major while still in school.

- Individualized career planning
- Develop a marketable job portfolio
- Network with professionals
- Put theory into practice & gain professional skills

Learn More | Search for Co-op / Internships on the sece job board

## Federal Work Study

Working in the community and university. Federal Work Study is a financial-aid based program that subsidizes a portion of college expenses by offering employment in career or community service positions.

- Personalized employment counseling
- High priority for job referrals
- Variety of positions on and off campus

Learn More | Search for Federal Work Study opportunities on the sece job board



### Career Spotlight

Featuring UHM Program and Course Internships, Employers, and Resources related to Sustainability.

Learn More ▸



### resourceLibrary

CDSE invites students to browse the virtual library containing helpful books Internships, Careers, Job Search, and Graduate School Application.

Learn More ▸

 Staff Directory
CDSE staff Directory

 Office Hours
We are open from 8:00am –

 Map to our Office
QLCSS Room 212

Upcoming Events                    Job Programs:

http://cdse.hawaii.edu/jobPrograms.php#university                    Career Development and Student Employment at the

12/13/2010 11:29 AM

- ○ Career Spotlight posted - Sustainability
- ○ Craft Fair and Silent Auction dates announced
- ○ Employer Recruitment Schedule now online
- ○ Graduate and Law Schools Fair date announced
- ○ Full-time Jobs are now available online
- ○ Store your Credential Files at CDSE
- ○ Student applicants interviewed via webcam

- ✿ University Employment
- ✿ Non-University Employment
- ✿ Cooperative Education (Co-op) / Internships
- ✿ Federal Work Study

**What can I do with this major?**

Still trying to decide which major is right for you? About to finish your degree and you still don't know what kind of jobs you can get with your major? Take a look at our fact sheet to learn more about your major. Learn More

Email Address:
cdse@hawaii.edu

Phone Number:
(808) 956-7007

Fax Number:
(808) 956-4082

Subscribe to the CDSE Listse

Enter your email address and click ti up button to subscribe to the CDSE

[ ] Sign Up

## Leave a Comment

Your Name: (required)

[ ]

Your Email Address: (required)

[ ]

Write your comment here: (required)

[ ]

*officially JEUIDSI*

Type the two words: [ ]

Submit Comment   Clear Form

*All comments must be approved before they are posted to the website.

http://cdse.hawaii.edu/jobPrograms.php#university

12/13/2010 11:28 AM

CDSE Homepage  |  SECE Job Database





| Search |



Students ▾   Alumni   UH Employers ▾   Non-UH Employers ▾   Events ▾   Workshops ▾   About Us ▾   Site Map

Home > About

# About CDSE

Information      Staff Directory      Office Hours      Map to our Office      Contact Us

## Information about our office

CDSE is a new and evolving department in the Office of Student Affairs. Our primary mission is to partner with both University and Non-University employers to empower UH Manoa students to engage in career life planning through awareness, exploration, experience, and reflection.

## Mailing Address

Career Development and Student Employment
2600 Campus Rd. Room 212
Honolulu, HI 96822

### Upcoming Events

◯ Career Spotlight posted - Sustainability

◯ Craft Fair and Silent Auction dates announced

◯ Employer Recruitment Schedule now online

◯ Graduate and Law Schools Fair date announced

◯ Full-time Jobs are now available online

◯ Store your Credential Files at CDSE

◯ Student applicants interviewed via webcam

### Job Programs:

◯ University Employment

◯ Non-University Employment

◯ Cooperative Education (Co-op) / Internships

◯ Federal Work Study

 What can I do with this major?

Still trying to decide which major is right for you? About to finish your degree and you still don't know what kind of jobs you can get with your major? Take a look at our fact sheet to learn more about your major. Learn More



**Career Spotlight**

Featuring UHM Program and Courses, Paid Internships, Employers, and Resources related to Sustainability.

Learn More ▸

**resourceLibrary**

CDSE invites students to browse through the virtual library containing helpful books on Internships, Careers, Job Search, and Graduate School Application.

Learn More ▸

 Staff Directory
CDSE staff Directory

 Office Hours
We are open from 8:00am - 4:00pm.

 Map to our Office
QLCSS Room 212

 Email Address:
cdse@hawaii.edu

 Phone Number:
(808) 956-7007

 Fax Number:
(808) 956-4082

✉ Subscribe to the CDSE Listserv

http://cdse.hawaii.edu/about_index.php                    CDSE - About Career Development and Student Empl



 UNIVERSITY
_of_ HAWAIʻI°

MĀNOA

John A. Burns School of Medicir
Office of the Dea

February 9, 2011

U.S. Department of Labor
Audit Team
Atlanta Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA  30303

RE:   ETA Case Number:   A-10344-38244
      Alien's Name:        Ya-Wen Hsiao

To Whom It May Concern:

Thank you for the opportunity to respond to questions related to Case # A-10344-38244.
It is very important that our institution is in full compliance with the requirements of the
U.S. Department of Labor.

**Response to Audit Reason:**

The minimum requirements and/or skills necessary to perform the listed duties of this
position cannot, in our context, be achieved with on-the-job training within a reasonable
period of time.  The justification for this determination falls in three parts.  First, this
position requires a unique set of interdependent skills.  Second, there are no supervisors
within the Office of Medical Education able to teach or train a new hire in all of the
required skills.  Third, we require an educational technologist to begin working now as
classes requiring their expertise have already begun.

A Unique Set of Interdependent Skills

The Educational Technology position at the Office of Medical Education is a multi-
faceted position requiring interdependent skills.  Not only do we require a worker capable
of supporting desktop software, developing software applications, internet connectivity,
mobile devices, computer trouble-shooting, audiovisual devices, iPhone, iPad, web-based
content, and the myriad of other programs listed, but this person must be able to work
with faculty and staff to select, manage, and administer the application of these
technologies to medical education.  In our context, these skills are interdependent.
Without the technical knowledge, our employee cannot provide the support or assistance
of its use to others.  Without familiarity with medical education environments and the
ability to train and/or consult with the users, the technical knowledge is without value.  A

651 Ilalo Street
Medical Education Building
Honolulu, Hawaiʻi 96813
An Equal Opportunity/Affirmative Action Institution

U.S. Department of Labor
Audit Team
February 9, 2011
Page 2

successful candidate in our view must possess the entire skills set. It simply is not possible for us to teach a candidate the technical knowledge, the educational environment in which it is applied, and the ability to interface with many faculty and staff in multiple parallel educational projects within a reasonable period of time.

## No Office Supervisors Able to Teach or Train the Educational Technologist in the Required Skills

The Office of Medical Education is charged with oversight of the entire first-two years of the JABSOM curriculum and contributes to courses in the third and fourth years. Our faculty consists primarily of clinician or basic science educators. We have an excellent staff of employees trained in educational support; however, there are currently no faculty or staff members within the office trained in educational technology. We have no faculty members even approaching the technical knowledge listed in the minimum requirements for this position. Furthermore, we have no faculty members experienced in guiding other faculty members from multiple departments in the development of online educational content. Even if it were possible for a candidate to learn all the skills necessary in a reasonable period of time, we have no mentor available for that candidate.

## A Fully Functional Educational Technologist is Needed Now

We require an educational technologist to be fully functional now since classes have already started. One specific example to further explain this is our placement of first-year students in the neighbor island of Hilo, Hawaii, for the first time in the school's history. Our use of JBOWS, an online educational resource for students, and our ability to broadcast lectures and other educational sessions from the Medical Education Building are essential for these students. This is also a requirement of our accrediting agency, the Liaison Committee on Medical Education (LCME), which stipulates that medical schools must utilize off-campus education for selected medical students. The LCME is the organization that determines accreditation of each medical school within the United States. These courses began at the start of January 2011; therefore, even a brief training period would be detrimental to our efforts.

Our intent with this position was to hire the individual who could best meet the stated requirements. The skill set is unique and interdependent. We have no one in our office able to teach these skills, and full use of these skills is required now. For these reasons, we respectfully submit our view that the skills required for this position in our context cannot be learned on-the-job in a reasonable amount of time.

U.S. Department of Labor
Audit Team
February 9, 2011
Page 3


**Response to Audit Request:**

Enclosed are copies of all cover letters, resumes, list of references, transcripts, and
University of Hawaii Employment Application Form 64 for the applicants (total of four
(4)) who applied for the position of Information Technology (Educational Technology
Specialist) for the College of Health Sciences and Social Welfare/John A. Burns School
of Medicine, Office of Medical Education at the University of Hawaii at Manoa.

Two (2) applicants that were not selected and one (1) applicant withdrew his application
for the position.  Lloyd Nakata (hereinafter Nakata) and James Shoemaker (hereinafter
Shoemaker) were the two applicants that were not selected. Craig Spurrier (hereinafter
Spurrier) withdrew his application.

Nakata was contacted on October 12, 2010, to schedule an interview with the Office of
Medical Education's Interview Committee and was interviewed on October 19, 2010,
with the Committee.   Nakata was again contacted on October 21, 2010, to arrange a
second interview with the Director of the Office of Medical Education, Damon Sakai
(hereinafter Sakai).  Nakata interviewed with Sakai on October 29, 2010.

Nakata was not selected as he did not meet the two minimum qualifications of: 1- having
demonstrated ability to lead subordinates and manage employee relations; and, 2-
possessing any equivalent combination of education and/or professional work experience
which provided the education, knowledge, skills, and abilities required for this position.
During the interview, Nakata's responses indicated that he was an independent worker
who had very minimal interaction with peers and students throughout his IT career.
Nakata also stated that when faced with challenges with the systems, he would prefer to ·
take matters to his supervisor for resolution.  Nakata also indicated a lack of direct
experiences with various systems and other modalities which would hinder his ability to
perform the minimum requirements of the position.

In reference to Shoemaker, it was determined by the Screening Committee that
Shoemaker would not be interviewed because he did not meet six (6) of the thirteen (13)
minimum qualifications.  The minimum qualifications that were not met included: 1-
possession of a pertinent baccalaureate degree or equivalent education/training or
experience; 2- demonstrated ability to lead subordinates and manage employee relations;
3-any equivalent combination of education and/or professional work experience
providing the required education, knowledge, skills and abilities; 4-considerable working
knowledge of scripting languages and web development platforms such as ASP,

ASP.NET, PHP, and Perl; 5- working knowledge of database integration and U.S. Department of Labor
Audit Team
February 9, 2011
Page 4

management including SQL and MySQL, and ability to create relational databases as needed; and, 6- considerable knowledge of the limitations, capabilities, and uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).

In reference to Spurrier, Sakai had left a voice message requesting Spurrier to contact him to discuss his qualifications for the position. However, sometime at the end of October, 2010, Spurrier left a voice message for Sakai stating that he had already found another position at which time his application was withdrawn.

Both Nakata and Shoemaker were notified via telephone and letters dated February 4, 2011, stating that another candidate had been selected for the position of Educational Technology Specialist.

Your review and consideration of this matter is appreciated and we look forward to your determination of our request regarding ETA Case Number: A-10344-38244.

With best regards,

Jerris R. Hedges, M.D., M.S., M.M.M.
Dean, John A. Burns School of Medicine
University of Hawaii at Manoa

# Ya-Wen (Sarah) Hsiao
423 Namahana St., Apt.102, Honolulu, Hawaii 96815
808-728-2646 ◦ yawen@hawaii.edu

August 3, 2010

Dr. Damon Sakai
UH, John A. Burns School of Medicine
Office of Medical Education
651 Ilalo Street, Medical Education Building, 3rd Floor
Honolulu, Hawaii 96813

Dear Dr. Sakai,

Having been working with JABSOM for the past 5 years, it could not have been any more exciting when I saw the opportunity to work not only in the same general field, but to actually be hands on with what I am truly passionate about. That is why I would like to submit my application for the position of Educational Technology Specialist.

For the past five years, I have been working as a helpdesk specialist to the Office of Information Technology at the John A. Burns School of Medicine giving both PC and MAC support to over 800 clients and users on a daily basis. I have progressively been given responsibilities that not only advanced my desire to help the school be at the cutting edge of technology, it also honed my management skills and gave me the tools needed to be a technically skilled; detail oriented and well organized task manager.

Being one of three specialists that take care of the entire school, I am pushed to constantly learn new technologies and share new solutions to my co-workers and the clients that we serve. This situation also called for a strong demand of efficiency and effectiveness in dealing with technical issues that we handle. I have taken on the task of documenting not only each and every case that we handle, but also the solutions that we have taken to solve the problem. I can confidently say that this practice has not only doubled our efficiency, it has also alleviated and diffused numerous misunderstandings between us and the clients.

Planning and implementing a new technology is never an easy task. There are so much pieces to every project that communication is not just a tool, I believe that good communication skills is a requirement to every endeavor. That is why I am so proud of spearheading and being the lead coordinator for the Resource Scheduler and the Resource Web Request that JABSOM currently uses as the room reservation system. This project entailed me working with the vendors and in-house programmers to plan, to design and to implement this integral system.

Some of the current projects that I am helping with are the medical students evaluation system and the clinical optimization scheduling system. Also on the horizon is being one of the project managers for the FAS and the Non-compensated faculty evaluation system.

As you can see, not only do I bring a can-do attitude to this position, I also bring the technical, practical and managerial skills that you require and that this position deserves. I look forward to scheduling an interview with you at your earliest convenience and hope that I will be given the opportunity to create an even greater positive impact to the school.

Respectfully yours,

Ya-Wen (Sarah) Hsiao



# UNIVERSITY OF HAWAI'I
# EMPLOYMENT APPLICATION FORM
## Administrative, Professional and Technical Positions

This form is used to provide information about you relative to the position(s) for which you are applying. This completed form and a *comprehensive resume*, must both be submitted in accordance with the filing requirements specified in the advertisement. (See Suggested Resume Format - PDF Format).

| | |
|---|---|
| Position Title: Information Technology-Educational Technology Specialist | Position No.: 0078233 |

| Name: | Last HSIAO | First YA-WEN | Middle Initial |
|---|---|---|---|

| Home Address: | Street 423 Namahana Street, | Apt. # 102 | City Honolulu | State HI | Zip Code 96815 |
|---|---|---|---|---|---|

| Home Telephone: 808-728-2646 | Business Telephone: 808-692-1103 |
|---|---|

Email Address: yawen@hawaii.edu

If selected, **all** individuals must present documentary evidence to verify their eligibility to work, pursuant to the Immigration Reform and Control Act of 1986.

**Employment Status:** Complete the following if you are **presently** or **formerly** employed by the University of Hawai'i:

| Department: Office of Information Technology | Official Position Title: | Campus Phone No.: 808-692-1103 |
|---|---|---|
| College: John A. Burns School of Medicine | Information Technology Specialist | |

| Present or Last Appointment Period (if applicable): | FTE: 100% | BU: 08 |
|---|---|---|

Check **one** of the following boxes if you are exercising employment rights in accordance with Article 10, BU 8 collective bargaining agreement (eligibility subject to verification by the hiring unit):

☐ I am being/have been relieved or terminated because of a lack of work or other legitimate reasons and have reemployment rights as outlined in Article 9, Employment Security.

☑ I am currently in the bargaining unit.

**Non-Discrimination and Affirmative Action Information:** The University of Hawai'i is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

**CLERY ACT:** In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawai'i may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

I hereby certify that all statements in this application are true and correct to the best of my knowledge, and I agree and understand that any misstatements of material facts herein may cause forfeiture of all rights to any employment with the University of Hawai'i. I also understand that, if selected, I must present documentary evidence to verify my employment eligibility, pursuant to the Immigration Reform and Control Act of 1986. For electronic submissions, original signatures required prior to interview.

| Signature | Date 8/3/2010 |
|---|---|

**NOTE:** Attach/Submit a *comprehensive resume* and include: 1) your name, current address, phone number(s); 2) **work history** - provide sufficient detailed information with which to determine your qualifications for the position for which you are applying, list all employment in last 10 years beginning with most recent employment and other pertinent employment beyond 10 years; 3) **education** - chronologically list all higher education institutions attended beyond Grade 12, including name, address, major field of study degree/diploma/certificate & date received; 4) **relevant experience** - chronologically list pertinent military, professional, trade, technical, etc., courses you have completed, including institution name, address, subject area, certificate & date received; 5) **publications/research/other professional activities (if applicable to position)** – include co-authors, title of journal/publication & date, if book, publication date & publisher; 6) **knowledge of language other than English if required for position** - identify language and include ability to read, write, converse; and 7) **pertinent professional memberships and awards** - list, as appropriate, membership in professional or scientific societies, honors, awards, fellowships, etc; 8) **references** - provide complete contact information, as required by position advertisement. See Suggested Resume Format - PDF format.

## An Equal Opportunity/Affirmative Action Institution

Form 64 Rev 05-07

423 Namahana St., Apt.102     Cell phone: 1-808-728-2646
Honolulu, Hawaii 96816.     Work phone:1-808-692-1103
USA     E-mail:  yawen@hawaii.edu
                sarah@pioux.com

## Ya-Wen (Sarah) Hsiao

| Education | | |
|---|---|---|
| | September 2003 – December 2005     Hawaii Pacific University<br>Master of Science in Information System | |
| | September 2001 – June 2003          Shih Chieh University<br>B.B.A. Applied Foreign Languages | |
| | September 1996 – June 2001          Kun Shan University of Technology<br>Associate Degree in Applied Foreign Language | |

| Experiences | |
|---|---|
| | **Information Technology Specialist** |

**Information Technology Specialist**
November 2005 – current          John A. Burns School of Medicine, University of Hawaii
- Responsible for providing technical support for PC and MAC to over 800 clients on a daily basis
- Respond to clients' issues by email, phone, and personally doing on-site troubleshooting within 24 hours
- Provide Audio Visual support to JABSOM personnel as well as affiliated organizations in using the different meeting facilities even during non-office hours
- Created and maintained a detailed record of all service tickets resulting in an overwhelming increase in efficiency for the Office of Information Technology
- Spearheaded and coordinated with the vendors and in-house programmers with the planning, design, testing, implementation and support of Resource Scheduler and Resource Scheduler Web Request for JABSOM room reservation.
- Provide telecommunication support which includes both phone and network connectivity
- Analyze and provide advice and vendor quotations to clients looking to upgrade department technology capital by continually keeping myself abreast of current technologies
- Coordinate and delegate tasks to the entire Helpdesk personnel
- Currently working closely with the vendors with the planning and implementation of medical students evaluation system and clinical rotating scheduling optimization system
- One of the project managers for FAS and Non Compensate Faculty Evaluation System
- Fill in the gaps of the IT department by taking on extra responsibilities

**Assistant Computer Support Specialist**
February 2004 – November 2005          Hawaii Pacific University
- Responsible for troubleshooting PC hardware and software issues for the entire campus
- Provide telephone support to students, faculty and staff
- Follow up and ensure timely response to the issues that are experienced by the clients
- Utilize and manage limited resources to repair out of service PCs

**Applied Foreign Languages Department Student Assistant**
February 2002 – February 2003          Shih Chieh University
- Interpreter for the department
- Maintain computers for faculty and staff

**Computer Center  Student Assistant**
March 1998 – June 2001          Kun Shan University of Technology
- Responsible for maintaining over 200 computers on campus
- Help students troubleshoot computers

| Skills | |
|---|---|
| | 10 years experience in Windows OS (Win95 – Win7), MS Office ('95 – 2010), Word, Excel, Access, PowerPoint, FrontPage, Project, rebuilding PCs and Mac, various application usages and installations, configuring/troubleshooting e-mail (MS Outlook, Outlook Express, Thunderbird, Entourage, Eudora, Mail), setting up and troubleshooting printer/fax/Cisco phones, malware/spyware/virus removal, and experienced in Citrix remote control |

- 10 years experience in Windows OS (Win95 – Win7), MS Office ('95 – 2010), Word, Excel, Access, PowerPoint, FrontPage, Project, rebuilding PCs and Mac, various application usages and installations, configuring/troubleshooting e-mail (MS Outlook, Outlook Express, Thunderbird, Entourage, Eudora, Mail), setting up and troubleshooting printer/fax/Cisco phones, malware/spyware/virus removal, and experienced in Citrix remote control
- 4 years experience in Mac OS, Mac applications
- 8 years experience in Project Management
- Experience in using Rational Rose (UML) application for creating customized web application
- HTML, JAVA, SQL, Photoshop, Adobe Acrobat Professional PDF
- Basic knowledge in programming concepts
- Excellent communication skills towards clients and vendors
- Language skills: English, Chinese, Chinese/Taiwanese

| References | Virginia Tanji<br>University of Hawaii, JABSOM<br>Director<br>Health Sciences Library<br>Phone 1-808-692-0283<br>Email: tanji@hawaii.edu<br><br>Corinne M. Seymour<br>University of Hawaii, JABSOM<br>Director<br>Fiscal and Administrative Affairs Office<br>Phone  1-808-692-1160<br>Email: cseymour@hawaii.edu<br><br>Gregg T. Takayama<br>University of Hawaii, Manoa<br>Director<br>Community and Government Affairs<br>Phone  1-808-956-9836<br>         1-808-383-3212<br>Email: greggt@hawaii.edu |
| --- | --- |

**Hawai'i Pacific University**

OFFICIAL TRANSCRIPT

Student: 000641054
Date:

Date Issued: 06-DEC-2016

Record of: Yer Yen Hsiao

Issued To: Attn Lori Chau
Medical Education Building
Office of Medical Education
651 Ilalo Street
Honolulu, HI 96813
United States of America

Richard I. Yount
University Registrar

Course Level: Graduate
Student Type: Continuing - Degree Seeking

Degree Awarded: Master of Sci in Info Systems 18-DEC-2005
Major:

| SUBJ | NO | C | COURSE TITLE | CRED GRD | PTS R |
|------|-----|---|--------------|----------|-------|

**INSTITUTION CREDIT:**

Spring 2004
| IS | 6000 | D | Cont Issues in U.S. Profession | 3.00 B | 9.00 |
| MATH | 1130 | D | Statistics | 3.00 B | 9.00 |
| MGMT | 6100 | D | Bus Math and Writ | 3.00 A | 12.00 |
Ehrs: 9.00 GPA-Hrs: 9.00 QPts: 30.00 GPA: 3.33

Summer Term II 2004
| QM | 6010 | D | Quantitative Methods | 3.00 C+ | 6.90 |
Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 6.90 GPA: 2.30

Summer Term IV 2004
| FIN | 3000 | D | Business Finance | 3.00 B | 9.00 |
| IS | 5050 | D | Modern Prog Fundamentals | 3.00 A | 12.00 |
Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 21.00 GPA: 3.50

Fall 2004
| IS | 5060 | D | Software Engineering Tools | 3.00 A | 12.00 |

********** CONTINUED ON NEXT COLUMN **********

**Institution Information continued:**
| IS | 6020 | D | Mgt Methods in Project Mgmt | 3.00 | 9.00 |
| IS | 6050 | D | Modern Programming Practice | 3.00 B | 9.00 |
| IS | 6991 | H | Paid Internship | 3.00 P | 0.00 |
Ehrs: 12.00 GPA-Hrs: 9.00 QPts: 33.00 GPA: 3.00

Spring 2005
| IS | 5070 | D | Intro to Hardware & Data Comm | 3.00 | 9.00 |
| IS | 6065 | D | Enterprise Info Management | 3.00 | 9.00 |
| IS | 6100 | D | Corporate Information Systems | 3.00 A | 12.00 |
Ehrs: 9.00 GPA-Hrs: 9.00 QPts: 27.00 GPA: 3.00

Summer Term II 2005
| IS | 6110 | D | Comp Software Eng | 3.00 | 9.00 |
| IS | 7010 | D | Technology Strategy | 3.00 | 9.00 |
| IS | 7100 | D | Professional Paper I | 3.00 X | 12.00 |
Ehrs: 9.00 GPA-Hrs: 9.00 QPts: 30.00 GPA: 3.33

Fall 2005
| IS | 6120 | D | Software Engineering Practicum | 3.00 | 9.00 |
| IS | 6130 | D | Telecommunications | 3.00 | 9.00 |
| IS | 6991 | H | Paid Internship | 1.00 P | 0.00 |
| IS | 7200 | D | Professional Paper II | 3.00 | 9.00 |
Ehrs: 10.00 GPA-Hrs: 9.00 QPts: 30.00 GPA: 3.00

***************** TRANSCRIPT TOTALS *****************
| | Earned Hrs | GPA Hrs | Points | GPA |
|--------------------|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 58.00 | 54.00 | 180.30 | 3.35 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 58.00 | 54.00 | 180.30 | 3.35 |

***************** END OF TRANSCRIPT *****************



Hawai'i Pacific University

OFFICIAL TRANSCRIPT

Student No: 0006... Date of Birth: 04-JAN-... Date Issued: 06-DEC-2010

Richard L. Young
University Registrar

Issued To: Attn Lori Chau
Medical Education Building
Office of Medical Education
651 Ilalo Street
Honolulu, HI 96813
United States of America

Course Level: English Foundations

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|

INSTITUTION CREDIT:

Fall 2009
| EFL | 1560 | D College Grammar Review | 3.00 | A- | 11.10 | |
| EFL | 1500 | D Advanced Oral Fluency/GS | 3.00 | A- | 11.10 | |
| EFL | 1550 | D Advanced Reading/GS | 3.00 | B | 9.00 | |
| EFL | 1570 | D Advanced Composition/GS | 3.00 | B+ | 9.90 | |
| EFL | 1590 | D Adv Acdm Research & Writing/GS | 3.00 | B | 9.00 | |

Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 50.10 GPA: 3.34

************* TRANSCRIPT TOTALS *************
| | Earned Hrs | GPA Hrs | Points | GPA |
|--|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 15.00 | 15.00 | 50.10 | 3.34 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 15.00 | 15.00 | 50.10 | 3.34 |

************* END OF TRANSCRIPT *************

Applicant #2 ☆

Lloyd Nakata

SEP - 1 2010

Lloyd A. Nakata
2249 Dole Street
Honolulu, HI. 96822

September 1, 2010

Information Technology

To whom it may concern:

I am a graduate from Hawaii Pacific University with a Bachelor of Science degree in Computer Science.   The primary focus in school was upon programming and analysis. My strengths are my hands on experience I have faced with problems in both software applications and hardware.

In my previous job at PCS I was responsible for setting up the LAN environment and installing the programs and resources to ensure a cohesive work environment.  I have also answered problem calls concerning both hardware and software problems. I have replaced and fixed hardware in PC's as well as in printers and was responsible for testing new software packages.

I have created a web application that automatically created reports and uploaded it to the web for all Community Colleges to retrieve using secure log ins using only Microsoft products.

Currently my job position requires me to write new programs and to modify existing program to fulfill the needs of the users.  I am also the trouble shooter for the Accounts Receivable department for all 10 campuses staff and students for Banner and TouchNet.  I am responsible to test and train any new applications I develop or any upgrades to the Banner or TouchNet system.

I have experience in forming new ideas and techniques in developing a system or a procedure which would benefit the users by helping them become more productive and find it very satisfying once accomplished.  I believe my diverseness is my strengths as well as my eageness to learn.

Sincerely,

Lloyd A. Nakata

Lloyd A. Nakata



## UNIVERSITY OF HAWAI'I
## EMPLOYMENT APPLICATION FORM
### Administrative, Professional and Technical Positions

This form is used to provide information about you relative to the position(s) for which you are applying. This completed form and a *comprehensive resume*, must both be submitted in accordance with the filing requirements specified in the advertisement. (See Suggested Resume Format – PDF Format).

| Position Title: Information Technology (Educational Technology Specialis | Position No.: 0078233 | |
|---|---|---|

| Name: Last | First | Middle Initial |
|---|---|---|
| Nakata | Lloyd | A |

| Home Address: Street    Apt. # | City | State | Zip Code |
|---|---|---|---|
| 2249 Dole Street | Honolulu | HI | 96822 |

| Home Telephone: (808)947-3837 | Business Telephone: (808)956-3171 |
|---|---|

Email Address: lloydn@hawaii.edu

If selected, **all** individuals must present documentary evidence to verify their eligibility to work, pursuant to the Immigration Reform and Control Act of 1986.

**Employment Status:** Complete the following if you are presently or **formerly** employed by the University of Hawai'i:

| Department: Cashier's Office | Official Position Title: | Campus Phone No.: |
|---|---|---|
| College: | Information Technology | (808)956-3171 |

| Present or Last Appointment Period (if applicable): 5/1/1995 – pres | FTE: 1.00 | BU: 08 |
|---|---|---|

Check one of the following boxes if you are exercising employment rights in accordance with Article 10, BU 8 collective bargaining agreement (eligibility subject to verification by the hiring unit):

☐ I am being/have been relieved or terminated because of a lack of work or other legitimate reasons and have reemployment rights as outlined in Article 9, Employment Security.

☑ I am currently in the bargaining unit.

**Non-Discrimination and Affirmative Action Information:** The University of Hawai'i is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

**CLERY ACT:** In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawai'i may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

I hereby certify that all statements in this application are true and correct to the best of my knowledge, and I agree and understand that any misstatements of material facts herein may cause forfeiture of all rights to any employment with the University of Hawai'i. I also understand that, if selected, I must present documentary evidence to verify my employment eligibility, pursuant to the Immigration Reform and Control Act of 1986. For electronic submissions, original signatures required prior to interview.

Signature: *Lloyd Nakata*    Date: 9/1/2010

NOTE: Attach/Submit a *comprehensive resume* and include: 1) your name, current address, phone number(s); 2) **work history** - provide sufficient detailed information with which to determine your qualifications for the position for which you are applying, list all employment in last 10 years beginning with most recent employment and other pertinent employment beyond 10 years; 3) **education** - chronologically list all higher education institutions attended beyond Grade 12, including name, address, major field of study degree/diploma/certificate & date received; 4) **relevant experience** - chronologically list pertinent military, professional, trade, technical, etc., courses you have completed, including institution name, address, subject area, certificate & date received; 5) **publications/research/other professional activities (if applicable to position)** - include co-authors, title of journal/publication & date, if book, publication date & publisher; 6) **knowledge of language other than English if required for position** - identify language and include ability to read, write, converse; and 7) **pertinent professional memberships and awards** - list, as appropriate, membership in professional or scientific societies, honors, awards, fellowships, etc; 8) **references** - provide complete contact information, as required by position advertisement. See Suggested Resume Format - PDF format.

### An Equal Opportunity/Affirmative Action Institution

# LLOYD A. NAKATA
2249 Dole Street
Honolulu, Hawaii 96822
Phone: (808) 947-3837

**JOB OBJECTIVE:** Desire a position as an IT Educational Technology Specialist with an opportunity for advancement.

**EDUCATION:**

1992 – 1993    **Hawaii Pacific University**, Honolulu, Hawaii
Bachelor of Science, Computer Science December 1993.
Areas of studies: PC and LAN with emphasis on programming, hardware technology and software applications.

1983 – 1990    **Kapiolani Community College**, Honolulu, Hawaii
Associate of Science, Data Processing December 1990.
Areas of studies: microcomputers, minicomputers and mainframes. Projects included a system used by OAIS Student Services and a banking system design.

1982 – 1983    **University of Puget Sound**, Tacoma, Washington
Educational start in Computer Science

1978 – 1982    **Saint Louis High School**, Honolulu Hawaii
High School diploma May 1982

**WORK EXPERIENCE:**

1997 – pres    **University of Hawaii**, Honolulu, Hawaii
**IT Specialist** Write new programs requested by the users. Modify existing programs to fit the need of the users. Upload and download data from the PC to the mainframe. Set up and maintain Cashier's Office network including servers, email, cabling, databases, computers and printers. Database Administrator, Network Administrator, Security Administrator.

1995 – 1997    **Pacifico Creative Services**, Honolulu, Hawaii
**Specialist** Responsible to write programs which the users request. Setting up PC and the Local Area Network. Handling upgrades for both hardware and software on both PC's and the AS/400. Troubleshooting any software and hardware problems on the PC's and AS/400. Design accounting system using MS Access.

1994 – 1995    **MNS Ltd. (ABC Stores)**, Honolulu, Hawaii
**Computer Programmer** Responsible to write programs with enable the AS/400 to run efficiently for the users. Oversee the

operations of the Data Processing Department.  Prepare stores who are to receive the Point of Sales systems.  Ensure that each store system is running efficiently and error free.

1991 – 1994    **Hawaiian Dredging Construction**, Honolulu, Hawaii
**Computer Operator/Coordinator** Responsibilities include oversee operations of the AS/400, system programming and monitor system work flow.

1987 – 1990    **Halekulani**, Honolulu, Hawaii
**Waiter** full-time at a five diamond hotel.  Good communications skills, customer service, and a team-player.  Promoted from busboy after one year.

1986 – 1987    **Tony Romas**, Honolulu, Hawaii
**Supervisor** full-time of the night crew.  Responsible for food preparation and cooking.

1983 – 1986    **Zippys**, Honolulu, Hawaii
**Trained** new employees on procedures and policies
**Shift Leader** in charge of the kitchen crew.
**Head Cook** responsible to delegate duties, food preparation, food control, and cost control.

1980 – 1982    **P & P**, Honolulu, Hawaii
**Courtesy Clerk** responsible to aid cashiers, stock shelves and assistant to the manager.

**TECHNICAL SKILLS:**

Knowledge in SQL, SQL Server, TCP/IP, eMail, HTML, JAVA, Natural, RPG II/III, CL, COBOL, JCL, CICS, PASCAL, Assembler, System Analysis, WordPerfect, Visual Basic, Ethernet, LAN, WAN, MS Word/Excel/Access/Publisher/PowerPoint, FTP, Banner

**PERSONAL:**

Helped organized the March of Dimes Walk for Life campaign and the Cancer fund raiser for Hawaii.  My hobbies include softball, basketball, volleyball, golf and bowling.

Professional References

| Gregg Yoshimura | Student Service Specialist | 956-9432 | greggy@hawaii.edu |
| Derek Seu | Director of Cashier's Office | 956-2100 | dseu@hawaii.edu |
| Janice Kondo | Asst Dir of Cashier's Office | 956-2101 | kondoj@hawaii.edu |
| Lori Ty | Cashier Manager | 734-9898 | lty@hawaii.edu |

Hawaii Pacific University

Student: P01163332                    Date: 11-JUL-1994                    Date Issued: 24-AUG-2010

Record of: Lloyd Akishige Nakata                                                      Page

Issued To: Lloyd Nakata
2249 Dole Street
Honolulu, HI 96822

Richard L. Yount
University Registrar

| SUBJ NO C | COURSE TITLE | CRED GRD PTS |
| --- | --- | --- |

Course Level: Undergraduate
Student Type: Continuing  Degree Seeking

Comments:
Conferral Summary for BS in Computer Science
University of Puget Sound 15
Kapiolani Community College 52

Degree awarded: Bachelor of Science 31-DEC-1993
Major: Computer Science

| SUBJ NO C | COURSE TITLE | CRED GRD PTS |
| --- | --- | --- |

Institution Information Continued:
CSCI 431  D  Algorithms                3.00 D   .00
ENG  420  D  Advanced Composition      3.00 D   .00
MATH 301  D  Discrete Mathematics      3.00 C  6.00
PSCI 200  D  American Institutions      3.00 D   .00
Ehrs: 15.00 GPA-Hrs:15.00 QPts: 15.00 GPA: 1.20

Spring Semester 1993
CSCI 375  D  Operating Sys:Desgn/Impl   3.00
ECON 210  D  Prin of Microeconomics    3.00 A  9.00
MATH 204  D  Calculus: Bus/SocSci      3.00 D
SCI  202  D  Elements of Physics       1.00 D   .00
Ehrs: 10.00 GPA-Hrs: 10.00 QPts:       9.00 GPA

Ext Summer Session 1993
CSCI 375  D  Operating Sys:Desgn/Impl          9.00 I
Ehrs:  3.00 GPA-Hrs:  3.00  QPts:      9.00 GPA

TRANS/TRANSFER SUMMARY HOURS
Ehrs: 67.00 GPA-Hrs:   0.00 QPts: 0.00

INSTITUTION CREDIT

Spring Semester 1992
CSCI 305  D  Prog Concepts with Pascal  3.00 C  12.00 I
CSCI 338  D  Microcomp Applics to Mgmt  3.00 A  12.00 I
LAW  300  D  Business Law              3.00 B   9.00
MATH 300  D  Statistical Techniques    3.00 C  6.00 I
MGMT 300  D  Organization & Management  3.00 C   .00
Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 48.00 GPA: 3.20

Ext Summer Session 1992
CSCI 331  D  Data Structures           3.00 C  6.00 I
Ehrs:  3.00 GPA-Hrs: 3.00  QPts:      6.00 GPA

Fall Semester 1992
CSCI 402  D  Software Theory & Design   3.00 C  6.00

Summer Session 2 1993
MATH 215  D  Calculus II               3.00    .00
Ehrs:  3.00 GPA-Hrs:  3.00  QPts:      .00 GPA

Fall Semester 1993
CSCI 400  D  Computer Hardware Tech     3.00
HUM  450  D  The Contemporary Choices   3.00 D   .00
HUM  450  D  The World's Aesthetique    3.00 D
WON  310  D  Career Communications      3.00 D   .00
Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 39.00 GPA: 3.25

CONTINUED ON PAGE 2

CONTINUED ON NEXT COLUMN



Hawai'i Pacific University

OFFICIAL TRANSCRIPT

The official signature of the Registrar is white and is imposed upon a light blue institutional st... Reject document as official if either is distort...

Student No: 001183372

Date of Birth: 31-JUL-19...

Date Issued: 24-JUNE-2010

Record of: Lloyd Akishige Wakata...
Level: Undergraduate

Richard L. Young
University Registrar

**************** TRANSCRIPT TOTALS ****************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 61.00 | 61.00 | 167.00 | 2.73 |
| TOTAL TRANSFER | 67.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 128.00 | 61.00 | 167.00 | |

***************** END OF TRANSCRIPT *****************



John A. Burns School of Medicine
Office of Medical Education

UNIVERSITY
*of* HAWAI'I®
MĀNOA

February 4, 2011

Mr. Lloyd Nakata
2249 Dole Street
Honolulu, HI 96822

Dear Mr. Nakata,

Thank you for applying for the Information Technology (Educational Technology Specialist), Position 0078233, with the John A. Burns School of Medicine. This is to inform you that, after careful consideration, we have selected the best qualified applicant for this position.

Thank you for your time and interest in the School of Medicine. We wish you the best in your future endeavors.

Sincerely yours,

Damon H. Sakai, M.D.
Director

651 Ilalo Street, Medical Education Building
Honolulu, Hawai'i 96813-5534
An Equal Opportunity/Affirmative Action Institution

# Applicant #3

# James Shoemaker

James R. Shoemaker
PO Box 10183
Hilo, HI 96721
(808) 938-0133
james@jamesrshoemaker.com

04SEP10

Lori Chau
UH, John A. Burns School of Medicine
Office of Medical Education
651 Ilalo Street, Medical Education Bldg., 3rd Floor
Honolulu, HI 96813

Aloha Ms. Chau,
        Please accept this application packet for the available position of Educational Technology Specialist (78233) with The John A. Burns School of Medicine. My extensive background of hands-on, real world application combined with my Associates Degree in Information Technology, have provided me with the tools necessary for the job and my ability to recognize solutions to inevitable problems, along with my dedication to lifelong learning, make me an outstanding candidate. Having 15 years of experience installing, troubleshooting, and maintaining local area networks, hardware, software, and peripheral equipment, I know I will be a valuable addition to the John A. Burns School of Medicine staff. I am familiar with all Windows operating systems and Mac OS-X, have experience with the entire Office suite, Visual Studio, several programming languages, and have run my own ftp and web servers. I am experienced in planning and budgeting for system expansion as well as end-user support and training. My time spent in the United States Marine Corp has given me not only leadership experience, but also the confidence to confront any challenge and the determination to persist against all obstacles. I am currently lecturing two Information Technology courses at Hawaii Community College as well as holding the position of MIS Specialist with the Hawaii National Guard - Kulani Youth Challenge Academy. While these commitments will keep me on the Big Island for this Semester, I can be available to JABSOM at the beginning of next year. I look forward to meeting with you so that we may discuss how my talents and abilities can best serve your department, the University of Hawaii, and its students, faculty and staff. Thank you for your time and consideration.
Sincerely,


James R. Shoemaker


enclosures:
UH Form 64
Resume with references
Copy of Official Transcripts



**UNIVERSITY OF HAWAI'I**
**EMPLOYMENT APPLICATION FORM**
**Administrative, Professional and Technical Positions**

SEP - 7 2010

This form is used to provide information about you relative to the position(s) for which you are applying. This completed form and a *comprehensive resume*, must both be submitted in accordance with the filing requirements specified in the advertisement. (See Suggested Resume Format - PDF Format).

| Position Title: Educational Technology Specialist | Position No.: 78233 | |
|---|---|---|
| Name: Last  Shoemaker | First  James | Middle Initial  R |
| Home Address:  Street  PO Box 10183  Apt. # | City  Hilo | State  HI    Zip Code  96721 |
| Home Telephone: 808.938.0133 | Business Telephone: | |

Email Address: james@jamesrshoemaker.com

If selected, **all** individuals must present documentary evidence to verify their eligibility to work, pursuant to the Immigration Reform and Control Act of 1986.

**Employment Status:** Complete the following if you are presently or formerly employed by the University of Hawai'i:

| Department: Business Education and Technology | Official Position Title: | Campus Phone No.: |
|---|---|---|
| College:  Hawaii Community College | Lecturer | 808.974.7327 |
| Present or Last Appointment Period (if applicable): Fall 2010 | FTE: 27.5% | BU: N/A |

Check one of the following boxes if you are exercising employment rights in accordance with Article 10, BU 8 collective bargaining agreement (eligibility subject to verification by the hiring unit):

☐ I am being/have been relieved or terminated because of a lack of work or other legitimate reasons and have reemployment rights as outlined in Article 9, Employment Security.

☐ I am currently in the bargaining unit.

**Non-Discrimination and Affirmative Action Information:** The University of Hawai'i is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

**CLERY ACT:** In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawai'i may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

I hereby certify that all statements in this application are true and correct to the best of my knowledge, and I agree and understand that any misstatements of material facts herein may cause forfeiture of all rights to any employment with the University of Hawai'i. I also understand that, if selected, I must present documentary evidence to verify my employment eligibility, pursuant to the Immigration Reform and Control Act of 1986. For electronic submissions, original signatures required prior to interview.

Signature _____          Date  04SEP10

NOTE: Attach/Submit a *comprehensive resume* and include: 1) your name, current address, phone number(s); 2) **work history** - provide sufficient detailed information with which to determine your qualifications for the position for which you are applying, list all employment in last 10 years beginning with most recent employment and other pertinent employment beyond 10 years; 3) **education** - chronologically list all higher education institutions attended beyond Grade 12, including name, address, major field of study degree/diploma/certificate & date received; 4) **relevant experience** - chronologically list pertinent military, professional, trade, technical, etc., courses you have completed, including institution name, address, subject area, certificate & date received; 5) **publications/research/other professional activities (if applicable to position)** - include co-authors, title of journal/publication & date, if book, publication date & publisher; 6) **knowledge of language other than English if required for position** - identify language and include ability to read, write, converse; and 7) **pertinent professional memberships and awards** - list, as appropriate, membership in professional or scientific societies, honors, awards, fellowships, etc; 8) **references** - provide complete contact information, as required by position advertisement. See Suggested Resume Format - PDF format.

**An Equal Opportunity/Affirmative Action Institution**

Form 64 Rev 05-07

# JAMES R. SHOEMAKER

PO Box 10183
Hilo, HI 96721
(808) 938-0133
james@jamesrshoemaker.com

## Employment

| | | |
|---|---|---|
| July 2005 To March 2010 | St. Joseph School – Jeri Spain (Business Manager) 1000 Ululani St. | Hilo, HI |

Technology Coordinator / Systems Administrator / Computer Technician

- Budgeting, Planning, Evaluating, Ordering, Installing, Maintaining, and Troubleshooting, System Hardware and Software
- Installation, Configuration, Troubleshooting, Training, and Support for Polycom VSX/VTC System
- Installation, Configuration, Maintenance, Troubleshooting, Training, and Support of 175 Desktop and Laptop Computers
- Installation, Configuration, and Troubleshooting of AVG Network Edition Anti-Virus Software
- Installation, Configuration, and Troubleshooting of Library Database
- Installation, Maintenance, Troubleshooting, Training, and Support for Inkjet, B/W Laser, Color Laser, Local and Networked Printers
- Installation, Maintenance, Troubleshooting, Training, and Support for Scanners, Document Cameras, Webcams, and Digital Cameras
- Technical Support for 50 Faculty and 300 Students
- Installation, Maintenance, and Troubleshooting for TCP/IP Local Area Network
- EIA/TIA Compliant Cabling
- Installation, Configuration, and Troubleshooting of Routers
- Configuration and Troubleshooting of Subnets
- Installation, Configuration, and Troubleshooting of 20 Wireless Access Points (Linksys, D-Link)
- Installation, Configuration, and Troubleshooting of Wireless Bridge
- Installation and Troubleshooting of D-Link 24 Port Switches
- Installation, Configuration, and Troubleshooting of Buffalo Network Attached Storage
- Installation, Configuration, and Troubleshooting of Vicomsoft Policy Manager
- Installation, Configuration, and Troubleshooting of ContentProtect Security Appliance
- Windows 98/NT/Me/2000/XP/Vista/7
- Mac OS-X
- Microsoft Office 2000/2003/2007
- Updating of Operating Systems and Software, Installation of Security Patches, and Removal of Computer Viruses
- End-User Support and Training for Microsoft Word, Excel, PowerPoint, Outlook, Publisher, Access, Info Path, Visio, Adobe Acrobat, Photoshop

| | | |
|---|---|---|
| August 2001 To August 2005 | The Flower Garden - Malinda Anderson (Owner) 808 Kilauea Ave | Hilo, HI |

Computer Technician / Bookkeeper / Shipping Manager

- Maintained Computer Network
- Updated Operating Systems and Software
- Installed Security Patches
- Removal of Computer Viruses
- Troubleshooting of Peripheral Devices
- Maintained Accounts Payable

- Invoiced and Maintained Accounts Receivable
- Drafted all Outgoing Checks
- Processed Payments
- Reconciled Bank Accounts
- Cashiering
- Ordered Flowers and Supplies
- Processed Internet Orders
- Answered Customer Emails
- Processed Telephone Orders
- Filled Customer Orders
- Shipped Orders via Federal Express, UPS, and USPS
- Delivered Local Orders
- Trained Delivery Drivers
- Trained Shop Employees
- Coordinated Local Deliveries
- Resolved Customer Complaints

December 1985       HQ Battery, 3rd Battalion, 14th Marines, 4th Marine Division        Philadelphia, PA
To May 1991         Field Radio Operator

- Non-Commissioned Officer Training
- VHF Radio Transmitter/Receiver Operator
- UHF Radio Transmitter/Receiver Operator
- Platoon Vehicle Maintenance Provider
- Licensed M 151 ¼-Ton Jeep Driver
- Licensed High Mobility Multipurpose Wheeled Vehicle (Humvee) Driver
- Licensed M-923 5-Ton Cargo Truck Driver
- Expert Rifle Marksman (M-16 Assault Rifle)
- Expert Pistol Marksman (9mm & .45 Caliber)

## Education

Graduated           Hawaii Community College            Hilo, HI
    May 2006        Associate in Science in Information Technology

- Windows Operating Systems
- Microsoft Office – Word, Excel, PowerPoint, Access, Outlook
- PC Hardware Support
- PC Software Support
- Event Driven Programming – Visual Basic
- Applied Database Programming in an Object Oriented Environment
- Network Administration
- Help Desk Support
- Data Communication Fundamentals
- Cooperative Education / Internship / Practicum
- Cisco CCNA 1 Networking Basics
- Cisco CCNA 2 Routers/Routing Basics
- Web Site Development
- Principals of Accounting
- Practical Accounting Applications
- Payroll and General Excise Tax
- Income Tax Preparation
- Using Computers in Accounting
- Speech Communications
- Concepts of Physics
- World Civilizations

- Introduction to Sociology
- Survey of Mathematics
- Business Math for Merchandising, Financing, and Investing
- College Reading Skills

| | | |
|---|---|---|
| Previously Enrolled | University of Hawaii at Hilo | Hilo, HI |

Liberal Arts with an emphasis on Computer Science

- Object Oriented Programming – C++
- Software Development
- Web Technology

| | | |
|---|---|---|
| Previously Enrolled | The Pennsylvania State University | Hazleton, PA |

Undergraduate Studies with an emphasis on Business

- Macroeconomics
- Microeconomics
- College Algebra
- Introduction to Psychology
- Introduction to Financial Accounting
- Rhetoric and Composition
- American National Government
- Biology of Man
- Genetic Ecology and Evolution
- Genetic Evolution of Humans
- Survey of Western Art
- Music Appreciation
- Tennis

## Awards

| | | |
|---|---|---|
| December 2002 | Hawaii Community College | Hilo, HI |
| | Dean's List | |
| March 1986 | United States Marine Corps Recruit Training Depot | Parris Island, SC |
| | Meritorious Promotion to Private First Class | |

## Interests and Activities

Computers, Guitar playing, Gastronomy
Golf, Tennis, Swimming, Mountain Biking, Hiking
SCUBA Diving (PADI Advanced Certification), Sea Kayaking

## References

William S. Smith - Programmer
VIA Studio – http://viastudio.com
(502) 498-8470    stofer@viastudio.com

David Whilldin - Field Systems Engineer
Infrasound Laboratory, University of Hawai'i
(808) 327-6206    whilldin@isla.hawaii.edu

Annie Brown – Information Technology Professor
Hawaii Community College
(808) 974-7429    annie@hawaii.edu

Patrick Naughton – Executive Director
Hilo Rite Care
(808) 961-4625    pnaughton@gmail.com

University of Hawai'i  University of Hawai'i  University of Hawai'i  University of Hawai'i  University of Hawai'i

SSN: xxx-xx-xxxx                                                                      Date Issued: 04-JUN-2010
Student No: 10810535

Place of Birth: HON

Record of: James R Shoemaker        PO Box 10183
                                     Hilo, HI 96721

Issued To: James Shoemaker (student) -RUSH
           PO Box 10183
           Hilo, HI 96721

Course Levels: Undergraduate

Degree Awarded: Associate in Science 15-MAY-2006
   MAJOR: Information Technology

| SUBJ. NO. | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Summer 1987          Pennsylvania State University
  Ehrs:  9.00 GPA-Hrs:  9.00 GPArs:   18.00 GPA:   3.00

Fall 1987            Pennsylvania State University
  Ehrs:  9.00 GPA-Hrs:  9.00 GPArs:   12.00 GPA:   4.00

Spring 1988          Pennsylvania State University
  Ehrs:  6.00 GPA-Hrs:  6.00 GPArs:   21.00 GPA:   3.50

Fall 1988            Pennsylvania State University
  Ehrs: 12.00 GPA-Hrs:  6.00 GPArs:   12.00 GPA:   2.00

Summer 1989          Pennsylvania State University
  Ehrs:  3.00 GPA-Hrs:  3.00 GPArs:   9.00 GPA:   3.00

Fall 1989            Pennsylvania State University
  Ehrs:  0.00 GPA-Hrs:  0.00 GPArs:   0.00 GPA:   0.00

INSTITUTION CREDIT:

Fall 1995
| SUBJ NO | COURSE TITLE | CRED | GRD | PTS |
|---|---|---|---|---|
| ENG  102 | College Reading Skills | 3.00 | W | 0.00 |
| MATH 100 | Survey of Mathematics | 3.00 | W | 0.00 |
| OCN  201 | Science of the Sea | 3.00 | W | 0.00 |
| SPCO 151 | Intro to Speech & Comm | 3.00 | W | 0.00 |
  Ehrs:  0.00 GPA-Hrs:  0.00 GPA:   0.00 GPA:   0.00

****************** CONTINUED ON NEXT COLUMN *****************

| SUBJ. NO. | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

Institution Information Continued:

Spring 1996
| ENG  100 | College Reading Skills | 3.00 | W | 0.00 |
| HD   105B | Decision Making | 1.00 | D | 1.00 |
| HD   105C | Enhance Yourself | 1.00 | D | 1.00 |
| HD   105D | World of Work | 1.00 | D | 1.00 |
| HIST 151 | World Civilization | 3.00 | D | 3.00 |
| PHYS 100 | Concepts of Physics | 3.00 | D | 3.00 |
| SOC  100 | Survey of Sociology | 3.00 | D | 3.00 |
  Ehrs: 12.00 GPA-Hrs: 12.00 GPArs:   24.00 GPA:   2.00

Fall 1996
| MATH 100 | Survey of Mathematics | 3.00 | F | 0.00 |
| SCI  124 | Intro Environmental Sci | 3.00 | F | 0.00 |
| SCI  124L | Intro Environmental Lab | 1.00 | F | 0.00 |
| SOC  289 | Sociology of Knowledge | 3.00 | F | 0.00 |
  Ehrs:  0.00 GPA-Hrs:  7.00 GPArs:   0.00 GPA:   0.00
Probation

Fall 1997
| ENG  102 | College Reading Skills | 3.00 | A | 0.00 |
| MATH 100 | Survey of Mathematics | 3.00 | B | 0.00 |
| PSY  170 | Psych of Adjustment | 3.00 | B | 0.00 |
| SPCO 151 | Intro to Speech & Comm | 3.00 | B | 0.00 |
  Ehrs:  0.00 GPA-Hrs:  0.00 GPA:   0.00
Probation Continued

Fall 2000
| ICS  101 | Micro Computer Applicat | 3.00 | C | 0.00 |
| ITS  103 | Intro Program Process | 3.00 | C | 0.00 |
  Ehrs:  6.00 GPA-Hrs:  6.00 GPArs:   9.00 GPA:   2.00
Probation after Dismissal

Fall 2002
| ACC  20 | Fund of Accounting I | 3.00 | B | 9.00 |
| ACC  25 | Financial Accounting Basic | 3.00 | A | 12.00 |

****************** CONTINUED ON PAGE 2 *****************

REGISTRAR

University of Hawai'i University of Hawai'i

Student No: 10014535
Date of Birth: 09-NOV

Record of: Tawna R Shoemaker                                                Page: 2
Hon Level: Undergraduate

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R | SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|---|---|---|---|
| Institution Information continued | | | | Institution Information continued | | | |
| BUS 559 | Master Keypad | 1.00 A | 4.00 | | | | |
| BUS 550 | Business Data Concepts | 1.00 A | 4.00 | Summer 2004 | | | |
| BUS 557 | Bus Math of Accounting | 1.00 A | 4.00 | SPCO 151 | Intro to Speech & Comm | 3.00 A | 12.00 |
| OAT 216 | Keyboarding I | 3.00 A | 4.00 | Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA: 4.00 | | | |
| OAT 217 | Keyboarding II | 3.00 A | 4.00 | | | | |
| OAT 217 | Keyboarding III | 3.00 A | 4.00 | Fall 2004 | | | |
| Ehrs: 12.00 GPA... 12.00 QPts... GPA... | | | | ITS 151 | Applied Database Programming | 4.00 | 16.00 |
| Dean's List | | | | ITS 215 | Network Administration | 4.00 | 8.00 |
| Probation Continued | | | | Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 20.00 GPA: 2.50 | | | |
| Spring 2003 | | | | | | | |
| ACC 201 | Principles of Accounting I | 4.00 B | 12.00 | Spring 2005 | | | |
| ACC 50 | Using Computers in Acctng | 3.00 B | 9.00 | ITS 221 | Help Desk Support | 3.00 B | 9.00 |
| BUSICS51 | Bus Math of Merchandising | 3.00 B | 12.00 | ITS 284 | Data Comm & Networks | 3.00 | 9.00 |
| BUS 552 | Bus Math of Financing | 1.00 A | 4.00 | Ehrs: 5.00 GPA-Hrs: 5.00 QPts: 18.00 GPA: 3.60 | | | |
| BUS 550 | Bus Math of Investing | 1.00 A | 4.00 | | | | |
| ITS 101 | Intro Network & Support | 4.00 B | 12.00 | Fall 2005 | | | |
| Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 53.00 GPA: 3.11 | | | | BUS 150 | Principles of Business | 3.00 B | 12.00 |
| | | | | ENG 102 | College Reading Skills | 3.00 CR | 0.00 |
| Fall 2003 | | | | Ehrs: 5.00 GPA-Hrs: 5.00 QPts: 12.00 GPA: 2.40 | | | |
| ITS 198B | CCNA 2-Networking Basics | 4.00 A | 16.00 | | | | |
| ITS 103 | Intro to Programming Process | 4.00 B | 12.00 | Spring 2006 | | | |
| ITS 113 | Web Site Development | 3.00 B | 9.00 | ITS 193 | CVE/Internship/Practicum | 3.00 CR | 0.00 |
| Ehrs: 11.00 GPA-Hrs: 11.00 QPts: 37.00 GPA: 3.36 | | | | MATH 100 | Survey of Mathematics | 3.00 | 9.00 |
| | | | | Ehrs: 6.00 GPA-Hrs: 3.00 QPts: 9.00 GPA: 3.00 | | | |
| Spring 2004 | | | | | | | |
| ACC 25 | Principles of Accounting II | 4.00 C | 8.00 | ************************ | | | |
| BUSI 101 | CCNA 3-Routers/Routing Basic | 4.00 A | 12.00 | TRANSCRIPT TOTALS | | | |
| ITS 110 | Visual Basic Program Bus Appl | 4.00 A | 16.00 | | Earned Hrs GPA Hrs Points GPA | | |
| OAT 43P | Employment Preparation | 1.00 B | 3.00 | TOTAL INSTITUTION | 109.00 87.00 267.00 3.06 | | |
| Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 39.00 GPA: 3.25 | | | | TOTAL TRANSFER | 19.50 18.00 51.00 3.29 | | |
| | | | | *********** END OF TRANSCRIPT *********** | | | |
| ************ CONTINUED ON NEXT COLUMN ************ | | | | | | | |

REGISTRAR

John A. Burns School of Medicine
Office of Medical Education



# UNIVERSITY
*of* HAWAI'I*

### MĀNOA

February 4, 2011

Mr. James Shoemaker
P.O. Box 10183
Hilo, HI  96721

Dear Mr. Shoemaker,

Thank you for applying for the Information Technology (Educational Technology Specialist), Position 0078233, with the John A. Burns School of Medicine.  This is to inform you that, after careful consideration, we have selected the best qualified applicant for this position.

Thank you for your time and interest in the School of Medicine. We wish you the best in your future endeavors.

Sincerely yours,

Damon H. Sakai, M.D.
Director

651 Ilalo Street, Medical Education Building
Honolulu, Hawai'i 96813-5534
An Equal Opportunity/Affirmative Action Institution

Applicant #4

Craig Spurrier

*1, 6, 7-9, 11-14, 17, 20, 22-31*
*33-39, 41-65*
*67-74*

Craig T. Spurrier
1561 Kanunu Street, #403
Honolulu, Hawaii 96814
803-979-7051

Dear Search Committee,

I am applying for the position of Educational Technology Specialist. I have the education, the experience, the talent, and the strong desire to work in this position. My diverse background in education, computer technology, research, as well as life experiences makes me uniquely qualified for the position.

My educational experience has been diverse. I have received a MA in Anthropology from the University of South Carolina in Columbia. Anthropology provides me with the framework for working with the diverse cultures that UH encompasses. I received my BA from the University of South Carolina in Aiken in Sociology. At USCA, I conducted research looking at social control in online groups.

I have a strong passion for technology and the people it impacts. I have worked as a consultant for many companies and organizations in a number of sectors including education. I have extensive experience with a wide variety of computer systems and programming languages. I have been responsible for the installation and maintenance of Windows Server 2003, Windows Server 2008, Windows Small Business Server, Solaris, Debain, Ubuntu, Red Hat and Gentoo web, file and print servers, running a variety of server software, including Apache, Lighttpd, Tomcat, Samba, NFS, MySQL, PostgreSQL, Postfix, and Sendmail. I have experience developing for and maintaining MySQL, Microsoft SQL Server and PostgreSQL servers, as well as smaller Microsoft Access based systems.

I have extensive programming experience in PHP, Perl, Python, C, Javascript and Unix and Windows Shell Scripting. I developed a number of web sites and web applications utilizing HTML, XHTML, XML, CSS, AJAX and SOAP. I have worked extensively with Drupal, Joomla and MediaWiki based sites, as well as custom developed content management systems. I have developed and supported a wide variety of web applications including voter canvassing software, court case management software, point of sale systems, web stores, content management systems, server management software and billing systems. I have also developed for a variety of platforms including mobile phones, pdas, thin clients and set-top boxes. I have contributed to a number of open source projects including MediaWiki. I am also the primary developer for ASVCS, an open source web based version control system. It currently has several thousand users including several open sources projects and Texas A&M.

I have supported workstations for a number of organizations. I have experience supporting workstations running Windows 3.11 through Windows 7, Mac OS 8 through Mac OS X, as well as a variety of desktop Linux distributions. I have also been responsible for hardware and peripherals maintenance and repair, including deploying wired and wireless networks for several schools and businesses. I am skilled in and have experience supporting many common desktop applications including Microsoft Office, OpenOffice, Adobe Dreamweaver, Adobe PhotoShop and Adobe Illustrator.

I am very comfortable sharing information in a one-on-one setting, as well as presenting to large groups. During my two years at the University of South Carolina, I taught several sections of Anthropology, with classes of up to 30 students. I received outstanding reviews from my students and supervising professors. I have also presented various research projects at conferences in Taiwan, Egypt and Argentina. These experiences as well as presenting at professional Sociology and Anthropology conferences in the Southeast, have enhanced my presentation and organizational style. It has also made me more aware of how to present with a world view to diverse groups.

I would like the chance to discuss my qualifications with you in more detail. While I am currently in South Carolina, I will be returning home to Hawaii shortly. . Please feel free to contact me at anytime either by email at craig@hawaiihosting.com or by phone at 803-979-7051.

Thank you for your consideration.
 -Craig Spurrier



**UNIVERSITY OF HAWAI'I**
**EMPLOYMENT APPLICATION FORM**            SEP - 7 2010
**Administrative, Professional and Technical Positions**

This form is used to provide information about you relative to the position(s) for which you are applying. This completed form and a *comprehensive resume*, must both be submitted in accordance with the filing requirements specified in the advertisement. (See Suggested Resume Format - PDF Format).

| Position Title: Information Technology (Educational Technology Specialis | Position No.: 0078233 | |
|---|---|---|

| Name: Last | First | Middle Initial |
|---|---|---|
| Spurrier | Craig | T |

| Home Address: Street | Apt. # | City | State | Zip Code |
|---|---|---|---|---|
| 1561 Kanunu St #403 | | Honolulu | Hi | 96814 |

| Home Telephone: 803-979-7051 | Business Telephone: |
|---|---|

Email Address: craig@hawaiihosting.com

If selected, **all** individuals must present documentary evidence to verify their eligibility to work, pursuant to the Immigration Reform and Control Act of 1986.

**Employment Status:** Complete the following if you are **presently** or **formerly** employed by the University of Hawai'i:

| Department: | Official Position Title: | Campus Phone No.: |
|---|---|---|
| College: | | |

| Present or Last Appointment Period (if applicable): | FTE: | BU: |
|---|---|---|

Check one of the following boxes if you are exercising employment rights in accordance with Article 10, BU 8 collective bargaining agreement (eligibility subject to verification by the hiring unit):

☐ I am being/have been relieved or terminated because of a lack of work or other legitimate reasons and have reemployment rights as outlined in Article 9, Employment Security.

☐ I am currently in the bargaining unit.

**Non-Discrimination and Affirmative Action Information:** The University of Hawai'i is an equal opportunity/affirmative action institution and is committed to a policy of nondiscrimination on the basis of race, sex, age, religion, color, national origin, ancestry, disability, marital status, sexual orientation, status as a protected veteran, National Guard participation, breastfeeding, and arrest/court record (except as permissible under State law).

**CLERY ACT:** In accordance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, annual campus crime statistics for the University of Hawai'i may be viewed at: http://ope.ed.gov/security/, or a paper copy may be obtained upon request from the respective UH Campus Security or Administrative Services Office.

I hereby certify that all statements in this application are true and correct to the best of my knowledge, and I agree and understand that any misstatements of material facts herein may cause forfeiture of all rights to any employment with the University of Hawai'i. I also understand that, if selected, I must present documentary evidence to verify my employment eligibility, pursuant to the Immigration Reform and Control Act of 1986. For electronic submissions, original signatures required prior to interview.

Signature _____          Date  2 Sept 2010

NOTE: Attach/Submit a *comprehensive resume* and include: 1) your name, current address, phone number(s); 2) **work history** - provide sufficient detailed information with which to determine your qualifications for the position for which you are applying, list all employment in last 10 years beginning with most recent employment and other pertinent employment beyond 10 years; 3) **education** - chronologically list all higher education institutions attended beyond Grade 12, including name, address, major field of study degree/diploma/certificate & date received; 4) **relevant experience** - chronologically list pertinent military, professional, trade, technical, etc., courses you have completed, including institution name, address, subject area, certificate & date received; 5) **publications/research/other professional activities** (if applicable to position) - include co-authors, title of journal/publication & date, if book, publication date & publisher; 6) **knowledge of language** other than English, if required for position - identify language and include ability to read, write, converse; and 7) **pertinent professional memberships and awards** - list, as appropriate, membership in professional or scientific societies, honors, awards, fellowships, etc; 8) **references** - provide complete contact information, as required by position advertisement. See Suggested Resume Format - PDF format.

**An Equal Opportunity/Affirmative Action Institution**

Craig Spurrier
1561 Kanunu Street, #403
Honolulu, Hawaii 96814
(803)979-7051
craig@hawaiihosting.com

**Education**

MA in Cultural Anthropology, University of South Carolina, 2010
BA in Sociology, Magna Cum Laude, University of South Carolina at Aiken, 2008

**Work experience**

BlueFishPond/HawaiiHosting
*P.O Box 155*
*Hawi, HI 96719*
*803-443-0018*

January 2007 – Present
Partner: I am in charge of customer support and server administration

University of South Carolina
*Department of Anthropology, Hamilton College*
*Columbia, SC 29208*
*803-777-5927*

August 2008 – May 2010
Teaching Assistant: I was responsible for planning, grading and teaching three weekly class meetings.

2nd Circuit Solicitor Office
*109 Park Avenue SE*
*Aiken, SC 29801*
*803-642-1557*

July 2007 – September 2007
Software Developer:I was responsible for developing a web based case management system through which prosecutors and victim advocates could see and manage all information related to a criminal case.

2nd Circuit Solicitor Office, Victim-Witness Assistance Program
*109 Park Avenue SE*
*Aiken, SC 29801*
*803-642-1557*

May 2007 – July 2007
Intern:I was responsible for providing tech support, maintaining files and assisting Victim Advocates with their duties.

Voter Contact Services
*P.O. Box 390817*
*Mtn. View, CA 94039*
*808-884-5557*

December 2005 – April 2008

**References**

Julia Rooney
Voter Contact Services
Supervisor
Email: julia@whalespout.com
Phone: (808) 884-5557

Dr. David Simmons
TA Supervisor
University of South Carolina
Email: dsimmons@mailbox.sc.edu
Phone: 803-777-2321

Dr. Ann Kingsolver
Graduate Thesis Supervisor
University of South Carolina
Email: aekingso@mailbox.sc.edu
Phone: 803-777-5927

Dr. Trudy Henson
University of South Carolina – Aiken
Undergraduate Research Supervisor
Email: trudyh@usca.edu
Phone: 803-641-3475

# UNIVERSITY OF SOUTH CAROLINA

OFFICE OF THE UNIVERSITY REGISTRAR • COLUMBIA, SC 29208-0001

FICE: 3448
CEEB: 5818
ACT: 3880

FAX (803) 777-6349

**ACADEMIC TRANSCRIPT**

This transcript is printed on special security paper with a garnet background, the seal of the University of South Carolina at Columbia and the signature of the University Registrar, Barbara Rogers Blaney. This is an official sealed instrument; a raised seal is not required. The student is in good academic standing unless otherwise noted.

*Barbara Rogers Blaney*
University Registrar

STUDENT NAME:
CRAIG TIMOTHY SPURRIER

STUDENT NUMBER:     BIRTH DATE:
USC-00-7786         11/13

PAGE   2

CONTROL NO: 945256   DATE ISSUED: 05/19/2010

BEGINNING OF GRADUATE RECORD

*** ISSUED TO STUDENT IN A SEALED ENVELOPE ***

DEGREE(S) AWARDED:
SPRING 2010:          05/08/2010
    DEGREE:   MASTER OF ARTS
    SCHOOL:   COLLEGE OF ARTS AND SCIENCES
    MAJOR:    ANTHROPOLOGY
    LOCATION: USC COLUMBIA

MASTER THESIS:
    CASSAVA COCONUT AND CURRY: FOOD AND NATIONAL IDENTITY IN POST
    COLONIAL FIJI
    DIRECTOR OF THESIS: ANN E. KINGSOLVER, PHD

GRADUATE QUALIFYING INFORMATION:
    FIRST MASTERS:
        ADMITTED TO PROGRAM: 02/28/2008
        COMPREHENSIVE EXAM:  11/06/2009
        THESIS DEFENSE:      04/06/2010

| COURSE TITLE | DEPT | CRSE | GRD | HC | HE | CH | GP | GPA |
|---|---|---|---|---|---|---|---|---|
| **FALL 2008** | **ARTS & SCIENCES-GRAD** | | | | | | | |
| SESSION DATES 08/21/2008 - 12/05/2008 | | | | | | | | |
| CULTR&IDENT/AFRI DIASPORA | ANTH | 580 | A | 3.0 | 3.0G | | | |
| ANTHROPOLOGICAL INQUIRY | ANTH | 703 | A | 3.0 | 3.0G | | | |
| TOPICS/LANGUAGE IDEOLOGY | ANTH | 791L | A | 3.0 | 3.0G | | | |
| SEMESTER TOTALS: | | | | 9.0 | 9.0 | 9.0 | 36.00 | 4.000 |
| **SPRING 2009** | **ARTS & SCIENCES-GRAD** | | | | | | | |
| SESSION DATES 01/12/2009 - 04/27/2009 | | | | | | | | |
| GLOBALIZTN&CULTRL QUESTN | ANTH | 581 | A | 3.0 | 3.0G | | | |
| ANTHROPOLOGICL CONNECTN | ANTH | 704 | A | 3.0 | 3.0G | | | |
| ETHICS AND ANTHROPOLOGY | ANTH | 711 | A | 1.0 | 1.0G | | | |
| FIELD PROB IN ETHNOLOGY | ANTH | 719 | B+ | 3.0 | 3.0G | | | |
| SEMESTER TOTALS: | | | | 10.0 | 10.0 | 10.0 | 38.50 | 3.850 |
| **FALL 2009** | **ARTS & SCIENCES-GRAD** | | | | | | | |
| SESSION DATES: 08/20/2009 - 12/04/2009 | | | | | | | | |
| TCHNG PRACTICUM:ANTH | ANTH | 714 | S | 1.0 | 1.0G | | | PASS/FAIL |
| CINEMA & ARCHAEOLOGY | ANTH | 777 | A | 1.0 | 1.0G | | | |
| MASTERS THESIS | ANTH | 799 | T | 6.0 | 6.0G | | | |
| SEMESTER TOTALS: | | | | 8.0 | 8.0 | 1.0 | 4.00 | 4.000 |

| COURSE TITLE | DEPT | CRSE | GRD | HC | HE | CH | GP | GPA |
|---|---|---|---|---|---|---|---|---|
| **SPRING 2010** | **ARTS & SCIENCES-GRAD** | | | | | | | |
| SESSION DATES 01/11/2010 - 04/26/2010 | | | | | | | | |
| NUTRITIONAL ANTHROPOLOGY | ANTH | 568 | A | 3.0 | 3.0G | | | |
| MASTERS THESIS | ANTH | 799 | B+ | 1.0 | 1.0G | | | |
| NEW TECH & MASS MEDIA | JOUR | 740 | B+ | 3.0 | 3.0G | | | |
| SEMESTER TOTALS: | | | | 7.0 | 7.0 | 6.0 | 22.50 | 3.750 |
| GRADUATE TOTALS: | | | | HC | HE | CH | GP | GPA |
| CUMULATIVE U.S.C. | | | | 34.00 | 34.00 | 26.00 | 101.00 | 3.885 |

*** END OF GRADUATE RECORD ***

*** SEE UNDERGRADUATE RECORD ***

*** END OF TRANSCRIPT ***

IN ACCORDANCE WITH USC 438 (B)(4)(B) THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974 YOU ARE HEREBY NOTIFIED

# UNIVERSITY OF SOUTH CAROLINA

OFFICE OF THE UNIVERSITY REGISTRAR • COLUMBIA, SC 29208-0001

FICE: 3448
CEEB: 5818
ACT : 3880

FAX (803) 777-6349

**ACADEMIC TRANSCRIPT**
This transcript is printed on special security paper with a garnet background, the seal of the University of South Carolina at Columbia and the signature of the University Registrar, Barbara Rogers Blaney. This is an official sealed instrument, a raised seal is not required. The student is in good academic standing unless otherwise noted.

STUDENT NAME:

**CRAIG TIMOTHY SPURRIER**

STUDENT NUMBER:          BIRTH DATE:

JSC-00-7786          11/13

PAGE   1

*Barbara Rogers Blaney*
University Registrar

CONTROL NO: 945256    DATE ISSUED: 05/19/2010

BEGINNING OF UNDERGRADUATE RECORD

*** ISSUED TO STUDENT IN A SEALED ENVELOPE ***

DEGREE(S) AWARDED:
SPRING 2008          05/08/2008
    DEGREE:    BACHELOR OF ARTS
    SCHOOL:    AIKEN CAMPUS
    MAJOR:     SOCIOLOGY
    EMPHASIS:  CRIMINOLOGY AND CRIMINAL JUSTICE
    HONORS:    MAGNA CUM LAUDE
    LOCATION:  UNIVERSITY OF SOUTH CAROLINA AIKEN

TRANSFER CREDIT ACCEPTED:
AIKEN TECHNICAL COLL AIKEN          SC  29802 08/2003-05/2006  50.00 HOURS

CREDIT COUNTED TOWARD THE USC DEGREE IS DETERMINED BY
STUDENT'S MAJOR PROGRAM OF STUDY.

| COURSE TITLE | DEPT CRSE | GRD | HC | HE | GH | GP | GPA |
|---|---|---|---|---|---|---|---|
| **FALL 2006         AIKEN** | | | | | | | |
| SESSION DATES  08/24/2006 - 12/08/2006 | | | | | | | |
| ANTH MAGIC AND RELIGION | AANP A352 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| COMPOSITION AND LIT | AEGL A102 | B+ | 3.0 | 3.0 | 3.0 | 10.50 | |
| BEGINNING GERMAN | AGER A101 | B | 4.0 | 4.0 | 4.0 | 12.00 | |
| I.  RELIGIOUS SYMBOLISM | AREL A390K | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| INTRODUCTORY SOCIOLOGY | ASCY A101 | B+ | 3.0 | 3.0 | 3.0 | 10.50 | |
| SEMESTER TOTALS: | | | 16.0 | 16.0 | 16.0 | 57.00 3.563 | |
| DEAN'S HONOR LIST | | | | | | | |
| **SPRING 2007         AIKEN** | | | | | | | |
| SESSION DATES  01/16/2007 - 04/30/2007 | | | | | | | |
| INTERPERS COMMUNICATION | ACOM A201 | B+ | 3.0 | 3.0 | 3.0 | 10.50 | |
| CONTINUING GERMAN | AGER A102 | B | 4.0 | 4.0 | 4.0 | 12.00 | |
| MINORITY GROUP RELATIONS | ASCY A355 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| POLICE IN SOCIETY | ASCY A359 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SOCY OF SOCIAL CONTROL | ASCY A507 | B+ | 3.0 | 3.0 | 3.0 | 10.50 | |
| SEMESTER TOTALS: | | | 16.0 | 16.0 | 16.0 | 57.00 3.563 | |
| DEAN'S HONOR LIST | | | | | | | |
| **SUMMER  I 2007      AIKEN** | | | | | | | |
| SESSION DATES  06/04/2007 - 07/03/2007 | | | | | | | |
| ETHICS | APHL A311 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SEMESTER TOTALS: | | | 3.0 | 3.0 | 3.0 | 12.00 4.000 | |

| COURSE TITLE | DEPT CRSE | GRD | HC | HE | GH | GP | GPA |
|---|---|---|---|---|---|---|---|
| **FALL 2007         AIKEN** | | | | | | | |
| SESSION DATES  08/23/2007 - 12/07/2007 | | | | | | | |
| PEOPLE OF INDIAN SUBCONT | AANP A515 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| INTRO TO PHILOSOPHY | APHL A102 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| QUAN ANAL IN THE BEH SCI | APSY A225 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| INDIVIDUAL AND SOCIETY | ASCY A320 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| INTERNSHIP | ASCY A400 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SOCIOLOGY OF DEVIANCE | ASCY A523 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SEMESTER TOTALS: | | | 18.0 | 18.0 | 18.0 | 72.00 4.000 | |
| PRESIDENT'S HONOR LIST | | | | | | | |
| ASCY A400 - INTERNSHIP IN VICTIM-WITNESS SERVICES | | | | | | | |
| **SPRING 2008         AIKEN** | | | | | | | |
| SESSION DATES  01/16/2008 - 04/28/2008 | | | | | | | |
| UNDERSTAND OTHER CULTURE | AANP A102 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SOCIAL DEMOGRAPHY | ASCY A310 | A | 4.0 | 4.0 | 4.0 | 16.00 | |
| SOCIOL DELINQ YOUTH BEH | ASCY A350 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| INDEPENDENT STUDY | ASCY A399 | A | 3.0 | 3.0 | 3.0 | 12.00 | |
| SOCIOLOGCL RESRCH METHOD | ASCY A497 | A | 4.0 | 4.0 | 4.0 | 16.00 | |
| SEMESTER TOTALS: | | | 17.0 | 17.0 | 17.0 | 68.00 4.000 | |
| PRESIDENT'S HONOR LIST | | | | | | | |
| ASCY A399 - BOUNDARY CREATION & MAINTENANCE IN VIRTUAL ORGANIZATION | | | | | | | |

| | | HC | HE | GH | GP | GPA |
|---|---|---|---|---|---|---|
| UNDERGRADUATE TOTALS: | | | | | | |
| CUMULATIVE U.S.C.: | | 70.00 | 70.00 | 70.00 | 266.00 | 3.800 |

*** END OF UNDERGRADUATE RECORD ***

*** SEE GRADUATE RECORD ***

IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

**AIKEN TECHNICAL COLLEGE**
**ADMISSIONS AND RECORDS OFFICE**
P.O. DRAWER 696, AIKEN SC 29802
PHONE: (803)593-9231 FAX: (803)593-6526
FICE: 010056; CEEB: 5037; AGT: 3824

STUDENT NAME: MR. CRAIG T. SPURRIER
STUDENT ID:   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
DATE:         AUG 23, 2010

| COURSE | | TITLE | GRD.R | ATT HRS | ERND HRS | GRADE | POINTS | COURSE DATES |
|--------|--|-------|-------|---------|----------|-------|--------|--------------|
| BIO | 101 | Biological Science B | | 4.00 | 4.00 | 12.00000 | 08/18/03-12/09/03 |
| CPT | 101 | Intro to Digital R A | | 3.00 | 3.00 | 12.00000 | 08/18/03-12/09/03 |
| | | Term 2003FA  Totals: | | 7.00 | 7.00 | 24.0000 GPA = | 3.4286 |
| | | Cumulative Totals: | | 7.00 | 7.00 | 24.0000 GPA = | 3.4286 |
| ART | 105 | Film As Art A | | 3.00 | 3.00 | 12.00000 | 01/07/04-04/28/04 |
| HIS | 102 | Western Civi-Post A | | 3.00 | 3.00 | 12.00000 | 01/07/04-04/28/04 |
| | | Term 2004SP  Totals: | | 6.00 | 6.00 | 24.0000 GPA = | 4.0000 |
| | | Cumulative Totals: | | 13.00 | 13.00 | 48.0000 GPA = | 3.6923 |
| HIS | 101 | Western Civilizati A | | 3.00 | 3.00 | 12.00000 | 08/23/04-12/14/04 |
| HIS | 201 | Amer-Hist-Discov A | | 3.00 | 3.00 | 12.00000 | 08/23/04-12/14/04 |
| MAT | 110 | College Algebra A | | 3.00 | 0.00 | 0.00000 | 08/23/04-12/14/04 |
| PSY | 201 | General Psychology A | | 3.00 | 3.00 | 12.00000 | 08/23/04-12/14/04 |
| | | Term 2004FA  Totals: | | 12.00 | 9.00 | 36.0000 GPA = | 4.0000 |
| | | Cumulative Totals: | | 25.00 | 22.00 | 84.0000 GPA = | 3.8182 |
| REL | 103 | Comparative Religi A | | 3.00 | 3.00 | 12.00000 | 02/12/05-04/26/05 |
| PSC | 201 | American Government A | | 3.00 | 3.00 | 12.00000 | 01/12/05-04/26/05 |
| | | Term 2005SP  Totals: | | 6.00 | 6.00 | 24.0000 GPA = | 4.0000 |
| | | Cumulative Totals: | | 31.00 | 28.00 | 108.0000 GPA = | 3.8571 |
| CRJ | 101 | Intro to Criminal A | | 3.00 | 3.00 | 12.00000 | 08/22/05-12/05/05 |
| ECO | 210 | Macroeconomics A | | 3.00 | 3.00 | 12.00000 | 08/22/05-12/05/05 |
| CHM | 110 | College Chemistry A | | 4.00 | 16.00000 | 08/22/05-12/05/05 |
| MAT | 110 | College Algebra B | | 3.00 | 3.00 | 9.00000 | 08/22/05-12/05/05 |
| | | Term 2005FA  Totals: | | 13.00 | 13.00 | 49.0000 GPA = | 3.7692 |
| | | Cumulative Totals: | | 44.00 | 41.00 | 157.0000 GPA = | 3.8293 |
| ENG | 101 | English Compositio A | | 3.00 | 3.00 | 12.00000 | 01/09/06-04/24/06 |
| CRJ | 115 | Criminal Law A | | 3.00 | 3.00 | 12.00000 | 01/09/06-04/24/06 |
| CRJ | 125 | Criminology A | | 3.00 | 3.00 | 12.00000 | 01/09/06-04/24/06 |
| MAT | 111 | College Trigonomet B | | 3.00 | 3.00 | 9.00000 | 01/09/06-04/24/05 |
| | | Term 2006SP  Totals: | | 12.00 | 12.00 | 45.0000 GPA = | 3.7500 |
| | | Cumulative Totals: | | 56.00 | 53.00 | 202.0000 GPA = | 3.8113 |
| TOTALS: CRED.ATT = | | 56.00 CRED.CPT = | | 53.00 GRADE.PTS = | 202.0000 GPA = | 3.8113 |

*Dawn W Butts*
Dawn W Butts
Registrar

In accordance with the Family Educational Rights and Privacy Act of 1974, as amended, transcripts may not be released to a third party without the written consent of the student.

TEST FOR AUTHENTICITY: This transcript is printed on The College name and logo appear at the top, left and the A raised seal is not required. When photocopied, the wo of the entire document. The words AIKEN TECHNICAL C Further authentication may be obtained by contacting th

ALTERATION OR FORGERY OF THIS DOCUMENT



**U.S. Department of Labor**

**Employment and Training Administration**

Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

February 28, 2012

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105 Honolulu,
HI 96822

| | |
|---|---|
| ETA Case Number: | A-10344-38244 |
| Alien's Name: | YA-WEN HSIAO |
| | Computer Software Engineers, Applications, Non R&D, |
| Occupation: | 15-1034.00 |
| Date of Acceptance for Processing: | January 13, 2011 |

In Response, refer to:        Audit Review Team
                              Atlanta National Processing Center
                              Harris Tower
                              233 Peachtree Street, Suite 410
                              Atlanta, GA 30303

Dear UNIVERSITY OF HAWAII

The Application for Permanent Labor Certification (ETA Form 9089) submitted to the United States Department of Labor on January 13, 2011 was selected for audit on January 18, 2011. In an effort to continue the adjudication of your case, the Atlanta National Processing Center will need to obtain the following information:

- A statement signed by the employer indicating whether you would like to proceed with the processing of this application. Should your statement indicate a desire to not continue the processing of this application, the Atlanta National Processing Center will deem the application withdrawn and no further action will be taken.

OR

- Should you choose to continue with the processing of this case, *please provide the information requested in the attachment to this letter.*

The required documentation must be submitted by March 29, 2012. If the required documentation has not been electronically emailed or mailed and post marked by the date specified to the address listed above:

- The application will be denied
- The failure to provide the requested documentation in a timely manner will constitute refusal to exhaust available administrative remedies; and
- The administrative judicial review procedure provided in 20 CFR § 656.26 will not be available

**NOTE:** *In accordance with the Department's regulations at 20 CFR § 656.20(b), a substantial failure by the employer to provide the required audit documentation will result in the application being denied under § 656.24, and may result in a determination by the Certifying Officer to require the employer to conduct supervised recruitment under § 656.21 in future filings of labor certification applications for up to 2 years. Moreover, a pattern or practice of failing to comply in the audit process, which includes but is not limited to, a failure to provide required documentation, in accordance with the Department's regulations at 20 CFR § 656.20, is a ground for debarment of an employer, attorney, agent, or any combination thereof from the permanent labor certification program for a period of up to three years under § 656.31(f)(iv).*

Sincerely,

William Carlson, Ph.D.
National Certifying Officer

Enclosure(s): Requested Information

*Knowingly furnishing false information in the preparation of this form (ETA Form 9089) or any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both (18 U.S.C.2, 1001).*

## Requested Information

**Additional Audit Request:**

Provide a copy of the complete, original response as submitted on February 16, 2011. Copies may be used if original documents (tear sheets, PWD, etc.) were sent with the prior submission.

UNIVERSITY OF HAWAII
c/o Signe Nakayama
Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105
Honolulu, HI 96822

The employer's response to audit received by the Department of Labor's Office of Foreign Labor Certification on 02/16/2011 is not available for inclusion in the administrative file.  If the employer's response to audit received by the Department of Labor's Office of Foreign Labor Certification on 02/16/2011 becomes available, a supplement to the administrative file will be immediately provided to the Board of Alien Labor Certification Appeals (BALCA); the employer/employer's authorized representative (as appropriate); and the Employment and Training Legal Services (ETLS).

It is noted the employer's response to audit received by the Department of Labor's Office of Foreign Labor Certification on 02/16/2011 is not necessary to render an accurate determination on the employer's request for reconsideration as outlined in the Transmittal Letter.

U.S. Department of Labor

**Employment and Training Administration**
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

**AUDIT NOTIFICATION**

January 18, 2011

| | | |
|---|---|---|
| UNIVERSITY OF HAWAII | ETA Case Number: | A-10344-38244 |
| c/o Signe Nakayama | Alien's Name: | YA-WEN HSIAO |
| Faculty & Scholar Immigration Services | | |
| 2565 McCarthy Mall, PSB 105 Honolulu, | | Computer Software Engineers, Applications, Non R&D, |
| HI 96822 | Occupation: | 15-1034.00 |
| | Date of Acceptance for | |
| | Processing: | January 13, 2011 |

In Response, refer
to:
           Audit Team

           Atlanta Processing Center

           Harris Tower

           233 Peachtree Street, Suite 410

           Atlanta, GA 30303

Dear UNIVERSITY OF HAWAII

The Application for Permanent Employment Certification (ETA Form 9089) submitted to the U.S. Department of Labor on January 13, 2011 has been selected for audit. In accordance with § 656.20, please submit the following information to the address specified above:

- The documentation listed on the following attachment supporting the attestations made on the application.
- A copy of this Audit Notification.
- A copy of the submitted ETA Form 9089, **with original signatures** in Section L (Alien Declaration), Section M (Declaration of Preparer (if applicable)), and Section N (Employer Declaration).
- Proof of business necessity as outlined by § 656.17(h) if the answer for question H-12 is no, the answer for questions H-13, H-15, or H-17 are yes, or the job duties and/or requirements are beyond those defined for the job by the SOC/O*Net code and Occupation Title provided by the National Prevailing Wage Center.
- Documentation required for live-in household domestic service workers as outlined by §656.19(b) if the answer to question H-18 is yes.
- Notice of filing documentation as outlined in 656.10(d).
  - Documentation submitted in response to this audit notification must include proof that the employer's notice of filing was posted for ten (10) consecutive business days and was accessible to all employees. If one or more of the 10 business days is a Saturday, Sunday, and/or a holiday, the employer must submit documentation to demonstrate that it was open for business on the Saturday, Sunday, and/or holiday in question and, again, demonstrate that employees had access to the posting location of the notice of filing.
- Recruitment Documentation
  - § 656.17 Basic Process:
    - The recruitment report for this position as described in § 656.17(g)(1) signed by the employer or the employer's representative describing the recruitment steps undertaken and the results achieved, the number of hires, and, if applicable, the number of U.S. workers rejected, summarized by the lawful job-related reasons for such rejections. Be advised, the Certifying

Officer, after reviewing the employer's recruitment report, may request U.S. workers' resumes or applications, sorted by the reasons the workers were rejected.
  o A copy of the Prevailing Wage Determination received from the National Prevailing Wage Center (NPWC) and if not included in the Prevailing Wage Determination, a copy of the request for the determination as originally submitted to the NPWC.
  o A copy of the job order placed with the SWA serving the area of intended employment downloaded from the SWA Internet job listing site, a copy of the job order provided by the SWA, or other proof of publication from the SWA containing the content of the job order, where a job order is required by the recruitment provisions of 20 CFR 656 and/or a job order is listed on the ETA Form 9089 as a recruitment source.
  o Documentation as outlined in 656.17(e).

<center>OR</center>

- § 656.18 College and University Teachers Special Recruitment:
  o A statement signed by an official with actual hiring authority outlining in detail the complete recruitment procedures undertaken; and which set forth the total number of applicants for the job opportunity and the specific lawful job-related reasons why the foreign worker is more qualified than each U.S. worker who applied for the job.
  o A final report of the faculty, student, and/or administrative body making the recommendation or selection of the foreign worker.
  o A copy of the advertisement for the job opportunity and, if appropriate, evidence of all other recruitment sources.
  o A written statement attesting to the degree of the foreign worker's educational or professional qualifications and academic achievements.
  o A copy of the Prevailing Wage Determination received from the National Prevailing Wage Center (NPWC) and if not included in the Prevailing Wage Determination, a copy of the request for the determination as originally submitted to the NPWC.

The required documentation must be submitted by February 17, 2011. If the required documentation has not been mailed and postmarked by the date specified to the address listed above:

- The application will be denied;
- The failure to provide the requested documentation in a timely manner will constitute a refusal to exhaust available administrative remedies; and
- The administrative judicial review procedure provided in § 656.26 will not be available.

If the Certifying Officer determines the employer substantially failed to produce required documentation, i.e., the documentation was not provided or was inadequate:

- The application will be denied; and
- The employer may be required to conduct supervised recruitments pursuant to § 656.21 in future filings of labor certification applications for up to two years from the date of the Final Determination.

Once analysis of the documentation is complete under the standards in § 656.24, the employer will be notified in writing (either electronically and/or mail) of the labor certification determination. In the event the application is denied, the determination can be appealed by filing either a request for reconsideration or a request for review within 30 days of receipt of the notification of the labor certification determination as outlined in 20CFR § 656.24(g) and 656.26.

Sincerely,

Atlanta NPC
Certifying Officer


CC: UNIVERSITY OF HAWAII

**Important note:** *Pursuant to 20 CFR 656.20(b), a substantial failure by the employer to provide the*

*required audit documentation will result in the application being denied under 20 CFR 656.24, and may result in a determination by the Certifying Officer to require the employer to conduct supervised recruitment under 20 CFR 656.21 in future filings of labor certification applications for up to 2 years. Moreover, a pattern or practice of failing to comply in the audit process, which includes but is not limited to, a failure to provide required documentation, pursuant to 20 CFR 656.20, is a ground for debarment of an employer, attorney, agent, or any combination thereof from the permanent labor certification program for a period of up to three years under 20 CFR 656.31(f)(iv).*

### Attachment: Required Documentation for Response to Notification of Audit

### Case # A-10344-38244:

In addition to the information requested in the body of the letter, please provide the following:

**Audit Reason:**

The U.S. Department of Labor is unable to determine if potentially qualified U.S. workers who applied for the job opportunity were rejected for lawful, job-related reasons. The Code of Federal Regulations (CFR) at 20 CFR 656.24(b)(2)(i) requires the Certifying Officer to make a determination to grant or deny the labor certification based on whether there are able, willing, qualified, and available U.S. workers to perform the job opportunity. The employer must consider a U.S. worker able and qualified for the job opportunity if the worker, by education, training, experience, or a combination thereof, is able to perform in the normally accepted manner the duties involved in the occupation as customarily performed by other U.S. workers similarly employed. Per 20 CFR 656.17(g)(2), a U.S. worker is able and qualified for the job opportunity if the worker can acquire the skills necessary to perform the duties involved in the occupation during a reasonable period of on-the-job training. It is not a lawful job-related reason to reject a U.S. worker for lacking the skills necessary to perform the duties involved in the occupation, where the U.S. workers are capable of acquiring the skills during a reasonable period of on-the-job training.

**Audit Request:**

Please provide the resumes and applications for all U.S. workers who applied for the employer's job opportunity listed on the ETA Form 9089. In addition, please provide a report that lists the following information for each U.S. worker rejected for the job opportunity: the date(s) the employer contacted the U.S. worker; the date(s) the employer interviewed the U.S. worker; if appropriate, the reason(s) the employer did not interview the employee; the specific lawful job related reason(s) the U.S. worker was rejected; and how the U.S. worker was informed he or she did not qualify for the job opportunity. Also include information that documents the employer contacted the applicant(s) by phone (telephone logs), e-mail (dated copy of electronic transmission) and/or by mail (copy of letter sent to applicant(s) along with a copy of certified mail/"signed" green return receipt card).

*Knowingly furnishing false information in the preparation of this form (ETA 9089) and any subsequent thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both (18 U.S.C. 2, 1001)*

UNIVERSITY OF HAWAII
c/o Signe Nakayama

Faculty & Scholar Immigration Services
2565 McCarthy Mall, PSB 105

Honolulu, HI 96822

OMB Approval:  1205-0451
Expiration Date: 08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**Please read and review the filing instructions before completing this form.  A copy of the instructions can be found at** http://www.foreignlaborcert.doleta.gov/pdf/9089inst.pdf

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

**A. Refiling Instructions**

| | | |
|---|---|---|
| 1.  Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | ☐ Yes | ✓ No |
| 1-A.  If Yes, enter the previous filing date | | |
| 1-B.  Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed: | | |

**B. Schedule A or Sheepherder Information**

| | | |
|---|---|---|
| 1.  Is this application in support of a Schedule A or Sheepherder Occupation? | ☐ Yes | ✓ No |
| If Yes, do NOT send this application to the Department of Labor.  All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office. | | |

**C. Employer Information (Headquarters or Main Office)**

| | | | |
|---|---|---|---|
| 1.  Employer's name<br>UNIVERSITY OF HAWAII | | | |
| 2.  Address 1<br>FACULTY & SCHOLAR IMMIGRATION SERVICES | | | |
| Address 2<br>2565 MCCARTHY MALL, PSB 102-106 | | | |
| 3.  City<br>HONOLULU | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96822 |
| 4.  Phone number<br>(808) 956-0935 | | Extension | |
| 5.  Number of employees<br>8900 | | 6.  Year commenced business<br>1907 | |
| 7.  FEIN( Federal Employer Identification Number)<br>996000354 | | 8.  NAICS code<br>611310 | |
| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | | ☐ Yes | ✓ No |

**D. Employer Contact Information (This section must be filled out.  This information must be different from the agent or attorney information listed in Section E).**

| | | | |
|---|---|---|---|
| 1.  Contact's last name<br>Nakayama | First name<br>Signe | Middle initial | |
| 2.  Address 1<br>Faculty & Scholar Immigration Services | | | |
| Address 2<br>2565 McCarthy Mall, PSB 105 | | | |
| 3.  City<br>Honolulu | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96822 |
| 4.  Phone number<br>(808) 956-0935 | | Extension | |
| 5.  E-mail address<br>signen@hawaii.edu | | | |

ETA Form 9089                This Certification is valid from _____ to _____                Page 1 of 12

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**

### E. Agent or Attorney Information (If applicable)

| 1. Agent or attorney's last name | First name | Middle initial |
|---|---|---|

2. Firm name

| 3. Firm EIN | 4. Phone number | Extension |
|---|---|---|

5. Address 1

Address 2

| 6. City | State/Province | Country | Postal code |
|---|---|---|---|

7. E-mail address

### F. Prevailing Wage Information (as provided by the State Workforce Agency)

| 1. Prevailing wage tracking number (if applicable) P10010244371217 | 2. SOC/O*NET(OES) code 15-1034.00 |
|---|---|

| 3. Occupation Title Computer Software Engineers, Applications, Non | 4. Skill Level |
|---|---|

5. Prevailing wage     Per: (Choose only one)
$ 44,208.00     [ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

6. Prevailing wage source (Choose only one)
[ ] OES  [✓] CBA  [ ] Employer Conducted Survey  [ ] DBA  [ ] SCA  [ ] Other

6-A. If Other is indicated in question 6, specify:

| 7. Determination date 09/30/2010 | 8. Expiration date 07/01/2011 |
|---|---|

### G. Wage Offer Information

1. Offered wage
From:         To: (Optional)        Per: (Choose only one)
$ 57,194.00    $                    [ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

### H. Job Opportunity Information (Where work will be performed)

1. Primary worksite (where work is to be performed) address 1
University of Hawaii at Manoa
Address 2
John A. Burns School of Medicine, 651 Ilalo Street

| 2. City Honolulu | State HI | Postal code 96813 |
|---|---|---|

3. Job title
Information Technology Specialist (Educational Technology Specialist)

4. Education: minimum level required:
[ ] None  [ ] High School  [ ] Associate's  [✓] Bachelor's  [ ] Master's  [ ] Doctorate  [ ] Other

4-A. If Other is indicated in question 4, specify the education required:

4-B. Major field of study
Management Information Systems

5. Is training required in the job opportunity?        5-A. If Yes, number of months of training required:
[ ] Yes  [✓] No

---

ETA Form 9089          This Certification is valid from _____ to _____          Page 2 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451        Application for Permanent Employment Certification
Expiration Date: 08/31/2014                     ETA Form 9089
                                        **U.S. Department of Labor**



**H.  Job Opportunity Information Continued**

| 5-B.  Indicate the field of training: |
| --- |

**6.  Is experience in the job offered required for the job?**   **6-A.  If Yes, number of months experience required:**
[ ] Yes   [✓] No

**7.  Is there an alternate field of study that is acceptable?**   [✓] Yes   [ ] No

**7-A.  If Yes, specify the major field of study:**
Information Systems, Computer Sci, Project Mgmt, Electrical Engineering; s.

**8.  Is there an alternate combination of education and experience that is acceptable?**   [ ] Yes   [✓] No

**8-A.  If Yes, specify the alternate level of education required:**
[ ] None   [ ] High School   [ ] Associate's   [ ] Bachelor's   [ ] Master's   [ ] Doctorate   [ ] Other

**8-B.  If Other is indicated in question 8-A, indicate the alternate level of education required:**

**8-C.  If applicable, indicate the number of years experience acceptable in question 8:**

**9.  Is a foreign educational equivalent acceptable?**   [✓] Yes   [ ] No

**10.  Is experience in an alternate occupation acceptable?**   **10-A.  If Yes, number of months experience in alternate occupation required:**
[ ] Yes   [✓] No

**10-B.  Identify the job title of the acceptable alternate occupation:**

**11.  Job duties – If submitting by mail, add attachment if necessary.  Job duties description must begin in this space.**
See Attachment

**12.  Are the job opportunity's requirements normal for the occupation?**   [✓] Yes   [ ] No

*If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity.*

**13.  Is knowledge of a foreign language required to perform the job duties?**   [ ] Yes   [✓] No

*If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity.*

**14.  Specific skills or other requirements -- If submitting by mail, add attachment if necessary.  Skills description must begin in this space.**
See Attachment

ETA Case Number: A-10344-38244

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



## H. Job Opportunity Information Continued

| | |
|---|---|
| 15. Does this application involve a job opportunity that includes a combination of occupations? | ☐ Yes ☑ No |
| 16. Is the position identified in this application being offered to the alien identified in Section J? | ☑ Yes ☐ No |
| 17. Does the job require the alien to live on the employer's premises? | ☐ Yes ☑ No |
| 18. Is the application for a live-in household domestic service worker? | ☐ Yes ☑ No |
| 18-A. If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | ☐ Yes ☐ No ☐ NA |

## I. Recruitment Information

### a. Occupation Type – All must complete this section.

| | |
|---|---|
| 1. Is this application for a professional occupation, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | ☑ Yes ☐ No |
| 2. Is this application for a college or university teacher? **If Yes, complete questions 2-A and 2-B below.** | ☐ Yes ☑ No |
| 2-A. Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes ☐ No |
| 2-B. Did you use the basic recruitment process for professional occupations? | ☐ Yes ☐ No |

### b. Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.

| |
|---|
| 3. Date alien selected: |
| 4. Name and date of national professional journal in which advertisement was placed: |
| 5. Specify additional recruitment information in this space.  Add an attachment if necessary. |

### c. Professional/Non-Professional Information – Complete this section unless your answer to question B.1 or I.a.2-A is YES.

| | |
|---|---|
| 6. Start date for the SWA job order 08/04/2010 | 7. End date for the SWA job order 09/03/2010 |
| 8. Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes ☐ No |
| 9. Name of newspaper (of general circulation) in which the first advertisement was placed: Honolulu Star-Advertiser | |
| 10. Date of first advertisement identified in question 9: 08/08/2010 | |
| 11. Name of newspaper or professional journal (if applicable) in which second advertisement was placed: Honolulu Star-Advertiser | ☑ Newspaper ☐ Journal |

ETA Form 9089                This Certification is valid from _____ to _____                Page 4 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



**I. Recruitment Information Continued**

12. Date of second newspaper advertisement or date of publication of journal identified in question 11:
08/15/2010

*d. Professional Recruitment Information -- Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES.  Complete at least 3 of the items.*

| | |
|---|---|
| 13.  Dates advertised at job fair<br>From:          To: | 14.  Dates of on-campus recruiting<br>From:          To: |
| 15.  Dates posted on employer web site<br>From: 08/02/2010  To: 09/04/2010 | 16.  Dates advertised with trade or professional organization<br>From:          To: |
| 17.  Dates listed with job search web site<br>From: 08/05/2010  To: 09/04/2010 | 18.  Dates listed with private employment firm<br>From:          To: |
| 19.  Dates advertised with employee referral program<br>From:          To: | 20.  Dates advertised with campus placement office<br>From: 08/15/2010  To: 09/04/2010 |
| 21.  Dates advertised with local or ethnic newspaper<br>From:          To: | 22.  Dates advertised with radio or TV ads<br>From:          To: |

*e. General Information -- All must complete this section.*

| | |
|---|---|
| 23.  Has the employer received payment of any kind for the submission of this application? | [ ] Yes  [✓] No |
| 23-A.  If Yes, describe details of the payment including the amount, date and purpose of the payment : | |
| 24.  Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | [✓] Yes  [ ] No  [ ] NA |
| 25.  If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days but not more than 180 days before the date the application is filed? | [ ] Yes  [ ] No  [✓] NA |
| 26.   Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | [ ] Yes  [✓] No |
| 26-A.  If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | [ ] Yes  [ ] No  [ ] NA |

**J. Alien Information (This section must be filled out.  This information must be different from the agent or attorney information listed in Section E).**

| | | |
|---|---|---|
| 1.  Alien's last name<br>HSIAO | First name<br>YA-WEN | Full middle name |
| 2.  Current address 1<br>423 NAMAHANA ST.  #102 | | |
| Address 2 | | |

| | | | |
|---|---|---|---|
| 3.  City<br>HONOLULU | State/Province<br>HI | Country<br>UNITED STATES OF AMERICA | Postal code<br>96815 |

| |
|---|
| 4.  Phone number of current residence<br>808-728-2646 |

| | |
|---|---|
| 5.  Country of citizenship<br>TAIWAN | 6.  Country of birth<br>TAIWAN |
| 7.  Alien's date of birth<br>01/04/1981 | 8.  Class of admission<br>H-1B |
| 9.  Alien registration number (A#)<br>135787942 | 10.  Alien admission number (I-94)<br>06150274322 |

11.  Education: highest level achieved relevant to the requested occupation:

[ ] None   [ ] High School   [ ] Associate's   [ ] Bachelor's   [✓] Master's   [ ] Doctorate   [ ] Other

---

ETA Form 9089          This Certification is valid from _____ to _____          Page 5 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**J. Alien Information Continued**

| 11-A. If Other indicated in question 11, specify |
|---|

| 12. Specify major field(s) of study |
|---|
| INFORMATION SYSTEMS |

| 13. Year relevant education completed |
|---|
| 2005 |

| 14. Institution where relevant education specified in question 11 was received |
|---|
| HAWAII PACIFIC UNIVERSITY |

| 15. Address 1 of conferring institution |
|---|
| 1164 BISHOP STREET |
| Address 2 |

| 16. City | State/Province | Country | Postal code |
|---|---|---|---|
| HONOLULU | HI | UNITED STATES OF AMERICA | 96813 |

| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes ☐ No ☑ NA |
|---|---|
| 18. Does the alien have the experience as required for the requested job opportunity indicated in question H.6? | ☐ Yes ☐ No ☑ NA |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☐ Yes ☐ No ☑ NA |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | ☐ Yes ☐ No ☑ NA |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | ☐ Yes ☑ No ☐ NA |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes ☑ No |
| 23. Is the alien currently employed by the petitioning employer? | ☑ Yes ☐ No |

**K. Alien Work Experience**

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

*a. Job 1*

| 1. Employer name |
|---|
| University of Hawaii |

| 2. Address 1 |
|---|
| John A. Burns School of Medicine, 651 Ilalo St. |
| Address 2 |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Honolulu | HI | UNITED STATES OF AMERICA | 96813 |

| 4. Type of business | 5. Job title |
|---|---|
| Education - University | Info Technology Specialis |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 12/05/2005 | | 40 |

Job 1 continued on next page

OMB Approval: 1205-0451
Expiration Date: 08/31/2014
Application for Permanent Employment Certification 
ETA Form 9089
**U.S. Department of Labor**



**K. Alien Work Experience Continued**

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provide IT support; serve on the Help Desk team, including assisting with managing Help Desk operations; documenting procedures; troubleshooting; other related duties in computer software and hardware support.

Supervisor: Terry Gerber
Phone: 808-692-1111

Note: Ms. Hsiao briefly held the position of IT Specialist (Educational Technology Specialist) from 06/24/2010 - 07/21/2010. On 07/22/2010, she resumed the IT Specialist position described here.

*b. Job 2*

| 1. Employer name | | | |
|---|---|---|---|
| Hawaii Pacific University | | | |

| 2. Address 1 | | | |
|---|---|---|---|
| 1164 Bishop Street | | | |
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Honolulu | HI | UNITED STATES OF AMERICA | 96813 |

| 4. Type of business | 5. Job title |
|---|---|
| Education - University | Asst Computer Support Spec |

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|
| 02/17/2004 | 10/31/2005 | 17 |

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

Provided telephone support to University users; troubleshooting; resolved hardware and software problems; installed, configured, and maintained personal computers.

Supervisor: Tom Thomas
Phone: 808-544-1193

*c. Job 3*

| 1. Employer name | | | |
|---|---|---|---|

| 2. Address 1 | | | |
|---|---|---|---|
| Address 2 | | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|

| 4. Type of business | 5. Job title |
|---|---|

| 6. Start date | 7. End date | 8. Number of hours worked per week |
|---|---|---|

Job 3 continued on next page

---

ETA Form 9089     This Certification is valid from _____ to _____     Page 7 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date: 08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



---

**K.  Alien Work Experience Continued**

> 9.  Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc.
> Include the phone number of the employer and the name of the alien's supervisor.)

---

**L.  Alien Declaration**

*I declare under penalty of perjury that Sections J and K are true and correct.  I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001.  Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I further declare under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and I am granted a visa or an adjustment of status based on this application.*

| 1.  Alien's last name | First name | Full middle name |
|---|---|---|
| HSIAO | YA-WEN | |
| 2.  Signature | Date signed | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

---

**M. Declaration of Preparer**

| 1.  Was the application completed by the employer?<br>If No, you must complete this section. | ☑ Yes | ☐ No |
|---|---|---|

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001.  Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 2.  Preparer's last name | First name | Middle initial |
|---|---|---|
| 3.  Title | | |
| 4.  E-mail address | | |
| 5.  Signature | Date signed | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail.  If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

---

ETA Form 9089          This Certification is valid from _____ to _____          Page 8 of 12

ETA Case Number: A-10344-38244

OMB Approval:  1205-0451
Expiration Date:  08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



---

**N. Employer Declaration**

*By virtue of my signature below, **I HEREBY CERTIFY** the following conditions of employment:*

1.  The offered wage equals or exceeds the prevailing wage and I will pay at least the prevailing wage.
2.  The wage is not based on commissions, bonuses or other incentives, unless I guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage.
3.  I have enough funds available to pay the wage or salary offered the alien.
4.  I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.
5.  The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.
6.  The job opportunity is not:
    a.  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage; or
    b.  At issue in a labor dispute involving a work stoppage.
7.  The job opportunity's terms, conditions, and occupational environment are not contrary to Federal, state or local law.
8.  The job opportunity has been and is clearly open to any U.S. worker.
9.  The U.S. workers who applied for the job opportunity were rejected for lawful job-related reasons.
10. The job opportunity is for full-time, permanent employment for an employer other than the alien.

**I hereby designate** the agent or attorney identified in section E (if any) to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, **I take full responsibility** for the accuracy of any representations made by my agent or attorney.

I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained herein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 1. Last name | First name | Middle Initial |
|---|---|---|
| Nakayama | Signe | |
| **2. Title** | | |
| Immigration Specialist | | |
| **3. Signature** | Date signed | |
| | | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

---

**O. U.S. Government Agency Use Only**

Pursuant to the provisions of Section 212 (a)(5)(A) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.

This Certification is valid from _____ to _____

Signature of Certifying Officer         Date

Signed         04/30/2012

A-10344-38244
Case Number

Filing Date         01/13/2011

---

| ETA Form 9089 | This Certification is valid from _____ to _____ | Page 9 of 12 |
|---|---|---|

ETA Case Number: **A-10344-38244**

OMB Approval:  1205-0451
Expiration Date:  08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
**U.S. Department of Labor**



**P.  OMB Information**               *Paperwork Reduction Act Information Control Number 1205-0451*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

Respondent's reply to these reporting requirements is required to obtain the benefits of permanent employment certification (Immigration and Nationality Act, Section 212(a)(5)).  Public reporting burden for this collection of information is estimated to average 1¼ hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate to the Division of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.
**Do NOT send the completed application to this address.**

**Q.  Privacy Statement Information**

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act.  The Department of Labor (Department or DOL) maintains a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7) that includes this record.

Under routine uses for this system of records, case files developed in processing labor certification applications, labor condition applications, or labor attestations may be released as follows:  In connection with appeals of denials before the DOL Office of Administrative Law Judges and Federal courts, records may be released to the employers that filed such applications, their representatives, to named alien beneficiaries or their representatives, and to the DOL Office of Administrative Law Judges and Federal courts; and in connection with administering and enforcing immigration laws and regulations, records may be released to such agencies as the DOL Office of Inspector General, Employment Standards Administration, the Department of Homeland Security, and the Department of State.

Further relevant disclosures may be made in accordance with the Privacy Act and under the following circumstances:  in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source or public authority in connection with personnel, security clearance, procurement, or benefit-related matters; to a contractor or their employees, grantees or their employees, consultants, or volunteers who have been engaged to assist the agency in the performance of Federal activities; for Federal debt collection purposes; to the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; to a Member of Congress or their staff in response to an inquiry of the Congressional office made at the written request of the subject of the record; in connection with records management; and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence in the integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information, unless the Solicitor of Labor determines that disclosure would constitute an unwarranted invasion of personal privacy.

## Addendum

H. 11. Job duties

Develop medical education & administrative software applications for JABSOM, utilizing personal data assistants (PDA), web, & other interfaces, packaged & in-house developed software programs, & data repositories in a distributed environment; System Administration: manage & administer applications used by faculty, staff, & students for medical education, including user administration, security management, & virtual group management; design, implement & integrate subsystems of medium to high complexity using a variety of programming languages, including Microsoft Access, Visual Basic, Active Server Pages, .NET, SQL, & PHP; test & debug systems of medium to high complexity for a distributed computing environment; Mobile Devices: provide application training & support, as well as technical support/troubleshooting for Mobile device access (iPhone, Windows Mobile, Palm, Blackberry, etc.) & applications (T-Res) for coursework/clinical rotations; prepare written technical documentation for systems of medium to high complexity; generate materials & conduct training for end-users including faculty, staff, & students on use of software, web applications, PDAs, databases, etc.; Database Management: design, develop, implement & maintain databases supporting student education & curriculum administration; Database Management: support statistical analysis & data management of exam responses, survey questions, course materials, & curriculum map; keep abreast of emerging technologies & trends in higher education by reviewing articles in trade journals, periodicals, technical manuals, etc. in both paper & electronic formats & by attending classes, conferences, presentations; identify technologies applicable to or of potential use to JABSOM-acquires knowledge of these technologies/systems, hardware/software in order to perform current duties & advise users on the application of identified technologies; assist users in evaluating & selecting appropriate computer hardware & software to meet operational requirements or problem resolution-also provide technical consulting on the implementation & application of selected solutions; integrates IT skills & knowledge in support of JABSOM's educational mission, which may include the usage of principles of education in conjunction with leading edge technology for JABSOM; other duties as assigned.

ETA Form 9089        This Certification is valid from _____ to _____        Page 11 of 12

ETA Case Number: A-10344-38244

## Addendum

H. 14.  Specific skills or other requirements

***H.7-A cont: Civil Engineering with emphasis in project mgmt, business degree in mgmt (ie: project mgmt, training, business technology, educational degree with emphasis on technical training, instructional design).***

3 years of progressively responsible professional information technology experience with responsibilities for desktop application support, web application support, &/or user application support/help desk, of which 2 years of the experience must have been comparable in scope & complexity to the next lower payband in the UH broadband system (PBA rank); or equivalent education/training or experience; considerable working knowledge of the use of computers for teaching, training &/or learning (e.g., educational technology systems) as demonstrated by the broad knowledge & understanding of the full range of pertinent standard & evolving information technology concepts, principles & methodology; considerable working knowledge & understanding of the broad technology, systems, hardware & software associated with application development, teaching, training, &/or learning with technology (e.g., educational technology); demonstrated ability to recognize a wide range of intricate problems, use reasoning & logic to determine accurate causes, & apply principles & practices to determine, evaluation, integrate, & implement practical & thorough solutions in an effective & timely manner; demonstrated ability to interpret & present information & ideas clearly & accurately in writing, verbally & by preparation of reports & other materials; demonstrated ability to establish & maintain effective working relationships with internal & external organizations, groups, team leaders & members, & individuals; for supervisory work, demonstrated ability to lead subordinates, manage work priorities & projects, & manage employee relations; any equivalent combination of education &/or professional work experience which provides the required education, knowledge, skills and abilities as indicated; considerable working knowledge of scripting languages & web development platforms such as ASP, ASP.NET, PHP, & Perl; considerable working knowledge of system administration as related to user provisioning, security management, systems optimization, upgrade implementation, & customer service; knowledge of application development as demonstrated by a comprehensive understanding of current application development principles & methodology; working knowledge of database integration & management including SQL & MySQL, & ability to create relational databases as needed; considerable knowledge of the limitations, capabilities, uses for desktop applications (e.g. Microsoft Word, Microsoft Excel, Microsoft PowerPoint, Microsoft Outlook).