# **Exhibit 2**

# Electronic Correspondence between BALCA and Atlanta Center

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | Thomas, Carla - OALJ |
| **Sent:** | Thursday, April 26, 2018 11:50 AM |
| **To:** | McWilliams, Kenyon - ETA CTR |
| **Subject:** | PERM Case 2012-PER-02131 |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | McWilliams, Kenyon - ETA CTR | Read: 4/26/2018 5:44 PM |

Good Morning Kenyon,

I need a PERM Case back, an electronic copy is find.  I understand that it may take some time due to the records conversion process.  The case is UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131. Any help you can provide will be greatly appreciated.


Thanks,
Carla Thomas
Paralegal Specialist
Office of Administrative Law Judges
██████████

EX 6

1

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | McWilliams, Kenyon - ETA CTR |
| **Sent:** | Friday, May 4, 2018 1:41 PM |
| **To:** | Thomas, Carla - OALJ |
| **Subject:** | RE: PERM Case 2012-PER-02131 |

Hey Carla:

Do you have an idea as to when the case was mailed to the ANPC? It can help me with my search.

Kenyon McWilliams
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303

EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

From: Thomas, Carla - OALJ
Sent: Thursday, April 26, 2018 11:50 AM
To: McWilliams, Kenyon - ETA CTR
Subject: PERM Case 2012-PER-02131

EX 6

Good Morning Kenyon,

I need a PERM Case back, an electronic copy is find. I understand that it may take some time due to the records conversion process. The case is UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131. Any help you can provide will be greatly appreciated.

Thanks,
Carla Thomas
Paralegal Specialist
Office of Administrative Law Judges

EX 6

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | Thomas, Carla - OALJ |
| **Sent:** | Friday, May 4, 2018 2:27 PM |
| **To:** | McWilliams, Kenyon - ETA CTR |
| **Subject:** | RE: PERM Case 2012-PER-02131 |

**Tracking:**

| Recipient | Read |
|---|---|
| McWilliams, Kenyon - ETA CTR | Read: 5/4/2018 3.27 PM |

Hi Kenyon,

The file was shipped by UPS on March 20, 2018 Tracking No. 1ZW0Y2080191979265. Sorry about all these request. We are doing inventory or the PERM cases and are finding out some cases were sent to Atlanta prematurely.

---

**From:** McWilliams, Kenyon - ETA CTR
**Sent:** Friday, May 04, 2018 1:41 PM
**To:** Thomas, Carla - OALJ
**Subject:** RE: PERM Case 2012-PER-02131

Hey Carla:

Do you have an idea as to when the case was mailed to the ANPC? It can help me with my search.

**Kenyon McWilliams**
**SMS**
**233 Peachtree St. NE, Suite 410**
**Atlanta GA 30303**

EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Thursday, April 26, 2018 11:50 AM
**To:** McWilliams, Kenyon - ETA CTR
**Subject:** PERM Case 2012-PER-02131

EX 6

Good Morning Kenyon,

I need a PERM Case back, an electronic copy is find. I understand that it may take some time due to the records conversion process. The case is UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131. Any help you can provide will be greatly appreciated.

1

Thanks,
Carla Thomas
Paralegal Specialist
Office of Administrative Law Judges
██████████

EX 6

## Thomas, Carla - OALJ

**From:**       McWilliams, Kenyon - ETA CTR
**Sent:**        Friday, May 4, 2018 3:24 PM
**To:**          Thomas, Carla - OALJ
**Subject:**     RE: PERM Case 2012-PER-02131
**Attachments:** ZIPPED OALJ FILES.zip

Ok. I should be able to narrow down my search based upon the date of the shipment.

On another note, attached is all I could find for the files you've requested earlier.

Kenyon McWilliams
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303



EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Friday, May 4, 2018 2:27 PM
**To:** McWilliams, Kenyon - ETA CTR                    EX 6
**Subject:** RE: PERM Case 2012-PER-02131

Hi Kenyon,

The file was shipped by UPS on March 20, 2018 Tracking No. 1ZW0Y2080191979265. Sorry about all these request. We are doing inventory or the PERM cases and are finding out some cases were sent to Atlanta prematurely.

**From:** McWilliams, Kenyon - ETA CTR
**Sent:** Friday, May 04, 2018 1:41 PM
**To:** Thomas, Carla - OALJ
**Subject:** RE: PERM Case 2012-PER-02131

Hey Carla:

Do you have an idea as to when the case was mailed to the ANPC? It can help me with my search.

Kenyon McWilliams
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303

EX 6

1

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Thursday, April 26, 2018 11:50 AM
**To:** McWilliams, Kenyon - ETA CTR ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     EX 6
**Subject:** PERM Case 2012-PER-02131

Good Morning Kenyon,

I need a PERM Case back, an electronic copy is find. I understand that it may take some time due to the records conversion process. The case is UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131. Any help you can provide will be greatly appreciated.


Thanks,
Carla Thomas
Paralegal Specialist
Office of Administrative Law Judges
▓▓▓▓▓▓▓▓▓▓▓▓▓                                    EX 6

2

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | Thomas, Carla - OALJ |
| **Sent:** | Monday, May 14, 2018 10:42 AM |
| **To:** | McWilliams, Kenyon - ETA CTR |
| **Subject:** | PERM Case 2012-PER-02131 |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | McWilliams, Kenyon - ETA CTR | Read: 5/14/2018 10:45 AM |

Hi Kenyon,

Thanks again for the files you sent and thanks again for bearing with me while I work through our inventory issues. I am emailing you at the behest of my Associate Chief Judge to find out if you were able to (1) locate UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131, and (2) when can we expect the file. The most important question is where you able to locate the file (for the purposes of responding to a written request). It's okay if you need more time to actually send the file, but the paramount question is its location.

Thanks
Carla
Paralegal Specialist
Office of Administrative Law Judges

EX 6

1

## Thomas, Carla - OALJ

| | |
|---|---|
| **From:** | McWilliams, Kenyon - ETA CTR |
| **Sent:** | Monday, May 14, 2018 10:47 AM |
| **To:** | Thomas, Carla - OALJ |
| **Subject:** | RE: PERM Case 2012-PER-02131 |

Hey Carla:

I'm still in process of locating the file.

We didn't start migrating any of the more recent boxes from BALCA to electronic format; so, it should be an easier find for me. I'll follow up with you as soon as I can locate it.

**Kenyon McWilliams**
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303

EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Monday, May 14, 2018 10:42 AM
**To:** McWilliams, Kenyon - ETA CTR
**Subject:** PERM Case 2012-PER-02131

EX 6

Hi Kenyon,

Thanks again for the files you sent and thanks again for bearing with me while I work through our inventory issues. I am emailing you at the behest of my Associate Chief Judge to find out if you were able to (1) locate UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131, and (2) when can we expect the file. The most important question is where you able to locate the file (for the purposes of responding to a written request). It's okay if you need more time to actually send the file, but the paramount question is its location.

Thanks
Carla
Paralegal Specialist
Office of Administrative Law Judges

EX 6

1

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | Thomas, Carla - OALJ |
| **Sent:** | Monday, May 14, 2018 10:52 AM |
| **To:** | McWilliams, Kenyon - ETA CTR |
| **Subject:** | RE: PERM Case 2012-PER-02131 |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | McWilliams, Kenyon - ETA CTR | Read: 5/14/2018 11:26 AM |

Okay thanks!

**From:** McWilliams, Kenyon - ETA CTR
**Sent:** Monday, May 14, 2018 10:47 AM
**To:** Thomas, Carla - OALJ
**Subject:** RE: PERM Case 2012-PER-02131

Hey Carla:

I'm still in process of locating the file.

We didn't start migrating any of the more recent boxes from BALCA to electronic format; so, it should be an easier find for me. I'll follow up with you as soon as I can locate it.

Kenyon McWilliams
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303

EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Monday, May 14, 2018 10:42 AM
**To:** McWilliams, Kenyon - ETA CTR
**Subject:** PERM Case 2012-PER-02131

EX 6

Hi Kenyon,

Thanks again for the files you sent and thanks again for bearing with me while I work through our inventory issues. I am emailing you at the behest of my Associate Chief Judge to find out if you were able to (1) locate UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131, and (2) when can we expect the file. The most important question is where you able to locate the file (for the purposes of responding to a written request). It's okay if you need more time to actually send the file, but the paramount question is its location.

1

Thanks
Carla
Paralegal Specialist
Office of Administrative Law Judges
███████████

EX 6

**Thomas, Carla - OALJ**

| | |
|---|---|
| **From:** | McWilliams, Kenyon - ETA CTR |
| **Sent:** | Friday, May 18, 2018 5:02 PM |
| **To:** | Thomas, Carla - OALJ |
| **Subject:** | RE: PERM Case 2012-PER-02131 |

Hey Carla:

I've been trying to locate this file and I haven't found it as well as any box with the tracking number you provided.

I cross-referenced the tracking number on the UPS website to confirm delivery and it doesn't show the address the box was delivered to. In addition, it says the shipment was received by Dalton; however, we do not have any employees named Dalton that ever worked here.

Can you confirm the box was sent to our office at **233 Peachtree Street NE, Suite 410 in Atlanta?**

1ZW0Y2080193979265

Updated 0



Delivered ✓

**Delivered On:**
Wednesday, 03/21/2018 at 10 20 AM

**Left At**
Receiver

**Received By:**
DALTON

**Proof of Delivery** [↗]

What time will your package be delivered to your home? Get FREE estimated Delivery Windows on most UPS packages.

I am already a UPS My Choice® Member

Notify me with Updates

Continue

**Additional Information**

| | |
|---|---|
| Multiple Packages: | 3 |
| Shipment Category: | Package |
| Shipped/Billed On: | 03/20/2018 |

Kenyon McWilliams
**SMS**
233 Peachtree St. NE, Suite 410
Atlanta GA 30303

EX 6

2

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Monday, May 14, 2018 10:52 AM
**To:** McWilliams, Kenyon - ETA CTR ████████████████
**Subject:** RE: PERM Case 2012-PER-02131

EX 6

Okay thanks!

**From:** McWilliams, Kenyon - ETA CTR
**Sent:** Monday, May 14, 2018 10:47 AM
**To:** Thomas, Carla - OALJ
**Subject:** RE: PERM Case 2012-PER-02131

Hey Carla:

I'm still in process of locating the file.

We didn't start migrating any of the more recent boxes from BALCA to electronic format; so, it should be an easier find for me. I'll follow up with you as soon as I can locate it.

Kenyon McWilliams
*SMS*
233 Peachtree St. NE, Suite 410
Atlanta GA 30303
████████████████

EX 6

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.*

**From:** Thomas, Carla - OALJ
**Sent:** Monday, May 14, 2018 10:42 AM
**To:** McWilliams, Kenyon - ETA CTR ████████████████
**Subject:** PERM Case 2012-PER-02131

EX 6

Hi Kenyon,

Thanks again for the files you sent and thanks again for bearing with me while I work through our inventory issues. I am emailing you at the behest of my Associate Chief Judge to find out if you were able to (1) locate UNIVERSITY OF HAWAII, A-10344-38244, BALCA No. 2012-PER-02131, and (2) when can we expect the file. The most important question is where you able to locate the file (for the purposes of responding to a written request). It's okay if you need more time to actually send the file, but the paramount question is its location.

Thanks
Carla
Paralegal Specialist
Office of Administrative Law Judges

EX 6