# Exhibit 11

# Call to Vote En Banc on University of Hawaii

Thomas, Carla - OALJ

**From:** Rosen, Dana A. - OALJ
**Sent:** Thursday, February 16, 2017 11:13 AM
**To:** Thomas, Carla - OALJ
**Subject:** RE: Petition for En Banc Review University of Hawaii 2012-PER-02131

Deny - Thanks.

Judge Rosen

**From:** Thomas, Carla - OALJ
**Sent:** Thursday, February 16, 2017 10:53 AM
**To:** Henley, Stephen R. - OALJ; Geraghty, Colleen - OALJ; Price, Larry - OALJ; Barto, William T. - OALJ; Kennington, Clement - OALJ; Romero, Lee - OALJ; Calianos, Jonathan C - OALJ; Rosen, Dana A. - OALJ; Rosenow, Patrick - OALJ
**Cc:** Smyth, Todd - OALJ; Sheinfeld, Harry L. - OALJ; Koll, Kevin J. - OALJ; Nielsen, Rebecca A. - OALJ
**Subject:** Petition for En Banc Review University of Hawaii 2012-PER-02131

Greetings Judges,

You were selected to evaluate the above referenced petition for en banc review. The attached PDF includes a copy of the petition and the associated three judge panel decision. The administrative file is available on CTS, and Harry Sheinfeld's recommendation is attached below. If you wish to grant the petition, please email your vote to me by **March 2, 2017**. If a majority of you do not vote in favor of granting en banc review by the end of this voting period, the Employer's petition will be denied and the Board will not hear this matter en banc.

Regards,

Carla Thomas
Paralegal Specialist
Office of Administrative Law Judges
(202) 693-7336

---

*University of Hawaii*, 2012-PER-02131

To the En Banc panel



EX 5