# Exhibit 14

Inquiry from Judge Henley to Mr Sheinfeld

| | | |
|---|---|---|
| **From:** | Harry Sheinfeld ███████████ | EX 6 |
| **Sent:** | Monday, June 22, 2015 7:00 PM | |
| **To:** | Soto, P.J. - OALJ | |
| **Cc:** | Henley, Stephen R. - OALJ; Perez, Angel L. - OALJ | |
| **Subject:** | Re: Re-employed Annuitant | |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I am excited about the opportunity to work with OALJ but I will need to be able to take advantage of the dual compensation waiver. It does not make economic sense without that.
Harry

Sent from my iPhone

On Jun 18, 2015, at 5:27 PM, Soto, P.J. - OALJ <soto.pj@dol.gov> wrote:

> Mr. Sheinfeld –
>
> We are pleased that you are interested in working for OALJ as a re-employed annuitant. Acting Chief Judge Henley will be requesting a dual compensation waiver and he needs to know if it isn't approved, would you still be willing to come work for OALJ where you will receive the difference between your annuity and your salary at a GS-15 step 10?
>
> P.J. Soto
> Director, Office of Program Operations
> U.S. Department of Labor
> Office of Administrative Law Judges
> 800 K Street, NW, Suite 400-N
> Washington, DC 20001-8002

███████████                                                                 EX 6

1