# EXHIBIT 16

# Letter from the Dean of John Burns School of Medicine



UNIVERSITY
of HAWAI'I®
MĀNOA

John A. Burns School of Medicine
Office of the Dean/HR
651 Ilalo Street, Medical Education Building
Honolulu, HI 96813

7017 0530 0000 3173 5679

CERTIFIED MAIL

Ya-Wen Hsiao
1141 Hoolai Street, Apt #201
Honolulu, HI 96814

RETURN RECEIPT
REQUESTED

L.N 11-06-17

02 1P
0001839328
MAILED FROM ZIP CODE 96813
UNITED STATES POSTAGE
$ 006.670
PITNEY BOWES
NOV 05 2018

96814-281651



**UNIVERSITY of HAWAI'I**
MĀNOA

John A. Burns School of Medicine
Office of the Dean

November 2, 2018

Ya-Wen Hsiao
1141 Hoolai Street, Apt #201
Honolulu, HI 96814

Dear Ms. Hsiao:

This letter is to clarify your employment status with the John A. Burns School of Medicine (JABSOM), University of Hawai'i at Mānoa.

As you are aware, since you are not a U.S. citizen, your continued employment with JABSOM is dependent upon your immigration status.

On January 13, 2011, the University submitted an Application for Permanent Employment Certification in order to sponsor you in your desire to obtain permanent residence in the United States. Unfortunately, that application was denied on March 23, 2012. Thereafter, on October 18, 2012, the University submitted an appeal of the denial to the Board of Alien Labor Certification Appeals (BALCA). The appeal was denied on November 16, 2016. On December 1, 2016, a "Petition for En Banc Review" was submitted to BALCA. The petition was denied on March 29, 2017. On July 14, 2017, a "Pro Se Motion for Relief from Judgement and Order and Personal letter from alien beneficiary" was submitted to BALCA.

While the appeal and motions with BALCA were pending, the University submitted and received one-year extensions of Labor Condition Applications and H-1B Visas that allowed you to continue working at JABSOM. On August 14, 2018, the University's request for a one-year extension of the H-1B visa was granted. The new H-1B visa is effective from 11/02/2018 to 11/01/2019. Thereafter, on August 20, 2018, BALCA issued an "Order Denying Employer's Pro Se Motion for Relief from Judgment and Order". The order was received by the University on August 27, 2018. There are no further steps that can be taken or will be taken by the University to appeal the initial denial of the Application for Permanent Employment Certification.

It is the University's understanding that the H-1B visa extension issued on August 14, 2018, which is effective as of today, remains valid and allows for your continued employment until such time as it expires or the University is notified that the visa is no longer valid. Therefore, absent any other employment action by you or JABSOM, your employment at JABSOM may continue until such time as the visa expires on November 1, 2019 or until the University is advised by the U.S. Citizenship and Immigration Services (USCIS) that your visa is no longer valid.

651 Ilalo Street, MEB, Honolulu, HI 96813-5534
An Equal Opportunity/Affirmative Action Institution

You are further advised that it is also the University's understanding that since the Application for Permanent Employment Certification has been denied by the U.S. Department of Labor, once your current H-1B visa expires, no further applications for visa extension may be submitted and the University will not be taking further action to extend your work authorization beyond the expiration of the current H-1B visa.

Finally, you are strongly urged to consult with an attorney sooner rather than later regarding your immigration status and the consequences to you personally if the H-1B visa is revoked by USCIS prior to its expiration date or upon expiration of the current H-1B visa extension. Please note that this letter is not, and should not be construed as, legal advice.

Sincerely,

Jerris Hedges
Dean, John A. Burns School of Medicine
University of Hawaii - Manoa

cc: Dr. Otsuki
Isis Bataluna, Faculty & Scholar Immigration Services