# Exhibit 17

# Email from Immigration Director



# UNIVERSITY of HAWAI'I SYSTEM

Yawen Hsiao <yawen@hawaii.edu>

## H-1B: Ya Wen Hsiao
1 message

**Isis Bataluna** <isis@hawaii.edu>     Tue, Aug 28, 2018 at 2:00 PM
To: Adele Fujita <afujita@hawaii.edu>, Jill Omori <jill.omori@hawaii.edu>, Yawen Hsiao <yawen@hawaii.edu>
Cc: Jerris Hedges <jerris@hawaii.edu>, haning@hawaii.edu

Adele, Jill, and Sarah,

We received the attached Order Denying Employer's Pro Se from the US Department of Labor. With this decision and order, Ya Wen Hsiao's H-1B appointment will end on November 2, 2018. I must withdraw the extension petition we filed for her, as it is considered a frivolous petition which can jeopardize any future petitions UH files with USCIS.

Please note – the only people allowed to represent UH as the employer are UH attorneys. If JABSOM plans to file another Motion with the US Department of Labor, please submit a Legal Services Request to the UH Office of General Counsel.

Thank you,

Isis


Isis Bataluna

Director, Faculty & Scholar Immigration Services

University of Hawaii at Manoa

808.956.2224 | www.hawaii.edu/fsis


CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

📄 **Decision Order - Hsiao.pdf**
1514K