# EXHIBIT 1

# Docket Sheets from BALCA

Office of Administrative Law Judges

DOL Home > OALJ > USDOL/OALJ Reporter

## Search Results

1 Records matched your criteria. Please Click on Case Number to see the details of the case.

Please Click on the Column Title to sort the results by that column.

Records 1 to 1

Search Again

| | Case Number | Decision Date | Claimant | Employer | DMS File |
|---|---|---|---|---|---|
| 1 | 2012PER02131 | 11/16/2016 | HSIAO, YA-WEN | UNIVERSITY OF HAWAII | View Document(s) |

**Events Associated:**

| 08/20/2018 | Order to Claimant ORDER DENYING EMPLOYER'S PRO SE MOTION FOR RELIEF FROM JUDGMENT AND ORDER |
| | Document(s): PDF Document |
| 06/19/2018 | Order GRANTING EMPLOYER 15 LEAVE TO RESUBMIT OCTOBER 19, 2012 BRIEF |
| | Document(s): PDF Document |
| 03/29/2017 | Denied PETITION FOR EN BANC REVIEW |
| | Document(s): PDF Document |
| 11/16/2016 | DA-AFFIRMING NUMBER OF PAGES 9 JUDGE GERAGHTY DECISION AND ORDER AFFIRMING DENIAL OF CERTIFICATION |
| | Document(s): PDF Document |

Search Again

DOL Home > OALJ > USDOL/OALJ Reporter

## Search Results

**1** Records matched your criteria. Please Click on Case Number to see the details of the case.

Please Click on the Column Title to sort the results by that column.

Records 1 to 1

Search Again

| | Case Number | Decision Date | Claimant | Employer | DMS File |
|---|---|---|---|---|---|
| 1 | 2013PER02796 | 10/29/2018 | SAKALABHAKTULA PRAVEEN KUMAR | INTONE NETWORKS INC | View Document(s) |

**Events Associated:**

| | | |
|---|---|---|
| 10/29/2018 | OD-ORDER OF DISMISSAL NUMBER OF PAGES 1 JUDGE ALMANZA ORDER OF DISMISSAL | |
| | Document(s): PDF Document | |
| 08/22/2018 | Order to Employer ORDER REQUIRING CERTIFICATION OF MOOTNESS | |
| | Document(s): PDF Document | |
| 03/19/2018 | Order NOTICE OF DOCKETING AND BRIEFING SCHEDULE | |
| | Document(s): PDF Document | |

Search Again

Office of Administrative Law Judges

DOL Home > OALJ > USDOL/OALJ Reporter

## Search Results

**1** Records matched your criteria. Please Click on Case Number to see the details of the case.

Please Click on the Column Title to sort the results by that column.

Records 1 to 1

Search Again

| | Case Number | Decision Date | Claimant | Employer | DMS File |
|---|---|---|---|---|---|
| 1 | 2012PER03511 | 06/29/2017 | SHAIKH ARFAN | AHMEDINDIANRESTAURANT | View Document(s) |

**Events Associated:**

| 01/23/2019 | Order to Employer ERRATUM |
| | Document(s): 📄 PDF Document |
| 06/29/2017 | OR-ORDER OF REMAND NUMBER OF PAGES 7 JUDGE SUTTON DECISION AND ORDER OF REMAND |
| | Document(s): 📄 PDF Document |

Search Again

DOL Home > OALJ > USDOL/OALJ Reporter

## Search Results

1 Records matched your criteria. Please Click on Case Number to see the details of the case.

Please Click on the Column Title to sort the results by that column.

Records 1 to 1

Search Again

| | Case Number | Decision Date | Claimant | Employer | DMS File |
|---|---|---|---|---|---|
| 1 | 2013PER01380 | 03/28/2018 | KHAN MUKHTAR AHMAD | SMALLS INSURANCE AGENCY INC. | View Document(s) |

**Events Associated:**

| 05/13/2019 | Order to Employer ORDER GRANTING EN BANC REVIEW |
|---|---|
| | Document(s): PDF Document |
| 03/28/2018 | DO-DECISION AND ORDER NUMBER OF PAGES 4 JUDGE BERGSTROM DECISION AND ORDER AFFIRMING DENIAL OF CERTIFICATION |
| | Document(s): PDF Document |

Search Again