Ya-Wen Hsiao
1141 Hoolai St. Apt 201
Honolulu HI 96814
808-728-2646
rabbityhsiao@gmail.com
*Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO,<br><br>              Plaintiff,<br><br>vs.<br><br>PATRICK PIZZELLA, in his capacity as the United States Acting Secretary of Labor,<br><br>              Defendant. | CIVIL NO. 1:18-CV-00502-JAO-KJM<br><br>**DECLARATION OF JILL OMORI IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION** |

I, Jill Omori declare and state

1. I am the Director for the Office of Medical Education at the John A. Burns School of Medicine, University of Hawaii. I have personal knowledge of the matter stated herein and testifies competently thereto. I hereby submit this declaration in support of Plaintiff's motion for Preliminary Injunction.

2. I am the signatory for the Employer's Support letter which certifies to USCIS that the labor conditions under her H1-B are met.

3. Plaintiff Ya-Wen Hsiao has been under my direct supervision since July of 2016.

4. The University filed a Labor Certification Application on behalf of Ya-Wen Hsiao in an effort to sponsor her in applying for her Permanent Residence.

5. The Office of Medical Education still supports and intends to sponsor her in this endeavor and the University would have and will proceed in filing the I-140 if and when the Labor Certification Application is approved.

6. For the past years, the University has renewed Ms. Hsiao's H1-B while the Application for Labor Certification was being adjudicated by the Department of Labor.

7. From my understanding, the renewals have all been approved as there has been no material change in the University's ability to pay or the labor conditions under which the H1-B is being renewed.

8. The University intended to continue the renewal because Ms. Hsiao is an integral part of the Medical School. The denial of the Labor Certification however, prevents us from any legal means of extending her visa.

9. Because she would not be legally allowed to work in the United States, the University would have no choice by to terminate her employment by November.

10. The Office of Medical Education affirmatively intends to sponsor and apply for Ms. Hsiao's H1-B extension to legally allow her to work until such time that we are able to file for the I-140 which we also affirmatively intend to do.

11. Ms. Hsiao has been with the University for more than a decade. Her skills in medical educational technologies are invaluable and have helped train a generation of doctors for the State of Hawaii and the United States. It would be a terrible loss for the community who she has become a part of if she were to be forced to leave the country she has called home and who she has exemplarily served and contributed to.

I declare under penalty of perjury under the laws of the United States and of the State of Hawaii that the foregoing is true and correct. Executed on August 7, 2019 at Honolulu, Hawaii.

*[signature]*

Jill Omori, MD
Associate Professor of Family Medicine and Community Health
Director, Office of Medical Education
Director, Hawaii HOME Project
651 Ilalo St. MEB-OME
Honolulu, HI 96813
(808) 692-0932

Subscribed and sworn to before me this
7th day of August, 2019.

*[signature]*
Jessica Ching Warmoth
Notary Public, State of Hawaii
My commission expires 2/9/22

**NOTARY CERTIFICATION**

Doc Date: 8/7/19     # Pages: 4
Name: Jessica Ching Warmoth / 8th Circuit
Doc. Description: Declaration of Jill Omori in Support of Plaintiff

Signature: Jessica Ching Warmoth   Date: 8/7/19