# Exhibit 1

# Receipts from Plaintiff's Participation in the VISA diversity Lottery



# U.S. DEPARTMENT of STATE
## TRAVEL.STATE.GOV :C: BUREAU OF CONSULAR AFFAIRS

ELECTRONIC DIVERSITY VISA ENTRY FORM

OMB Control Number: 1405-0153
Form: DS-5501
Expires: 05/31/2010
Estimated Burden: 30 minutes

# Submission Confirmation: Entry Received

Your entry for the 2011 Diversity Visa Lottery Program Lottery Entry Form was received on Wednesday, October 21, 2009 at 5:11:53 PM EDT. Please do **not** close this window until you have printed this confirmation page or made a record of your Confirmation Number.

Entrant Name:  HSIAO, YAWEN

Confirmation Number:  20111ABS4C79UYRG

Year of Birth:  1981

Thank you for your entry for the 2011 Diversity Visa Lottery.

**Please either print this page or make a record of the confirmation number before closing this window. You will not be able to retrieve this number after you close this window.**

You must retain your confirmation number in order to check your entry status using the internet. You may check back at this link http://www.dvlottery.state.gov/ESC/ between July 1, 2010 and June 30, 2011 to determine whether your entry was selected for further processing in the 2011 DV Lottery. You will be **required** to enter your confirmation number in combination with other personal information in order to check on your entry status.

Selectees will also receive a letter through their country's postal service notifying them of their selection. Entrants who are not selected for further processing will not receive any type of notification through mail.

**Do not submit additional Entry Forms with this person as the Primary Entrant! Multiple entries will disqualify the entrant from participation in the Lottery.**

**PAPERWORK REDUCTION ACT:** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. In accordance with 5 CFR 1320 5(b), persons are not required to respond to the collection of this information unless this form displays a currently valid OMB control number. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/ISS/DIR) Washington, D.C. 20520.



**Consular Affairs Main Page** | **About Us** | **Feedback** | **Contact Us** | **Search** | **Top of Page**
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
**Copyright Information** | **Disclaimers** | **Other U.S. Government Information**

ELECTRONIC DIVERSITY VISA ENTRY FORM

OMB Control Number: 1405-0153
Form: DS-5501
Expires: 05/31/2012
Estimated Burden: 30 minutes

## Submission Confirmation: Entry Received

### Success!

Your entry for the 2013 Diversity Visa Lottery program was received on Monday, October 17, 2011 at 1:39:31 AM EDT. Please do **NOT** close this window until you have printed this confirmation page or made a record of your Confirmation Number.

| | |
|---|---|
| **Entrant Name:** | HSIAO, YAWEN |
| **Confirmation Number:** | 20132HFOLC4YN9B3 |
| **Year of Birth:** | 1981 |
| **Digital Signature:** | 44A4245D97F0C97B19E24861448A481324A49958 |

Thank you for your entry for the 2013 Diversity Visa Lottery.

**Please either print this page or make a record of the confirmation number before closing this window. You will not be able to retrieve this number after you close this window.**

You must retain your confirmation number in order to check your entry status via http://www.dvlottery.state.gov/ESC/ between May 1, 2012 and April 30, 2013 to determine whether your entry was selected for further processing in the 2013 Diversity Visa Lottery. You will be **REQUIRED** to enter your confirmation number in combination with other personal information in order to check on your entry status.

**Selectees will not receive selectee notifications or letters by regular postal mail from the Kentucky Consular Center (KCC).**

**Do not submit additional Entry Forms with this person as the Primary Entrant! Multiple entries will disqualify the Entrant from participation in the 2013 Diversity Visa Lottery.**

Electronic Diversity Visa Lottery

ELECTRONIC DIVERSITY VISA ENTRY FORM

OMB Control Number: 1405-0153
Form: DS-5501
Expires: 07/31/2013
Estimated Burden: 30 minutes

## Submission Confirmation: Entry Received

### Success!

Your entry for the 2014 Diversity Visa Lottery program was received on Tuesday, October 9, 2012 at 3:59:50 PM EST. Please do **NOT** close this window until you have printed this confirmation page or made a record of your Confirmation Number.

| | |
|---|---|
| **Entrant Name:** | HSIAO, YA-WEN |
| **Confirmation Number:** | 20141KVJT1GWMV77 |
| **Year of Birth:** | 1981 |
| **Digital Signature:** | B54620AEDA292270B685DFC4B4CD756C491973DD |

Thank you for your entry for the 2014 Diversity Visa Lottery.

**Please either print this page or make a record of the confirmation number before closing this window. You will not be able to retrieve this number after you close this window.**

You must retain your confirmation number in order to check your entry status via http://www.dvlottery.state.gov/ESC/ between May 1, 2013 and September 30, 2014 to determine whether your entry was selected for further processing in the 2014 Diversity Visa Lottery. You will be **REQUIRED** to enter your confirmation number in combination with other personal information in order to check on your entry status.

**Selectees will not receive selectee notifications or letters by regular postal mail from the Kentucky Consular Center (KCC).**

**Do not submit additional Entry Forms with this person as the Primary Entrant! Multiple entries will disqualify the Entrant from participation in the 2014 Diversity Visa Lottery.**

ELECTRONIC DIVERSITY VISA ENTRY FORM

OMB Control Number: 1405-0153
Form: DS-5501
Expires: 08/31/2016
Estimated Burden: 30 minutes

## Submission Confirmation: Entry Received

### Success!

Your entry for the 2015 Diversity Visa Lottery program was received on Thursday, October 10, 2013 at 4:06:15 PM EST. Please do **NOT** close this window until you have printed this confirmation page or made a record of your Confirmation Number.

| | |
|---|---|
| **Entrant Name:** | HSIAO, YA-WEN |
| **Confirmation Number:** | 20153NTHAJ7EURBK |
| **Year of Birth:** | 1981 |
| **Digital Signature:** | 141B42B9DCC8B7D5B9805279628D912A33BC92C1 |

Thank you for your entry for the 2015 Diversity Visa Lottery.

**Please either print this page or make a record of the confirmation number before closing this window. You will not be able to retrieve this number after you close this window.**

You must retain your confirmation number in order to check your entry status via http://www.dvlottery.state.gov/ESC/ between May 1, 2014 and September 30, 2015 to determine whether your entry was selected for further processing in the 2015 Diversity Visa Lottery. You will be **REQUIRED** to enter your confirmation number in combination with other personal information in order to check on your entry status.

**Selectees will not receive selectee notifications or letters by regular postal mail from the Kentucky Consular Center (KCC).**

**Do not submit additional Entry Forms with this person as the Primary Entrant! Multiple entries will disqualify the Entrant from participation in the 2015 Diversity Visa Lottery.**

10/17/2014                                    Electronic Diversity Visa Lottery

# Submission Confirmation: Entry Received

**Success!**

Your entry for the 2016 Diversity Visa Lottery program was received on Friday, October 17, 2014 at 1:29:06 PM EST. Please do **NOT** close this window until you have printed this confirmation page or made a record of your Confirmation Number.

| | |
|---|---|
| **Entrant Name:** | HSIAO, YA-WEN |
| **Confirmation Number:** | 20164I59T56POUAS |
| **Year of Birth:** | 1981 |
| **Digital Signature:** | C6AD803D5F49A1322A3FC8038DECB5F5C6226690 |

Thank you for your entry for the 2016 Diversity Visa Lottery.

**Please either print this page or make a record of the confirmation number before closing this window. You will not be able to retrieve this number after you close this window.**

You must retain your confirmation number in order to check your entry status via http://www.dvlottery.state.gov/ESC/ between May 5, 2015 and September 30, 2016 to determine whether your entry was selected for further processing in the 2016 Diversity Visa Lottery. You will be **REQUIRED** to enter your confirmation number in combination with other personal information in order to check on your entry status.

**Selectees will not receive selectee notifications or letters by regular postal mail from the Kentucky Consular Center (KCC).**

**Do not submit additional Entry Forms with this person as the Primary Entrant! Multiple entries will disqualify the Entrant from participation in the 2016 Diversity Visa Lottery.**