# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

YA-WEN HSIAO

    Plaintiff,

V.

PATRICK PIZZELLA, Secretary of Labor

    Defendant.

JUDGMENT IN A CIVIL CASE

Case: CV 18-00502 JAO-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 23, 2019

At 8 o'clock and 25 min a.m.
SUE BEITIA, CLERK

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed for lack of jurisdiction, pursuant to the "Order Granting Defendant's Motion to Dismiss", ECF No. 31, filed June 28, 2019 and the "Order Granting Defendant's Motion to Dismiss", ECF No. 51, filed September 23, 2019.

September 23, 2019

Date

SUE BEITIA

Clerk

/s/ Sue Beitia by ET

(By) Deputy Clerk