```
DUPLICATE

Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI027306
Cashier ID: ls
Transaction Date: 09/23/2019
Payer Name: YA WEN HSIAO
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: YA WEN HSIAO
 Case/Party: D-HIX-1-18-CV-000502-001
 Amount:         $505.00
--------------------------------------
CASH
 Amt Tendered:  $505.00
--------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```