UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 25 2019

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

YA-WEN HSIAO,

    Plaintiff - Appellant,

v.

PATRICK PIZZELLA, in his capacity as the United States Secretary of Labor,

    Defendant - Appellee.

No. 19-16870

D.C. No. 1:18-cv-00502-JAO-KJM
U.S. District Court for Hawaii, Honolulu

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., October 23, 2019** | Transcript shall be ordered. |
| **Fri., November 22, 2019** | Transcript shall be filed by court reporter. |
| **Mon., January 6, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., February 6, 2020** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7