# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00502 JAO-KJM |
| CASE NAME: | Ya-Wen Hsiao v. Eugene Scalia, *Secretary of Labor* |
| ATTYS FOR PLA: | Ya-Wen Hsiao, Pro Se |
| ATTYS FOR DEFT: | Samuel Go<br>~~Harry Yee~~ |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 02/12/2021 | TIME: | 8:55am-9:40am |

COURT ACTION: **AMENDED** EP: Hearing on [73] Defendant's Partial Motion to Dismiss Amended Complaint was conducted by video teleconference (VTC).

Oral arguments heard.

[73] Defendant's Partial Motion to Dismiss Amended Complaint - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager