# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for Hawaii by using the CM/ECF system. The Plaintiff does not participate in the CM/ECF system so an exact copy was sent to her by placing said copy in an envelope addressed to the place and address stated below, which is the last known address, and by entrusting said envelope and contents to the United States Postal Service:

ADDRESSEE:   Ya-Wen Hsiao
1141 Hoolai St., Apt. 201
Honolulu, HI 96814

/s/ *James C. Graulich*
JAMES C. GRAULICH
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-0246
james.c.graulich@usdoj.gov