# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00502 JAO-KJM |
| CASE NAME: | Ya-Wen Hsiao v. Al Stewart, *Acting Secretary of Labor* |
| ATTYS FOR PLA: | Ya-Wen Hsiao, Pro Se |
| ATTYS FOR DEFT: | James Graulich |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 03/19/2021 | TIME: | 8:50am-9:40am |

COURT ACTION: EP: Hearing on [84] Plaintiff's Motion for Preliminary Injunction was conducted by video teleconference (VTC).

Plaintiff orally moved for CM/ECF access. Court to address the request in an Entering Order.

Oral arguments heard.

[84] Plaintiff's Motion for Preliminary Injunction - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager