BRIAN M. BOYNTON
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
JAMES C. GRAULICH  FL BAR #89804
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-0246
E-mail: james.c.graulich@usdoj.gov

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

HARRY YEE  #3790
Assistant U.S. Attorney
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO, | Civil No. 18-00502 JAO-KJM |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME FOR |
| v. | DEFENDANT'S RESPONSE TO SECOND AMENDED COMPLAINT; |
| MARTIN WALSH, Secretary of Labor, | ORDER |
| Defendant. | |

# JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED by and between the parties that the due date on Defendant's Answer to Plaintiff's Second Amended Complaint be extended for thirty (30) days, to Monday, May 5, 2021.  On March 25, 2021, Defendant reached out to the Plaintiff by email to request an extension of time to file an Answer which is due on April 5, 2021. The Plaintiff does not oppose a thirty (30) day extension of time for the Defendant to Answer the Plaintiff's Amended Complaint.  Accordingly, the parties stipulate to extend Defendant's Response to Plaintiff's Amended Complaint by thirty (30) days, making Defendant's Answer due on May 5, 2021.

| | |
|---|---|
| Dated: April 2, 2021 | Respectfully submitted, |
| | |
| */s/ Ya-Wen Hsiao (with permission)* | By:/s/ James C. Graulich |
| Ya-Wen Hsiao | JAMES C. GRAULICH |
| 1141 Hoolai St., Apt. 201 | Trial Attorney |
| Honolulu, HI 96814 | United States Department of Justice |
| | Civil Division |
| Pro Se Plaintiff | Office of Immigration Litigation |
| | District Court Section |
| | |
| | BRIAN M. BOYNTON |
| | Acting Assistant Attorney General |
| | |
| | WILLIAM C. PEACHEY |
| | Director |
| | |
| | SAMUEL P. GO |
| | Assistant Director |

                                  JUDITH A. PHILIPS
                                  Acting United States Attorney
                                  District of Hawaii

                                  HARRY YEE
                                  Assistant U.S. Attorney
                                  Attorneys for Defendant

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, April 2, 2021.



_____
Kenneth J. Mansfield
United States Magistrate Judge

Ya-Wen Hsiao v. Martin Walsh; Civ. No. 18-00502 JAO-KJM
"Joint Stipulation For Extension of Time For Defendant's Response To Second Amended Complaint; Order"