JUDITH A. PHILLIPS
Acting United States Attorney
District of Hawaii
HARRY YEE  #3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Email: Harry.Yee@usdoj.gov

BRIAN M. BOYNTON
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
JAMES C. GRAULICH  FL BAR #89804
Trial Attorney
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-0246
E-mail: james.c.graulich@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YA-WEN HSIAO, | ) Civil No. 18-00502 JAO-KJM |
| | ) |
| Plaintiff, | ) JOINT STIPULATION OF |
| | ) DISMISSAL |
| v. | ) |
| | ) |
| MARTIN WALSH, Secretary of Labor, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of the entire action. Each party is to bear its own costs and fees, and no attorneys' fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

| | |
|---|---|
| Dated: July 6, 2021 | Respectfully submitted, |
| */s/ Ya-Wen Hsiao (with permission)*<br>YA-WEN HSIAO<br><br>Pro Se Plaintiff | By:/s/ James C. Graulich<br>JAMES C. GRAULICH<br>Trial Attorney<br><br>JUDITH A. PHILLIPS<br>Acting United States Attorney<br>District of Hawaii<br>HARRY YEE<br>Assistant U.S. Attorney<br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>SAMUEL P. GO<br>Assistant Director<br><br>Attorneys for Defendant |

APPROVED AS TO FORM:



_____
Jill A. Otake
United States District Judge

Hsiao v. Walsh; Civil No. 18-00502 JAO-KJM; "Joint Stipulation of Dismissal"

3